UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, Plaintiff, files this action for forfeiture *in rem* and alleges:

### PARTIES

1. The United States of America is the plaintiff and is authorized to bring this action for forfeiture under 21 U.S.C. § 881.

2. Defendant, $155,895 United States currency (the "Defendant Property"), is subject to civil forfeiture *in rem* under 21 U.S.C. § 881(a)(6).

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, and 1355. Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and 1395(a) and (b).

### FACTS

4. This is a civil forfeiture action *in rem* brought pursuant to 21 U.S.C. 881(a)(6) for the forfeiture of the Defendant Property, which is, (a) money furnished or intended to be furnished by any person in exchange for a controlled substance in violation of Title 21, United States Code,

Chapter 13, Subchapter I, (b) proceeds traceable to such an exchange, or (c) money used or intended to be used to facilitate any violation of Title 21, United States Code, Chapter 13, Subchapter I.

5. On August 4, 2003, law enforcement officers observed Omar Martinez alight from Adame bus number 407 at U.S. 77 and Tyler Avenue in Harlingen, Texas. Officers engaged Martinez in consensual conversation, during which Martinez appeared progressively more nervous and agitated, and answered routine questions evasively and inconsistently. Martinez also initially denied having possession of more than $2,000. Officers obtained Martinez' consent to search his luggage, which included a Karaoke machine and a DVD player. A narcotics detection canine alerted to both the Karaoke machine and the DVD player, as well as to Martinez' suitcase and $1,945 United States currency found in Martinez' pocket. Hidden within the Karaoke machine were seven vacuum-sealed packages of United States currency. Hidden within the DVD player were an additional three vacuum-sealed packages of United States currency. The ten bundles of currency totaled $153,950. At the time of the seizure, Martinez was an unemployed truck driver with no known significant savings or other sources of legitimate income.

## RELIEF REQUESTED

6. Based on the above facts, the Defendant Property was used, or was intended to be used in exchange for controlled substances, or represents the proceeds of controlled substances, or was being used to facilitate a violation of Title II of the Controlled Substances Act, Sections 801 et seq., and is therefore subject to forfeiture to the United States pursuant to 21 U.S.C. Section 881 (a)(6).

7. Plaintiff prays that due notice be given to all parties who may have an interest in the Defendant Property to file a statement of interest and an answer pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims; that judgment be entered declaring

the Defendant Property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and expenses of this action.

>Respectfully submitted,
>
>MICHAEL T. SHELBY
>UNITED STATES ATTORNEY
>
>_/s/ Ricardo Lara_ for:
>Brian T. Moffatt, Attorney-in-Charge
>Assistant United States Attorney
>Texas Bar Number 14249500
>Federal Bar Number 11460
>P.O. Box 61129
>Houston, Texas 77208
>(713) 567-9556  (telephone)
>(713) 718-3404  (facsimile)

## VERIFICATION

Before me the undersigned authority, personally appeared Special Agent Robert P. Foster, Federal Bureau of Investigation, who upon being duly sworn, stated under oath that he has read the foregoing Verified Complaint for Civil Forfeiture *in Rem*, and that the facts, statements and allegations therein are true and correct to the best of his knowledge.

Robert P. Foster, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to before me, the undersigned authority, on this 2nd day of February, 2004.

Notary Public, State of Texas

My Commission Expires:

08/14/06



MARTHA D. INFANTE
MY COMMISSION EXPIRES
August 14, 2006

**USA v. $155,895 IN U.S. CURRENCY**

Civil No. _____

**NOTICE OF INTENT TO FORFEIT**

The United States of America intends to forfeit **$155,895 in U.S. Currency.** Anyone with a legal interest in the subject property who seeks to contest the forfeiture must file a claim the manner set forth in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, within 30 days after execution of process, and an answer within 20 days thereafter. Such pleadings shall be filed with the U.S. District Clerk, 600 E. Harrison Street, Brownsville, Texas 78520, with a copy to Brian T. Moffatt, Assistant U.S. Attorney, P.O. Box 61129, Houston, Texas 77208.