UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CIVIL ACTION NO. B-04-CV-015 |
| $155,895 UNITED STATES CURRENCY | § | |

### GOVERNMENT'S MOTION FOR SUMMONS AND WARRANT FOR ARREST

Plaintiff, moves for a summons and warrant for the arrest of defendant properties pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and Maritime Claims, which states:

> When the United States files a complaint demanding a forfeiture for violation of a federal statute, the clerk must promptly issue a summons and a warrant for the arrest of the . . . property without requiring a certification of exigent circumstances. . . .

The government has filed a complaint demanding forfeiture of the Defendant Property under 18 U.S.C. § 981.

Accordingly, the government respectfully requests the issuance of an arrest warrant and summons.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

By: _____ For:
Brian T. Moffatt, Attorney-in-Charge
Assistant United States Attorney
Texas Bar Number 14249500
Federal Bar Number 11460
P.O. Box 61129
Houston, Texas 77208
(713) 567-9556 (telephone)
(713) 718-3404 (facsimile)