UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CIVIL ACTION NO. B-04-CV-015 |
| $155,895 UNITED STATES CURRENCY | § | |

ORDER TO ISSUE SUMMONS AND WARRANT FOR ARREST

The government's motion for a summons and warrant for the arrest of Defendant Property pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and Maritime Claims, is GRANTED. The Clerk of the Court is ORDERED issue a Summons and Warrant for Arrest for the Defendant Property.

SIGNED at Brownsville, Texas on ___February 24___, 2004.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE