IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

## RESPONDENT OMAR MARTINEZ'S ANSWER TO PLAINTIFF'S COMPLAINT FOR FORFEITURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Respondent Omar Martinez, by his undersigned counsel, hereby answers to the Complaint for Forfeiture and states:

I.

Respondent does not deny that the United States of America is the Plaintiff.

II.

Respondent denies that the Defendant $155,895 or any amount in United States Currency seized from Respondent is subject to civil forfeiture in rem under 21 U.S.C. §881(a)(b).

III.

Respondent does not deny jurisdiction and venue.

IV.

Respondent denies that the Defendant United States Currency was money furnished or intended to be furnished by any person in exchange for a controlled substance violation; that the proceeds are traceable to such an exchange, or that the money was used or intended to be used to facilitate any violation of Title 21, United States Code, Chapter 13, Subchapter I.

V.

Respondent admits he was a bus passenger arriving in Harlingen, Texas on August 04, 2003. Respondent denies he became nervous and agitated. Respondent denies answering routine questions evasively and inconsistently. Respondent admits giving consent to search only his suitcase. Respondent denies that a narcotics detection canine alerted to any item and denies that a canine was even present. Respondent admits there were packages of U.S. Currency in the DVD player and Karaoke machine. Respondent denies the bundles totaled $153,950 and insists the amount of currency seized was $177,600. Respondent denies he had no savings or no other sources of legitimate income.

VI.

Respondent denies the Defendant Property was used or intended to be used in violation of Title II of the Controlled Substances Act and that Defendant Property is subject to forfeiture.

## VII.

Respondent states that a claims of ownership were filed in the administrative forfeiture action.

## VIII.

Respondent requests a trial by jury.

## IX.

Additionally, Respondent asserts the following to the allegations contained in the Complaint for Forfeiture.

1. Respondent asserts the "Innocent Owner" defense.

2. Respondent asserts the "Independent Source" defense.

3. Plaintiff lacked probable cause to seize the money and personal property of Respondent.

4. The search and seizure of Respondent real and personal property was done in violation of the 4th Amendment of the United States Constitution.

5. The chain of custody of the alleged currency has been tainted in this case. United States Federal Bureau of Investigation and/or the Harlingen, Cameron County Drug Task Force have filed false or erroneous property returns and receipts in this case.

6. This forfeiture action constitutes punishment and is therefore in violation of the double jeopardy clause of the United States Constitution.

**WHEREFORE,** having fully stated his Answer and Defenses, Respondent prays that:

1. This Court dismiss Plaintiff's action with prejudice and return all seized property to Respondent; and

2. This Court award Respondent costs and attorney fees; and

3. This Court grant Respondent all other relief that it may deem just and proper in this case.

RESPECTFULLY SUBMITTED,

OSCAR DE LA FUENTE, JR.
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
TELEPHONE (956) 425-5297
FACSIMILE (956) 425-1844

BY: /s/ Oscar De La Fuente
OSCAR DE LA FUENTE, JR.
STATE BAR NO. 05645575
FEDERAL I.D. NO. 12411
ATTORNEY FOR OMAR MARTINEZ

## VERIFICATION

I, Oscar De La Fuente, Jr., Attorney for Omar Martinez, declare that I am the Attorney for Respondent in this case and that I have read the Answer to Plaintiff's Complaint for Forfeiture. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

Oscar De La Fuente, Jr.

## CERTIFICATE OF SERVICE

I certify that on March 24, 2004, a true and correct copy of Respondent Omar Martinez's Answer to Plaintiff's Complaint for Forfeiture was served on the U.S. Attorney's office at 600 E. Harrison St., Brownsville, Texas, by hand delivery.

Oscar De La Fuente, Jr.