IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| vs. | § CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § |

### RESPONDENT, OMAR MARTINEZ'S STATEMENT OF PERSONS AND ENTITIES KNOWN TO HAVE A FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Respondent Omar Martinez, by his undersigned counsel, and would respectfully show the Court that all persons known to have an interest in this case have been identified and filed a response with this Court. Respondent has no knowledge of any additional parties with a financial interest in this litigation.

RESPECTFULLY SUBMITTED,

OSCAR DE LA FUENTE, JR.
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
TELEPHONE (956) 425-5297
FACSIMILE (956) 425-1844

BY: /s/ Oscar De La Fuente Jr.
OSCAR DE LA FUENTE, JR.
STATE BAR NO. 05645575
FEDERAL I.D. NO. 12411
ATTORNEY FOR OMAR MARTINEZ

## CERTIFICATE OF SERVICE

I certify that on March 24, 2004, a true and correct copy of the above Respondent Omar Martinez's Statement of Persons and Entities Known to Have A Financial Interest In This Litigation was served on the U.S. Attorney's Office at 600 E. Harrison St., Brownsville, Texas 78520, by hand delivery.

/s/ Oscar De La Fuente, Jr.
Oscar De La Fuente, Jr.