United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

RESPONDENT, OMAR MARTINEZ'S RULE C(6)
VERIFIED STATEMENT OF RIGHT OF INTEREST

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Respondent Omar Martinez, by his undersigned counsel, hereby verifies his interest in the seized property and state:

I.

Respondent Omar Martinez, pursuant to Supplement Rule C(6), hereby claims an ownership interest in the property seized by the United States. Specifically, Respondent is the bona fide owner of the seized ONE HUNDRED FIFTY FIVE THOUSAND EIGHT HUNDRED NINETY FIVE DOLLARS.

In addition, Respondent Omar Martinez claims an interest in an additional TWENTY ONE THOUSAND, SEVEN HUNDRED FIVE DOLLARS seized from him on August 04, 2003 at the time.

WHEREFORE, having previously filed his Verified Answer and Defense, and

in conjunction with this statement of ownership, Respondent prays that:

1. This Court dismiss Plaintiff's action with prejudice and return seized property to Respondent; and

2. This Court award Respondent costs and attorney fees; and

3. This Court grant Respondent all other relief that it may deem just and proper in this case.

RESPECTFULLY SUBMITTED,

OSCAR DE LA FUENTE, JR.
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
TELEPHONE (956) 425-5297
FACSIMILE (956) 425-1844

BY: /s/ Oscar De La Fuente
OSCAR DE LA FUENTE, JR.
STATE BAR NO. 05645575
FEDERAL I.D. NO. 12411
ATTORNEY FOR OMAR MARTINEZ

## VERIFICATION

I, Oscar De La Fuente, Jr., Attorney for Omar Martinez, declare that I am the Attorney for Respondent in this case and that I have read the RULE C(6) VERIFIED STATEMENT OF RIGHT INTEREST. Upon information currently available and belief, the statements of ownership contained herein are true.

/s/ Oscar De La Fuente
Oscar De La Fuente, Jr.

## CERTIFICATE OF SERVICE

I certify that on March 24, 2004, a true and correct copy of Respondent's RULE C(6) VERIFIED STATEMENT OF RIGHT OF INTEREST was served by hand delivery on the U.S. Attorney at 600 E. Harrison St., Brownsville, Texas.

Oscar De La Fuente, Jr.