# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN

3 / 04
8

RECEIVED
UNITED STATES MARSHALS

2004 FEB 24  PM 4: 04

SOUTHERN DISTRICT. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | B-04-015 |

United States District Cour
Southern District of Texas
NOTICE ED

APR 0 8 2004

Michael N. Milby
Clerk of Court

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $155,895 U.S. CURRENCY | |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | MAYRA MARTINEZ |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| | 3024 ASH AVENUE, MERCEDES, TEXAS |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| BRIAN MOFFATT<br>Assistant United States Attorney<br>Office of the United States Attorney<br>910 Travis Street  Suite 1500<br>PO Box 61129<br>Houston, Texas  77208-1129 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

DELIVER ATTACHED COMPLAINT AND COURT PROCEDURES.

| Signature of Attorney or other Originator requesting service on behalf of : | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(713) 567-9556 | DATE<br>February 18, 2004 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. 1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk<br>Barbara Louie | Date<br>2-24-04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above).<br>SAME | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service<br>03/26/04 |
| | Time  1:20  pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>45.00<br>x 1 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

U.M.

CLERK

RECEIVED
UNITED STATES MARSHALS
2004 APR -1  AM 10: 54
SOUTHERN DISTRICT. S/TX

| PRIOR EDITIONS MAY BE USED | ## 1.  CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

*Make (5) copies when form is signed.  SEND  ORIGINAL + 4 COPIES  to USMS.  Retain Copy #5 for your file.*