| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN | |
|---|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | | COURT CASE NUMBER<br>B-04-015 |
| DEFENDANT<br>$155,895 U.S. CURRENCY | | | TYPE OF PROCESS<br>PUBLICATION |

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>ANY NEWSPAPER OF GENERAL CIRCULATION |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>HARLINGEN, TEXAS |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

BRIAN MOFFATT
Assistant United States Attorney
Office of the United States Attorney
910 Travis Street   Suite 1500
PO Box 61129
Houston, Texas   77208-1129

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

PUBLISH ATTACHED NOTICE ONCE PER WEEK FOR THREE SUCCESSIVE WEEKS.

03-FBI-004063

Signature of Attorney or other Originator requesting service on behalf of :   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER (713) 567-9556
DATE February 18, 2004

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process No. 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk<br>Barbara Lowe | Date 2-24-04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-5-04   Time: 2:35 pm

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $59.00 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:   Publication faxed to Valley Morning Star.  To Be published on March 12th, March 19th, and March 21, 2004.

(3 pages faxed @ $3 each.)

CLERK

PRIOR EDITIONS MAY BE USED            1. CLERK OF THE COURT            FORM USM 285 (Rev. 12/15/80)

Make (5) copies when form is signed.  SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.