10

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

RECEIVED
UNITED STATES MARSHALS
2004 MAY 10 PM 3:38
SOUTHERN DISTRICT, S/TX

United States District Court
Southern District of Texas
FILED
MAY 2 0 2004
Michael N. Milby
Clerk of Court

PLAINTIFF
UNITED STATES OF AMERICA

COURT CASE NUMBER
B-04-015

DEFENDANT
$155,895 U.S. CURRENCY

TYPE OF PROCESS
EXECUTION

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. MARSHALS SERVICE

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code)*
515 RUSK, HOUSTON, TEXAS 77002

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

BRIAN MOFFATT
Assistant United States Attorney
Office of the United States Attorney
910 Travis Street Suite 1500
PO Box 61129
Houston, Texas 77208-1129

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All* Telephone Numbers, and Estimated Times Available For Service)

EXECUTE ATTACHED SUMMONS AND WARRANT FOR ARREST.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (713) 567-9556 | DATE May 7, 2004 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No 1 | No. 79 | No. 79 | Barbara Lowe | 5-10-04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

Name and title of individual served *(If not shown above)*.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above)*

Date of Service: 5-10-04
Time: 4:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | | |

REMARKS:
Served Currency

CLERK

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

**FORM USM 285 (Rev. 12/15/80)**

*Make (5) copies when form is signed. SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.*

UNITED S... ...ALS
2004 MAY -3 PM 3:05

# SUMMONS AND WARRANT FOR ARREST

... DISTRICT S/TX

## UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF TEXAS

**BROWNSVILLE DIVISION**

**To the Marshal of the Southern District of Texas or any designated agent:**

**WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by MICHAEL T. SHELBY, United States Attorney for said district, on behalf of the United States of America, against the following described property:

**$155,895.00 IN U.S. CURRENCY**

and praying that all persons interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the LOCAL NEWSPAPER to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said Complaint, that they be and appear before this Court, at the City of BROWNSVILLE within the (30) days after giving of publication notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf and that they shall file and serve their answers within twenty (20) days after the filing of said claims. And what you have done in the premises, do you then and there make return thereof, together with this writ.

04 APR 22 PM 12:21
SOUTHERN DIST S/TX

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT: |
|---|---|
| Hanen | BROWNSVILLE, TEXAS |
| DATE: 5/7/04 | CLERK: MICHAEL N. MILBY |
| | BY DEPUTY CLERK: H Perma |

**RETURNABLE ___ DAY AFTER ISSUE.**

## RETURN

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| STX | 5/07/04 ; 5/10/04 |
| U.S. MARSHAL: Ruben Monzon | BY DEPUTY MARSHAL [signature] |

United States District Court
Southern District of Texas
ENTERED

FEB 25 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA §

vs. § CIVIL ACTION NO. B-04-CV-015

$155,895 UNITED STATES CURRENCY §

ORDER TO ISSUE SUMMONS AND WARRANT FOR ARREST

The government's motion for a summons and warrant for the arrest of Defendant Property pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and Maritime Claims, is GRANTED. The Clerk of the Court is ORDERED issue a Summons and Warrant for Arrest for the Defendant Property.

SIGNED at Brownsville, Texas on February 24, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

04 APR 22 PM 2:2
SOUTHERN DIST./TX

RECEIVED
UNITED STATES MARSHALS
2004 MAY -3 PM 3:05
SOUTHERN DISTRICT, S/TX

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By Deputy Clerk