IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

**APPEARANCE OF COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes DANIEL A. SANCHEZ and hereby files this appearance as attorney of record for OMAR MARTINEZ, Respondent. Respondent, OMAR MARTINEZ, retained DANIEL A. SANCHEZ, and he consents to DANIEL A. SANCHEZ's appearance as attorney of record in this cause.

Respectfully submitted,

DANIEL A. SANCHEZ
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
TELEPHONE (956)425-5297
FACSIMILE (956)425-1844

By: _____
DANIEL A. SANCHEZ
State Bar No. 24004064
Federal I.D. No. 23185
Attorney for OMAR MARTINEZ

## CERTIFICATE OF SERVICE

This is to certify that on December 08, 2004, a true and correct copy of the above and foregoing document was served on Brian T. Moffatt Attorney-in-charge the U.S. Attorney's Office, P.O. Box 61129, Houston, Texas, 77208 by regular mail.

Daniel A. Sanchez