UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-04-015 |
| v. § | |
| § | |
| § | |
| $155,895 UNITED STATES CURRENCY § | |
| Defendant. | |

## MOTION TO SUBSTITUTE THE UNDERSIGNED ATTORNEY AS THE ATTORNEY-IN-CHARGE FOR THE UNITED STATES

The United States moves to substitute the undersigned attorney as the attorney-in-charge for the United States and would show as follows:

1. Assistant United States Attorney Brian Moffatt initially represented the United States in this action. He resigned from the United States Attorney's Office on August 20, 2004. This case was then reassigned to Assistant United States Attorney Albert Ratliff.

2. Thereafter, Assistant United States Attorney Albert Ratliff was on extended absence from October 1, 2004 to November 22, 2004 due to an unexpected illness.

3. Due to the above course of events, the undersigned attorney was recently assigned as the attorney-in-charge in this case and is prepared to move forward on

behalf of the United States.

WHEREFORE, the United States moves to substitute the undersigned attorney as the attorney-in-charge in this action.

### Statement of Conference with Opposing Counsel

The United States has conferred with Mr. Daniel Sanchez, counsel for Omar Martinez, and he does not oppose this motion.

        Respectfully submitted,

        MICHAEL T. SHELBY
        United States Attorney

        _____ For:
        KATHERINE L. HADEN
        Attorney-in-Charge
        Texas Bar No. 08677500
        Assistant U.S. Attorney
        910 Travis, Suite 1500
        P.O. Box 61129
        Houston, Texas 77208
        Phone: 713-567-9365
        Facsimile: 713-718-3404

## CERTIFICATE OF SERVICE

I, Katherine L. Haden, Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing has been served on counsel of record via both Certified Mail, Return Receipt Requested, and facsimile, on December 23, 2004, addressed to:

Attorneys for Omar Martinez
Mr. Oscar De La Fuente, Jr.
Mr. Daniel A. Sanchez
Rio Grande Law Center
501 E. Tyler
Harlingen, Texas 78550
Telephone: (956) 425-5297
Facsimile: (956) 425-1844

_____ For:
Katherine L. Haden
Assistant United States Attorney