UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>$155,895 UNITED STATES CURRENCY<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-04-015 |

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE

The United States moves the Court to continue the initial pretrial conference and would show as follows:

This Court has set an initial pretrial conference for January 7, 2005, at 9:30 a.m.. The United States has filed a Motion to Strike Claim and Motion for Default Judgment of Forfeiture on the ground Claimant, Omar Martinez, has failed to file a verified statement of interest in compliance with Rule C(6)(a)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims in order to demonstrate statutory standing to contest the forfeiture of Defendant Currency. Should the Court grant the above motion, the initial pretrial conference would become unnecessary. In light of the fact the Claimant lacks statutory standing to put his or her ownership in issue, he is not in a position to defend all or part of

Defendant Currency in this civil forfeiture action. Therefore, there are no facts/issues over which to confer in preparation of a pretrial conference.

Accordingly, the United States respectfully moves the Court to continue the initial pretrial conference until such time the Court has ruled on the United States' Motion to Strike Claim and Motion for Default Judgment, or until such time the parties can confer about any averred claims or defenses. This motion is made in the interests of justice and not for purposes of delay.

### Statement of Conference with Opposing Counsel

The United States has conferred with Mr. Daniel Sanchez, counsel for Omar Martinez, and he does not oppose the United States' Motion to Continue the Initial Pretrial Conference.

        Respectfully submitted,

        MICHAEL T. SHELBY
        United States Attorney

        _____ For:
        KATHERINE L. HADEN
        Attorney-in-Charge
        Texas Bar No. 08677500
        Assistant U.S. Attorney
        910 Travis, Suite 1500
        P.O. Box 61129
        Houston, Texas 77208
        Phone: 713-567-9365
        Facsimile: 713-718-3404

## CERTIFICATE OF SERVICE

I, Katherine L. Haden, Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing has been served on counsel of record via both Certified Mail, Return Receipt Requested, and facsimile, on December 23, 2004, addressed to:

Attorneys for Omar Martinez
Mr. Oscar De La Fuente, Jr.
Mr. Daniel A. Sanchez
Rio Grande Law Center
501 E. Tyler
Harlingen, Texas 78550
Telephone: (956) 425-5297
Facsimile: (956) 425-1844

_____For:
Katherine L. Haden
Assistant United States Attorney