IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

**RESPONDENT OMAR MARTINEZ'S MOTION FOR
LEAVE TO FILE AMENDED ANSWER AND AMENDED RULE C(6)
VERIFIED STATEMENT OF RIGHT OF INTEREST**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Respondent Omar Martinez requests leave of Court to file an amended answer and Rule C(6) Verified Statement of Right of Interest.

### A. Introduction

1. Plaintiff is the United States; Defendant is $155,895 United States Currency; and Respondent is Omar Martinez.

2. Plaintiff sued Defendant in Rem in a forfeiture action.

3. Respondent filed a Statement of Rights alleging an interest and an answer.

4. On December 8, 2004, counsel for Respondent filed a motion for a pretrial conference in order to have a scheduling order filed so as to proceed with the case.

5. On December 22, 2004, Respondent received a Motion for Default Judgment requesting the Court to strike Respondent's Statement of Interest.

## B. Argument

6. "Unless there is a reason–such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendment previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.-- the leave sought should, as the rules require, be 'freely given.' Of course, the grant or denial of an opportunity to amend is within the discretion of the District Court, but outright refusal to grant the leave without any justifying reason... is not an exercise of discretion; it is merely abuse of that discretion and inconsistent with the spirit of the FRCP. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct.227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); Walton v. Mental Health Ass'n, 168 F.3d 661, 665(3d Cir. 1999)).

7. The Court should allow the filing of Respondent's amended pleading and C(6) Verified Statement because verification of the statements contained in the Respondent's Statement of Rights of Interest had previously been provided to the United States' Department of Justice, and Respondent will be prejudiced if not allowed to amend.

8. Plaintiff will not be prejudiced by Respondent's amended pleading because Plaintiff was not moving the case to begin with. Since March, 2004, when

Government's counsel filed its original petition, no action has been taken on the Government's behalf.

### C. Conclusion

9. Although Respondent had previously provided the Plaintiff with a verified statement, he nevertheless did not include it in his Statement of Interest to Plaintiff's petition. However, Plaintiffs did have notice of this verification as early as November 2003, as provided herein as Exhibit "A". Nevertheless, Plaintiff will not be prejudiced because it has not proceeded on the merits of the case since its inception. For these reasons, Respondent asks the Court to grant leave to file the amended pleading.

RESPECTFULLY SUBMITTED,

OSCAR DE LA FUENTE, JR.
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
TELEPHONE (956) 425-5297
FACSIMILE (956) 425-1844

BY: /s/ Oscar De La Fuente
OSCAR DE LA FUENTE, JR.
STATE BAR NO. 05645575
FEDERAL I.D. NO. 12411
ATTORNEY FOR OMAR MARTINEZ

## CERTIFICATE OF SERVICE

I certify that on December 23, 2004, a true and correct copy of Respondent Omar Martinez's Motion for Leave to File Amended Answer and Amended Rule C(6) Verified Statement of Right of Interest was served on the U.S. Attorney's office at P.O. Box 61129, Houston, Texas, 77208 by regular mail.

Oscar De La Fuente, Jr.

## CERTIFICATE OF CONFERENCE

I certify that on December 23, 2004, I attempted to confer with Katherine Haden, Assistant U.S. Attorney by telephone, but counsel has not responded to my attempts. Accordingly, I cannot represent to the court whether counsel opposes or does not oppose Respondent's Motion for Leave to File Amended Answer and Amended Rule C(6) Verified Statement.

*Oscar De La Fuente, Jr.*