IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| vs. | § CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § |

ORDER SETTING HEARING ON RESPONDENT OMAR MARTINEZ'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AMENDED RULE C(6) VERIFIED STATEMENT OF RIGHT OF INTEREST

On _____, 200\_\_\_, the Respondent filed Respondent Omar Martinez's Motion for Leave to File Amended Answer and Amended Rule C(6) Verified Statement of Right of Interest. The Court finds that the motion should be set for hearing before the Court, and it is THEREFORE ORDERED that a hearing on this response is set for _____, at _____.

Signed on _____.

_____
Honorable Judge Presiding