# EXHIBIT "A"



# Oscar De La Fuente, Jr.

Attorney at Law

<u>via CMRRR,</u> 7003 0500 0002 3838 6656   November 04, 2003
<u>Federal Express</u>
<u>U.S. Postal Service</u>

U.S. Department of Justice
Federal Bureau of Investigation
P.O. Box 5
Washington, DC 20044-0005

Dear Sirs:

     Please consider this correspondence Omar Martinez's claim to contest the seizure or forfeiture of property seized in Harlingen, Texas by the Harlingen Police Department on August 04, 2003. Omar Martinez understands that this seizure was adopted by the Federal Bureau of Investigation (FBI). The identification for said property is: Asset I.D. No.: 03-FBI-004063; Seizure No.: 3770030108

     At this time, I wish to state that the property seized from Mr. Martinez totaled $177,600. The packages seized from him had currency in the amount of $175,655, and he had $1,945 seized from him in his possession. Therefore, the total amount seized from Omar Martinez is $177,600, NOT the $155,895.00 in U.S. currency set forth in the letter notifying Mr. Martinez of his seizure dated October 21, 2003. The total amount of $177,600 was counted before Mr. Martinez and his wife, Mayra D. Martinez, when it was seized. Everyone present knew the total amount seized was $177,600. Accordingly, there is $21,705 that is not mentioned as part of the money that was seized. Omar Martinez intends to hold the Harlingen Police Department and the Federal Bureau of Investigation responsible for the total amount of $177,600. The money seized was from his personal funds the majority of which he received from a legal settlement in the case styled Esteban Martinez, individually and as Representative of the Estate of Manuela Martinez, Deceased, and Esteban Martinez, Jr., Omar Martinez, Martin Martinez, Irma Zamora, Julisa Trevino, Eriberto Martinez, Armando Martinez, and Bernardina Canchola, Individually vs. Knapp Medical Center, Ashraf Hilmy, M.D., John Chunga, M.D., Linda Templeton, CRNA, and John Pete Chunga, P.A., Cause No. C-1966-99-F, in the 332nd Judicial District Court in Hidalgo County, Texas.

Sincerely,

Oscar De La Fuente, Jr.

I, Omar Hernandez Martinez, have read the foregoing correspondence prepared by my attorney, Oscar De La Fuente, Jr. I hereby attest under penalty of perjury that the facts set forth in the correspondence are true and correct.

_____
Omar Hernandez Martinez

STATE OF TEXAS § 
§ 
COUNTY OF CAMERON §

Sworn and Subscribed to me, the undersigned authority, by _Omar Martinez_ _____, on this the _31st_ day of _October_, 2003.

_____
Notary Public for the State of Texas

_March 29, 2006_
My Commission Expires

[Notary Seal: YESENIA GONZALEZ, Notary Public, State of Texas, My Commission Expires March 29, 2006]

EXHIBIT "A"
Page 2

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X Belinda B...  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

U.S. Dept. of Justice
Federal Bureau of Investig.
P.O. Box 5
Washington, DC
20044-0005

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 0500 0002 3838 6656

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

EXHIBIT "A"
Page 3

