IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

### ORDER SETTING HEARING ON RESPONDENT OMAR MARTINEZ's RESPONSE TO UNITED STATES' MOTION TO STRIKE STATEMENT OF INTEREST AND MOTION FOR DEFAULT JUDGMENT OF FORFEITURE

On _____, 200\_\_, the Respondent filed Respondent Omar Martinez's Response to United States' Motion to Strike Statement of Interest and Motion for Default Judgment of Forfeiture. The Court finds that the motion should be set for hearing before the Court, and it is THEREFORE ORDERED that a hearing on this response is set for _____, at _____.

Signed on _____.

_____
Honorable Judge Presiding