IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| vs. | § CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § |

### ORDER ON RESPONDENT OMAR MARTINEZ's RESPONSE TO UNITED STATES' MOTION TO STRIKE STATEMENT OF INTEREST AND MOTION FOR DEFAULT JUDGMENT OF FORFEITURE

After considering Respondent Omar Martinez's Response to United States' Motion to Strike Statement of Interest and Motion for Default Judgment of Forfeiture, the court DENIES Plaintiff's Motion to Strike the Statement of Interest and Motion for Default Judgment.

SIGNED _____.

_____
U.S. DISTRICT JUDGE