# EXHIBIT "A"

Case 1:04-cv-00015   Document 16-4   Filed in TXSD on 12/23/2004   Page 1 of 9



# Oscar De La Fuente, Jr.

Attorney at Law

via CMRRR, 7003 0500 0002 3838 6656   November 04, 2003
Federal Express
U.S. Postal Service

U.S. Department of Justice
Federal Bureau of Investigation
P.O. Box 5
Washington, DC 20044-0005

Dear Sirs:

  Please consider this correspondence Omar Martinez's claim to contest the seizure or forfeiture of property seized in Harlingen, Texas by the Harlingen Police Department on August 04, 2003. Omar Martinez understands that this seizure was adopted by the Federal Bureau of Investigation (FBI). The identification for said property is: Asset I.D. No.: 03-FBI-004063; Seizure No.: 3770030108

  At this time, I wish to state that the property seized from Mr. Martinez totaled $177,600. The packages seized from him had currency in the amount of $175,655, and he had $1,945 seized from him in his possession. Therefore, the total amount seized from Omar Martinez is $177,600, NOT the $155,895.00 in U.S. currency set forth in the letter notifying Mr. Martinez of his seizure dated October 21, 2003. The total amount of $177,600 was counted before Mr. Martinez and his wife, Mayra D. Martinez, when it was seized. Everyone present knew the total amount seized was $177,600. Accordingly, there is $21,705 that is not mentioned as part of the money that was seized. Omar Martinez intends to hold the Harlingen Police Department and the Federal Bureau of Investigation responsible for the total amount of $177,600. The money seized was from his personal funds the majority of which he received from a legal settlement in the case styled Esteban Martinez, individually and as Representative of the Estate of Manuela Martinez, Deceased, and Esteban Martinez, Jr., Omar Martinez, Martin Martinez, Irma Zamora, Julisa Trevino, Eriberto Martinez, Armando Martinez, and Bernardina Canchola, Individually vs. Knapp Medical Center, Ashraf Hilmy, M.D., John Chunga, M.D., Linda Templeton, CRNA, and John Pete Chunga, P.A., Cause No. C-1966-99-F, in the 332nd Judicial District Court in Hidalgo County, Texas.

Sincerely,

Oscar De La Fuente, Jr.

Rio Grande Law Center
501 E. Tyler · Harlingen, Tx. 78550
Ph (956) 425-5297 or Fax (956) 425-1844

EXHIBIT "A"
page 1

I, Omar Hernandez Martinez, have read the foregoing correspondence prepared by my attorney, Oscar De La Fuente, Jr. I hereby attest under penalty of perjury that the facts set forth in the correspondence are true and correct.

_____
Omar Hernandez Martinez

STATE OF TEXAS         §
                       §
COUNTY OF CAMERON      §

Sworn and Subscribed to me, the undersigned authority, by __Omar Martinez__ _____, on this the 31st day of __October__, 2003.

_____
Notary Public for the State of Texas

**YESENIA GONZALEZ**
Notary Public, State of Texas
My Commission Expires
March 29, 2006

__March 29, 2006__
My Commission Expires

EXHIBIT "A"
page 2

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ~Belinda B~  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to:

U.S. Dept. of Justice
Federal Bureau of Investig.
P.O. Box 5
Washington, DC
20044-0005

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 0500 0002 3838 6656

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

EXHIBIT "A"
page 3



EXHIBIT "A"
page 4

# EXHIBIT "B"

## *Power of Attorney*

*[handwritten: money seized in the amount of $177,600.00 more or less O.M.]*

I, the undersigned, have employed the LAW OFFICES OF OSCAR DE LA FUENTE, JR., attorney at law, as my attorney, to prosecute all claims and causes of action for personal injuries and/or property damages sustained on or about *August 4* 200*3*. These causes of action are asserted against *FBI, Federal & State Law Enforcement* and occurred at *the Tourist Center Harlingen TX*. I authorize my attorney to act as my negotiator, to file pleadings, to appear in court on my behalf and to perform any and all functions reasonably necessary to prosecute my claim(s) and preserve my rights. I also give my attorney full power and authority to sign my name and all releases, drafts, authorizations and all other papers in the prosecution and conclusion of my claim(s).

