IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

### RESPONDENT OMAR MARTINEZ'S RESPONSE TO UNITED STATES' MOTION TO STRIKE STATEMENT OF INTEREST AND MOTION FOR DEFAULT JUDGMENT OF FORFEITURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Respondent Omar Martinez, by his undersigned counsel, hereby files this his Response to Plaintiff's Motion to Strike Statement of Interest and for Plaintiff's Default Judgment and would respectfully show the Court as follows:

### A. Introduction

1. Plaintiff is the United States; Defendant is $155,895 United States Currency; and Respondent is Omar Martinez.

2. Plaintiff sued Defendant in Rem in a forfeiture action.

3. Respondent filed a Statement of Rights alleging an interest.

4. On December 8, 2004, counsel for Respondent filed a motion for a pretrial conference in order to have a scheduling order filed so as to proceed with the case.

5. On December 22, 2004, Respondent received a Motion for Default Judgment and a Motion requesting the Court to strike Respondent's Statement of Interest.

## B. Argument

6. As stated in page 8 of Plaintiff's brief, "the decision to strike a claim for failure to comply with rule C(6) falls within the discretion of the court.$38,570 U.S. Currency, 950 F.2d at 1115.

7. Plaintiff further argues in its brief that the statement of interest under C(6) serves a distinct purpose. It requires a party seeking to challenge the government's forfeiture of property to "demonstrate an interest in the seized item sufficient to satisfy the Court of its standing to contest the forfeiture." *One 1978 Piper Navajo PA-31, Aircraft*, 748 F.2d at 319. As attached Exhibit "A" reflects, the Plaintiff, had notice of the claim of interest even before the Forfeiture Action was filed by the Plaintiff. The letter giving notice was sent out on November 4, 2003 and signed and received by the United States as evidenced by a signature on the attached Exhibit "A".

8. Plaintiff also argues "the purpose of Rule C(6)'s verification is to prevent false claims and that Respondent's counsel could not verify a response. However the Attorney's verified response was created as a result of the previous letter that had been attested to under penalty of perjury by the Respondent that was previously provided

to the Government (see exhibit "A"). Furthermore, Mr. De La Fuente was operating under Power of Attorney that Respondent had executed on September 30, 2003 as reflected in attached exhibit "B". As such, the information was not based on hearsay testimony, but on a sworn statement provided by Respondent to the Plaintiff, that the Plaintiff was aware of or should have been aware of (see exhibit "A").

9. The Court should deny Plaintiff's Motion to Strike Respondent's Statement and Motion for Default Judgment and allow the filing of Respondent's amended pleading because verification of the statements contained in the Respondent's Statement of Rights of Interest had previously been provided to the United States' Department of Justice, and Respondent will be prejudiced if not allowed to amend.

## C. Conclusion

10. Although Respondent had previously provided the Plaintiff with a verified statement, he nevertheless did not include it in his Statement of Interest to Plaintiff's petition. However, Plaintiffs did have notice of this verification as early as November 2003, as provided herein as Exhibit "A". Nevertheless, Plaintiff will not be prejudiced because it has not proceeded on the merits of the case since its inception. For these reasons, Respondent asks the Court to deny Plaintiff's Motion to Strike the Statement of Interest and Motion for Default Judgment.

RESPECTFULLY SUBMITTED,

OSCAR DE LA FUENTE, JR.
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
TELEPHONE (956) 425-5297
FACSIMILE (956) 425-1844

BY: /s/ Oscar De La Fuente
OSCAR DE LA FUENTE, JR.
STATE BAR NO. 05645575
FEDERAL I.D. NO. 12411
ATTORNEY FOR OMAR MARTINEZ

## CERTIFICATE OF SERVICE

I certify that on December 23, 2004, a true and correct copy of Respondent Omar Martinez's Response to United States' Motion to Strike Statement of Interest and Motion for Default Judgment of Forfeiture was served on the U.S. Attorney's office at P.O. Box 61129, Houston, Texas, 77208 by regular mail.

/s/ Oscar De La Fuente
Oscar De La Fuente, Jr.

## VERIFICATION

State of Texas          §
Cameron County     §

On this day, Omar Martinez (Respondent), appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he read the Respondent's Response to Motion to Strike Statement of Interest and Motion for Default Judgment of Forfeiture, and that the facts stated in it are within his personal knowledge and are true and correct. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

_____
Omar Martinez

SWORN TO and SUBSCRIBED before me by Omar Martinez on December 22, 2004.



_____
Notary Public in and for the State Texas