**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

RECEIVED
UNITED STATES MARSHALS
2004 MAR 15 AM 11:27
SOUTHERN DISTRICT S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | B-04-015 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $155,895 U.S. CURRENCY | NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

OMAR MARTINEZ % OSCAR De La FUENTE, JR.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

501 E. TYLER, HARLINGEN, TEXAS 78550

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

BRIAN MOFFATT
Assistant United States Attorney
Office of the United States Attorney
910 Travis Street  Suite 1500
PO Box 61129
Houston, Texas  77208-1129

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

DELIVER ATTACHED COMPLAINT AND COURT PROCEDURES.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (713) 567-9556

DATE: February 18, 2004

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk: Barbara Lowe | Date 2-24-04 |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/4/04   Time: 8:50 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS:
ATTACHMENTS HAND-DELIVERED TO OSCAR DE LA FUENTE, JR AT 8:50 am -March 4, 2004
1 DUSM

USA

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |

Make (5) copies when form is signed. SEND   5. Retain Copy #5 for your file.

Exhibit A



# Oscar De La Fuente, Jr.
### Attorney at Law

December 22, 2004

<u>**VIA FACSIMILE and**</u>   *(713) 718-3307*
<u>**REGULAR MAIL**</u>

Brian T. Moffatt, Asst. U.S. Attorney
P.O. Box 61129
Houston, Texas 77208

    Re:    *Civil Action No. B-04-015*
           *The United States of America vs. $155,895 United States Currency,*
           *Defendant vs. Omar Martinez, Intervenor*

Dear Mr. Moffatt:

    As you are aware, an initial pretrial conference is set for January 07, 2005 at 9:30 a.m., before Judge Andrew S. Hanen in Brownsville, Texas. Pursuant to local rule, a joint case management plan is due fourteen (14) days before the initial pretrial conference. According to our calculations, the due date is set for this Friday, December 24, 2004. We have not heard from your office. Pursuant to the local rule, counsel for the Plaintiff is responsible for ensuring that the Joint Pretrial Order is filed on time. Please respond so that we may get the joint case management plan filed before the due date.

    Thank you for your time and attention to this matter. Please contact me or Daniel A. Sanchez as soon as possible.

                                              Sincerely,

                                              Oscar De La Fuente, Jr.

ODLF/yg

Rio Grande Law Center
501 E. Tyler Harlingen, Tx 78550
Ph (956) 425-5297 or Fax (956) 425-1844

                                                                                 Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DEC 1 6 2004

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. H-04-2989 |
| v. § | |
| § | |
| $126,241.00 U.S. CURRENCY § | |
| $1200.00 U.S. CURRENCY, § | |
| Defendants. | |

## ORDER

The Court has considered the United States' Motion to Strike Rene Ruiz's Claim and Motion for Final Default Judgment and Judgment of Forfeiture. Having conducted a hearing on the above matter and having considered the motions, submissions, and applicable law, the Court determines the motion should be granted.

The United States has moved the Court to strike Ruiz's claim and enter a default judgment and final order of forfeiture on the grounds Ruiz's claim is not verified in compliance with Rule C(6)(a)(i) and (ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and Ruiz filed his Answer after the deadline set forth in Rule C(6)(a)(iii). The United States argues Ruiz's attorney has failed to show excusable neglect for filing an untimely Answer.

On July 23, 2004, the United States filed a verified civil Complaint for

Exhibit C

Forfeiture In Rem against Defendant Property, $126,241.00 U.S. Currency and $1200.00 U.S. Currency. The United States gave proper notice of the complaint of forfeiture to all parties with an interest in the Defendant Property in accordance with Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims. The Claimant's attorney, George Young, was personally served with a copy of the complaint, notice, and judge procedures on July 28, 2004. On August 30, 2004, Ruiz, by and through Mr. Young, filed a "Claim to Money." Mr. Young verified the truthfulness of the statement of interest, although by his own representations at the hearing, his verification was based entirely on conclusory and hearsay allegations. Mr. Young did not explain how he is authorized to verify the statement of interest or why Ruiz did not make the verification himself. The Court finds Mr. Young's verification did not comply with the requirements of Rule C(6)(a)(i) and (ii).

Mr. Young filed Claimant's Answer on December 12, 2004 – 53 days after the expiration of the 20-day deadline imposed by Rule C(6)(a)(iii). Mr. Young did not request an enlargement of time within the 20-day deadline pursuant to Federal Rules of Civil Procedure 6(b). Mr. Young's only stated reason for filing a late Answer is that he waited for Claimant, who he asserts is currently incarcerated in Nashville, Tennessee, to sign the Answer and return it to him for filing. Mr. Young ultimately filed the Answer without obtaining Ruiz's signature. The Court

finds that Mr. Young's explanation is insufficient to establish excusable neglect under Fed. R. Civ. P. 6(b) for filing Claimant's Answer late. The Claimant's signature was not a necessary prerequisite to filing the Answer and, therefore, does not provide good cause for missing the deadline. Hence, because Ruiz failed to file a verified Claim and timely Answer, the Court concludes he has no statutory standing and exercises its discretion to strike Ruiz's Answer.

Having reviewed the record and conducted a hearing, the Court finds the property in this case is subject to forfeiture, proper notice was given to all potential claimants, and the time has expired for filing claims and answers. Because there are no claimants properly before the Court, the Court determines default judgment of forfeiture is appropriate regarding the Defendant $126,241.00 U.S. Currency and $1200.00 U.S. Currency. Accordingly, the Court hereby

ORDERS that the United States' Motion to Strike Claim and Answer and Motion for Default Judgment of Forfeiture (Instrument Nos. 7 & 13) is GRANTED.

The Clerk shall serve a true copy of this Order to all counsel of record.

SIGNED at Houston, Texas on this the __15__ day of __Dec__, 2004.

DAVID HITTNER
UNITED STATES DISTRICT COURT

TRUE COPY I CERTIFY
ATTEST:                DEC 22 2004
MICHAEL N. MILBY, Clerk of Court

United States Courts
Southern District of Texas
ENTERED

UNITED STATES DISTRICT COURT  DEC 1 6 2004
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION  Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. H-04-2989 |
| v. § | |
| § | |
| $126,241.00 U.S. CURRENCY § | |
| $1200.00 U.S. CURRENCY, § | |
| Defendants. | |

## FINAL JUDGMENT

As the Court has granted the United States' Motion to Strike Claim and Answer and Motion for Default Judgment of Forfeiture (Instrument Nos. 7 & 13), the Court hereby ORDERS:

That final judgment of default and forfeiture be entered; and

That the United States Marshal shall stay the disposition of Defendant Property until 60 days after the entry of this final judgment, at which time the United States Marshal may dispose of Defendant $126,241.00 U.S. Currency and $1200.00 U.S. Currency according to law.

The Clerk shall serve a true copy of this Order to all counsel of record.

SIGNED at Houston, Texas, on this __15__ day of Dec, 2004.

DAVID HITTNER
UNITED STATES DISTRICT COURT

TRUE COPY I CERTIFY
ATTEST: DEC 22 2004
MICHAEL N. MILBY, Clerk of Court