UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>$155,895 UNITED STATES CURRENCY<br>Defendant. | CIVIL ACTION NO. B-04-015 |

## ORDER STRIKING CLAIM, DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE

The Court hereby grants the United States' Motion to Strike Omar Martinez's Statement of Right to Interest in $155,895 United States Currency, and enters a Default Judgment and Final Judgment of Forfeiture against $155,895 United States Currency.

                                                                         _____
                                                                         ANDREW S. HANEN
                                                                         UNITED STATES DISTRICT COURT