IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff** | § | |
| | § | |
| *versus* | § | |
| | § | |
| **$155,895 UNITED STATES CURRENCY, Defendant** | § | CIVIL ACTION NO. B-04-015 |
| | § | |
| *versus* | § | |
| | § | |
| **OMAR MARTINEZ, Intervenor** | § | |

### RESPONDENT OMAR MARTINEZ's STATEMENT OF PERSONS AND ENTITIES KNOWN TO HAVE FINANCIAL INTEREST IN THIS LITIGATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES**, RESPONDENT OMAR MARTINEZ, by his undersigned counsel, and would respectfully show the Court that the only persons or entities he knows has a financial interest in this litigation are the United states of America, Omar Martinez, 3024 Ash Avenue, Mercedes, Texas 78570, Esteban Martinez, Jr., 270 N.W. 3rd Avenue, South Bay, Florida 33493, Julisa Trevino, 295 N.W. 3rd Avenue, South Bay, Florida 33493, Esteban Martinez, Sr., 11 ½ Baseline Rd., Mercedes, Texas 78570, Oscar De La Fuente, Jr. and Daniel A. Sanchez, 501 E. Tyler Avenue, Harlingen, Texas 78550.  Respondent has no knowledge of any additional parties with a financial interest in this litigation.

RESPECTFULLY SUBMITTED,

OSCAR DE LA FUENTE, JR.
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
TELEPHONE (956) 425-5297
FACSIMILE (956) 425-1844
STATE BAR NO. 05645575
FEDERAL I.D. NO. 12411
ATTORNEY FOR OMAR MARTINEZ

DANIEL A. SANCHEZ
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
TELEPHONE (956) 425-5297
FACSIMILE (956) 399-0706


BY: _____
DANIEL A. SANCHEZ
STATE BAR NO. 24004064
FEDERAL I.D. NO. 23185
ATTORNEY FOR OMAR MARTINEZ


### CERTIFICATE OF SERVICE

This is to certify that on this the _28_, day of December, 2004, a true and correct copy of the above and foregoing *Respondent Omar Martinez's Statement of Persons and Entities Known to Have Financial Interest in this Litigation* was served on Brian T. Moffatt Attorney-in-charge, the U.S. Attorney's Office, P.O. Box 61129, Houston, Texas 77208 by regular mail.

_____
DANIEL A. SANCHEZ

## VERIFICATION

State of Texas          §

Cameron County      §

    On this day, Omar Martinez(Respondent), appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he read the foregoing attached document, Respondent Omar Martinez's Statement of Persons and Entities Known to Have Financial Interest in this Litigation, and subject to penalty of perjury states that the facts stated in it are within his personal knowledge and are true and correct. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

_____
Omar Martinez

    SWORN TO and SUBSCRIBED before me by Omar Martinez on December 28, 2004.



YESENIA GONZALEZ
Notary Public, State of Texas
My Commission Expires
March 29, 2006

_____
Notary Public in and for the State Texas