United States District Court
Southern District of Texas
FILED

DEC 28 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| **$155,895 UNITED STATES CURRENCY** | § | |

### RESPONDENT, OMAR MARTINEZ'S FIRST AMENDED RULE C(6) VERIFIED STATEMENT OF RIGHT OF INTEREST

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Respondent Omar Martinez, by his undersigned counsel, and subject to leave of court, hereby verifies his interest in the seized property and state by and through his First Amended Rule C(6) Verified Statement of Right of Interest as follows:

I.

Respondent Omar Martinez, pursuant to Supplement Rule C(6), hereby claims an ownership interest in the property seized by the United States. Specifically, Respondent is a bona fide owner of the seized ONE HUNDRED FIFTY FIVE THOUSAND EIGHT HUNDRED NINETY FIVE DOLLARS.

WHEREFORE, having previously filed his Verified Answer and Defense, and in conjunction with this statement of ownership, Respondents pray that:

1. This Court dismiss Plaintiff's action with prejudice and return seized property to Respondent; and

2. This Court award Respondent costs and attorney fees; and

3. This Court grant Respondent all other relief that it may deem just and proper in this case.

RESPECTFULLY SUBMITTED,

OSCAR DE LA FUENTE, JR.
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
TELEPHONE (956) 425-5297
FACSIMILE (956) 425-1844

BY: /s/ Oscar De La Fuente Jr.
OSCAR DE LA FUENTE, JR.
STATE BAR NO. 05645575
FEDERAL I.D. NO. 12411
ATTORNEY FOR OMAR MARTINEZ

## VERIFICATION

I, Oscar De La Fuente, Jr., Attorney for Omar Martinez, declare that I am the Attorney for Respondent in this case and that I have read the FIRST AMENDED RULE C(6) VERIFIED STATEMENT OF RIGHT INTEREST. Upon information currently available and belief, the statements of ownership contained herein are true.

*Oscar De La Fuente Jr.*

Oscar De La Fuente, Jr.

## VERIFICATION

State of Texas       §
Cameron County    §

On this day, Omar Martinez(Respondent), appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he read the foregoing attached document, Respondent Omar Martinez's First Amended Rule C(6) Verified Statement of Right of Interest, and subject to penalty of perjury states that the facts stated in it are within his personal knowledge and are true and correct. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

_____
Omar Martinez

SWORN TO and SUBSCRIBED before me by Omar Martinez on December 28, 2004.


YESENIA GONZALEZ
Notary Public, State of Texas
My Commission Expires
March 29, 2006

_____
Notary Public in and for the State Texas

## CERTIFICATE OF SERVICE

I certify that on December 28, 2004, a true and correct copy of Respondent Omar Martinez's First Amended Rule C(6) Verified Statement of Right of Interest was served on the U.S. Attorney's office at P.O. Box 61129, Houston, Texas, 77208 by regular mail.

Oscar De La Fuente, Jr.