United States District Court
Southern District of Texas
FILED

DEC 2 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

## RESPONDENT OMAR MARTINEZ'S FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT FOR FORFEITURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Respondent Omar Martinez, by his undersigned counsel and subject to leave of court, hereby answers to the Complaint for Forfeiture and states:

I.

Respondent does not deny that the United States of America is the Plaintiff.

II.

Respondent denies that the Defendant $155,895 or any amount in United States Currency seized from Respondent is subject to civil forfeiture in rem under 21 U.S.C. §881(a)(b).

III.

Respondent does not deny jurisdiction and venue.

IV.

Respondent denies that the Defendant United States Currency was money furnished or intended to be furnished by any person in exchange for a controlled substance violation; that the proceeds are traceable to such an exchange, or that the money was used or intended to be used to facilitate any violation of Title 21, United States Code, Chapter 13, Subchapter I.

V.

Respondent admits he was a bus passenger arriving in Harlingen, Texas on August 04, 2003. Respondent denies he became nervous and agitated. Respondent denies answering routine questions evasively and inconsistently. Respondent admits giving consent to search only his suitcase. Respondent denies that a narcotics detection canine alerted to any item and denies that a canine was even present. Respondent admits there were packages of U.S. Currency in the DVD player and Karaoke machine. Respondent denies the bundles totaled $153,950 and insists the amount of currency seized was $177,600. Respondent denies he had no savings or no other sources of legitimate income. Defendant also incorporates by reference attached Exhibit "A", which is Respondent Omar Martinez's verified notice of claim to the United States Department of Justice Federal Bureau of Investigation.

VI.

Respondent denies the Defendant Property was used or intended to be used in

violation of Title II of the Controlled Substances Act and that Defendant Property is subject to forfeiture.

## VII.

Respondent states that a claims of ownership were filed in the administrative forfeiture action.

## VIII.

Respondent requests a trial by jury.

## IX.

Additionally, Respondent asserts the following to the allegations contained in the Complaint for Forfeiture.

1. Respondent asserts the "Innocent Owner" defense.

2. Respondent asserts the "Independent Source" defense.

3. Plaintiff lacked probable cause to seize the money and personal property of Respondent.

4. The search and seizure of Respondent real and personal property was done in violation of the 4th Amendment of the United States Constitution.

5. The chain of custody of the alleged currency has been tainted in this case. United States Federal Bureau of Investigation and/or the Harlingen,

Cameron County Drug Task Force have filed false or erroneous property returns and receipts in this case.

6. This forfeiture action constitutes punishment and is therefore in violation of the double jeopardy clause of the United States Constitution.

**WHEREFORE,** having fully stated his Answer and Defenses, Respondent prays that:

1. This Court dismiss Plaintiff's action with prejudice and return all seized property to Respondent; and

2. This Court award Respondent costs and attorney fees; and

3. This Court grant Respondent all other relief that it may deem just and proper in this case.

RESPECTFULLY SUBMITTED,

OSCAR DE LA FUENTE, JR.
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
TELEPHONE (956) 425-5297
FACSIMILE (956) 425-1844

BY: /s/ Oscar De La Fuente
OSCAR DE LA FUENTE, JR.
STATE BAR NO. 05645575
FEDERAL I.D. NO. 12411
ATTORNEY FOR OMAR MARTINEZ

# VERIFICATION

State of Texas       §
Cameron County   §

    On this day, Omar Martinez(Respondent), appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he read the foregoing attached document, Respondent Omar Martinez's First Amended Answer to Plaintiff's Complaint for Forfeiture, and subject to penalty of perjury states that the facts stated in it are within his personal knowledge and are true and correct. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

_____
Omar Martinez

    SWORN TO and SUBSCRIBED before me by Omar Martinez on December 28, 2004.


YESENIA GONZALEZ
Notary Public, State of Texas
My Commission Expires
March 29, 2006

_____
Notary Public in and for the State Texas

## CERTIFICATE OF SERVICE

I certify that on December 28, 2004, a true and correct copy of Respondent Omar Martinez's First Amended Answer to Plaintiff's Complaint for Forfeiture was served on the U.S. Attorney's office at 600 E. Harrison St., Brownsville, Texas, by hand delivery.

*Oscar De La Fuente, Jr.*
Oscar De La Fuente, Jr.

# EXHIBIT "A"



# Oscar De La Fuente, Jr.

Attorney at Law

via CMRRR, 7003 0500 0002 3838 6656   November 04, 2003
Federal Express
U.S. Postal Service

U.S. Department of Justice
Federal Bureau of Investigation
P.O. Box 5
Washington, DC 20044-0005

Dear Sirs:

     Please consider this correspondence Omar Martinez's claim to contest the seizure or forfeiture of property seized in Harlingen, Texas by the Harlingen Police Department on August 04, 2003. Omar Martinez understands that this seizure was adopted by the Federal Bureau of Investigation (FBI). The identification for said property is: Asset I.D. No.: 03-FBI-004063; Seizure No.: 3770030108
     At this time, I wish to state that the property seized from Mr. Martinez totaled $177,600. The packages seized from him had currency in the amount of $175,655, and he had $1,945 seized from him in his possession. Therefore, the total amount seized from Omar Martinez is $177,600, NOT the $155,895.00 in U.S. currency set forth in the letter notifying Mr. Martinez of his seizure dated October 21, 2003. The total amount of $177,600 was counted before Mr. Martinez and his wife, Mayra D. Martinez, when it was seized. Everyone present knew the total amount seized was $177,600. Accordingly, there is $21,705 that is not mentioned as part of the money that was seized. Omar Martinez intends to hold the Harlingen Police Department and the Federal Bureau of Investigation responsible for the total amount of $177,600. The money seized was from his personal funds the majority of which he received from a legal settlement in the case styled Esteban Martinez, individually and as Representative of the Estate of Manuela Martinez, Deceased, and Esteban Martinez, Jr., Omar Martinez, Martin Martinez, Irma Zamora, Julisa Trevino, Eriberto Martinez, Armando Martinez, and Bernardina Canchola, Individually vs. Knapp Medical Center, Ashraf Hilmy, M.D., John Chunga, M.D., Linda Templeton, CRNA, and John Pete Chunga, P.A., Cause No. C-1966-99-F, in the 332nd Judicial District Court in Hidalgo County, Texas.

Sincerely,

Oscar De La Fuente, Jr.

Rio Grande Law Center
501 E. Tyler · Harlingen, Tx. 78550
Ph (956) 425-5297 or Fax (956) 425-1844

EXHIBIT "A"
page 1

I, Omar Hernandez Martinez, have read the foregoing correspondence prepared by my attorney, Oscar De La Fuente, Jr. I hereby attest under penalty of perjury that the facts set forth in the correspondence are true and correct.

_____
Omar Hernandez Martinez

STATE OF TEXAS           §
                         §
COUNTY OF CAMERON        §

Sworn and Subscribed to me, the undersigned authority, by _Omar Martinez_ _____, on this the _31st_ day of _October_____, 2003.



_____
Notary Public for the State of Texas

_March 29, 2006_
My Commission Expires

EXHIBIT "A"
page 2

| | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X B⋅elinda B...    ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Dept. of Justice<br>Federal Bureau of Investig.<br>P.O. Box 5<br>Washington, DC<br>20044-0005 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0002 3838 6656 |
| PS Form 3811, August 2001    Domestic Return Receipt | 102595-02-M-1540 |



EXHIBIT "A"
page 4