United States District Court
Southern District of Texas
ENTERED

JAN 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-04-015 |
| v. § | |
| § | |
| § | |
| $155,895 UNITED STATES CURRENCY § | |
| Defendant. | |

### ORDER

The Court hereby grants the United States' unopposed Motion to Continue the Initial Pretrial Conference. The Scheduling Conference set for January 7, 2005, is cancelled until further notice.

ANDREW S. HANEN
UNITED STATES DISTRICT COURT