IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| vs. | § CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § |

### ORDER ON RESPONDENT OMAR MARTINEZ'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AMENDED RULE C(6) VERIFIED STATEMENT OF RIGHT OF INTEREST

After considering Respondent Omar Martinez's Motion for Leave to File Amended Answer and Amended Rule C(6) Verified Statement of Right of Interest, the court GRANTS the motion and allows Respondent to file his Amended Answer and Amended Rule C(6) Verified Statement of Right of Interest.

SIGNED January 25, 2005.

U.S. DISTRICT JUDGE