IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 6 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

### CERTIFICATE OF WRITTEN DISCOVERY

COMES NOW, OMAR MARTINEZ, and files this Certificate of Written Discovery, pursuant to the Federal Rules of Civil Procedure, that on this the 11th day of March, 2005, the discovery set forth below was served upon The United States of America, Plaintiff, by and through Plaintiff's attorney of record, KATHERINE L. HADEN, Assistant U.S. Attorney, at P.O. Box 61129, Houston, Texas 77208.

Discovery Served

- *Answer's to Plaintiff's Interrogatories*

Respectfully submitted,

Daniel A. Sanchez
Attorney at Law
501 E. Tyler Avenue
Harlingen, Texas 78550
Telephone (956) 425-5297
Facsimile (956) 425-1844

By: _____
DANIEL A. SANCHEZ
Federal I.D. No. 23185
Texas Bar No. 24004064
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 11, 2005, a true and correct copy of *Certificate of Written Discovery* along with *Answer's to Plaintiff's Interrogatories*, was served on KATHERINE L. HADEN, Assistant U.S. Attorney, at P.O. Box 61129, Houston, Texas 77208, by Certified Mail Return Receipt Requested, #7003 0500 0002 3836 6269.

_____
DANIEL A. SANCHEZ