IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-015 |
| | § | |
| $155,895 UNITED STATES CURRENCY, | § | |
| Defendant. | § | |

## ORDER

Pending is Plaintiff's Motion to Substitute Attorney Katherine L. Haden in place of Brian Moffatt and Albert Ratliff. *Docket No. 13.* Said motion is hereby **GRANTED**.

Signed in Brownsville, Texas this 11th day of April, 2005.

Andrew S. Hanen
United States District Judge