United States District Court
Southern District of Texas
FILED

MAY 1 0 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-04-015 |
| v. § | |
| § | |
| § | |
| $155,895 UNITED STATES CURRENCY § | |
| Defendant. | |

### UNITED STATES' LIST OF PARTIES WITH A FINANCIAL INTEREST IN THIS LITIGATION

The undersigned counsel of record certifies that the following have a financial interest in the outcome of the above-captioned case:

1. United States of America
2. Federal Bureau of Investigation
3. Harlingen Police Department

Respectfully submitted,
MICHAEL T. SHELBY
United States Attorney

_____ For:
KATHERINE L. HADEN
Attorney-in-Charge
Texas Bar No. 08677500
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208
713-567-9365 (Telephone)
713-718-3404 (Facsimile)

## CERTIFICATE OF SERVICE

I, Katherine L. Haden, Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing has been served on counsel of record via both Certified Mail, Return Receipt Requested on May 9, 2005, addressed to:

Attorneys for Omar Martinez
Mr. Oscar De La Fuente, Jr.
Mr. Daniel A. Sanchez
Rio Grande Law Center
501 E. Tyler
Harlingen, Texas 78550
Telephone: (956) 425-5297
Facsimile: (956) 425-1844

_____ For:
Katherine L. Haden
Assistant United States Attorney