United States District Court
Southern District of Texas
ENTERED

MAY 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

## ORDER

On January 25, 2005, this court granted leave for Respondent Omar Martinez to file an Amended Answer and Rule C(6) Verified Statement of Right of Interest.

That being the case, this court hereby denies the Government's Motion to Strike Statement of Interest and Motion for Default Judgment of Forfeiture [Docket No. 17] as moot.

Signed this 16th day of May, 2005.

Andrew S. Hanen
United States District Judge