IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-015 |
| | § | |
| $155,895 UNITED STATES CURRENCY | § | |
| Intervenor Plaintiff : Omar Martinez | | |

## Scheduling Order

1. Trial:  Estimated time to try:  __3__  days.      ☑ Bench      ☐ Jury

2. New parties must be joined by:                                                            __August 19, 2005__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __October 21, 2005__

4. The defendant's experts must be named with a report furnished by:  __December 2, 2005__

5. Discovery must be completed by:                                                        __April 7, 2006__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                                                    __March 3, 2006__

   Non-Dispositive Motions will be filed by:                                            __May 12, 2006__

************************   The Court will provide these dates.   ************************

7. Joint pretrial order is due:                                                                    __May 12, 2006__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:                                __June 2006__

9. Jury Selection is set for 9:00 a.m. on:*                                                __June 2006__

*Counsel to do voir dire. Jury to be six (6) members.

The case will remain on standby until tried.

     Signed this the  1st  day of  July, 2005.

                                                       Andrew S. Hanen
                                            United States District Judge

**XC: ALL COUNSEL OF RECORD**