| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN | |
|---|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>JUN 15 2005 | COURT CASE NUMBER<br>B-04-015 #6 | |
| DEFENDANT $155,895 In United States Currency | U.S. MARSHAL<br>SD/TX | TYPE OF PROCESS<br>Personal Service | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Esteban Martinez, Sr.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

11 ½ Baseline Rd., Mercedes Texas 78570

United States Courts
Southern District of Texas
FILED
JUL 7 2005
Michael N. Milby, Clerk of Court

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Katherine Haden
Assistant United States Attorney
Office of the United States Attorney
PO Box 61129
Houston, Texas 77208-1129

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

Serve copy of Verified Complaint for Forfeiture in Rem and Court Procedures.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER (713) 567-9365

DATE June 14, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 6-15-05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 7/2/05  Time 7:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee $45 | Total Mileage Charges (including endeavors) 24 30 | Forwarding Fee | Total Charges $69 30 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |

REMARKS: 956-472-6185   7:pm 7/2/05
11¼ Baseline Rd - Mercedes
P.O Box 1253 Mercedes, Tx

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM 285 (Rev. 12/15/80)

Make (5) copies when form is signed. SEND ORIGINAL + 4 COPIES to Clerk. Copy #5 for your file.

White    pink    yellow    blue    green