No settlement of any nature shall be made for any claim(s) without my approval, nor shall I obtain any settlement on the claims without the written approval of the LAW OFFICES OF OSCAR DE LA FUENTE, JR. If, however, I do not provide my attorney with written notice of any change of address from the address listed on this POWER OF ATTORNEY and my attorney is unable to contact me after reasonable efforts, then I specifically authorize the LAW OFFICES OF OSCAR DE LA FUENTE, JR., to settle my claim(s), to sign my name to releases, to endorse drafts, checks, or any other method of payment, to take attorney's fees and expenses, and to deposit my portion of any settlement in a Trust Fund on my behalf without obtaining my permission.

I understand the LAW OFFICES OF OSCAR DE LA FUENTE, JR. is under no obligations to advance any monies to me against my claim(s), and no representations to the contrary have been made. If the LAW OFFICES OF OSCAR DE LA FUENTE, JR. does guarantee a loan(s) to the bank, I hereby authorize the LAW OFFICES OF OSCAR DE LA FUENTE, JR. to repay such loan(s) from my share of any settlement or recovery obtained for any claim(s). I agree to pay interest to the bank at the prevailing interest rates on any such loan(s). I further agree that if any such loan(s) or note(s) become due, the LAW OFFICES OF OSCAR DE LA FUENTE, JR. has full authority to sign my name upon the same to renew the loan(s) or note(s).

I give the LAW OFFICES OF OSCAR DE LA FUENTE, JR. full authority to refer my claim(s) to any other attorney. Should this occur, no attorneys fees other than that set forth below shall be paid by me.

In case the LAW OFFICES OF OSCAR DE LA FUENTE, JR. should determine that my claim(s) should not be pursued any further, I hereby give the LAW OFFICES OF OSCAR DE LA FUENTE, JR. the right to withdraw from my case anytime by sending notice to my last known address. In such event, I shall not be obligated to pay any fees to the LAW OFFICES OF OSCAR DE LA FUENTE, JR., but the LAW OFFICES OF OSCAR DE LA FUENTE, JR. shall be entitled to reimbursement of any expenses, charges, costs or loans it may have advanced or incurred during the course of the representation. I understand, however, that if I discharge the LAW OFFICES OF OSCAR DE LA FUENTE, JR. it is entitled to its full fee as set forth in this POWER OF ATTORNEY, as well as repayment of expenses, loans and interest as provided for in this document.

I hereby assign to the LAW OFFICES OF OSCAR DE LA FUENTE, JR. as compensation for its services in the prosecution of my claim(s), an undivided interest in my claim(s) as follows:



__33 1/3 %__   percent of all money and property collected if settlement is made before suit is filed.

__40 %__   percent of all money and property collected after the filing of any action; and

__40 %__   percent of all money and property collected after appeal filed.

The costs of Court and all reasonable expenses advanced or incurred by the LAW OFFICES OF OSCAR DE LA FUENTE, JR., its agents, servants, and/or employees in the handling of my claim shall be deducted from my share of any recovery obtained.

_____     _____

EXHIBIT "B"
page 2

This agreement shall be construed in accordance with the laws of the State of Texas. If one or more of the provisions contained in this agreement are held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision, and this agreement shall be construed as if the invalid, illegal or unenforceable provision did not exist.

This agreement shall be binding upon and enure to the benefit of the parties and their respective heirs, executors, administrators, legal representatives, successors and assignees.

If more than one person signs this contract, the singular shall be taken to mean the plural also.

This agreement constitute the only agreement of the parties and supersedes any prior understandings or written or oral agreements between the parties respecting the subject matter.

I have carefully read this three page POWER OF ATTORNEY. I understand its provisions. I have had the opportunity to ask questions about any part of the document I do not understand. I freely and voluntarily sig this POWER OF ATTORNEY without offer or promise of anything.

SIGNED on this 30th day of September, 2003.

_____
SIGNATURE

3024 Ash Ave
STREET ADDRESS

Mercedes TX 78570
CITY, STATE, ZIP CODE

565-9404 Home / 244-2032 Cell
TELEPHONE

Accepted: _____

EXHIBIT "B"
page 3