IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

### RESPONDENTS ESTEBAN MARTINEZ SR., ESTEBAN MARTINEZ JR., AND JULISSA TREVINO'S ANSWER TO PLAINTIFF'S COMPLAINT FOR FORFEITURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Respondents Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, by their undersigned counsel and subject to leave of court, hereby answers to the Complaint for Forfeiture and states:

I.

Respondents do not deny that the United States of America is the Plaintiff.

II.

Respondents deny that the Defendant $155,895 or any amount in United States Currency seized from Respondents are subject to civil forfeiture in rem under 21 U.S.C. §881(a)(b).

III.

Respondents do not deny jurisdiction and venue.

IV.

Respondents deny that the Defendant United States Currency was money furnished or intended to be furnished by any person in exchange for a controlled substance violation; that the proceeds are traceable to such an exchange, or that the money was used or intended to be

used to facilitate any violation of Title 21, United States Code, Chapter 13, Subchapter I.

V.

Respondents admits Omar Martinez was a bus passenger arriving in Harlingen, Texas on August 04, 2003. Respondents have no first hand knowledge of Omar Martinez : (1) being nervous and agitated; (2) or answering evasively and inconsistently; (3) or giving consent to search only his suitcase (4) or that a narcotics detection canine alerted to any item; or (5) that there were packages of U.S. Currency in the DVD player and Karaoke machine. Respondents deny the bundles totaled $153,950 and insists the amount of currency seized was $177,600. Respondents denies they had no savings or no other sources of legitimate income. Defendants also incorporate by reference attached Exhibit "A, B and C", which are Respondents Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino's verified notice of claim to the United States Department of Justice Federal Bureau of Investigation.

VI.

Respondents deny the Defendant Property was used or intended to be used in violation of Title II of the Controlled Substances Act and that Defendant Property is subject to forfeiture.

VII.

Respondents state that a claims of ownership were filed in the administrative forfeiture action.

VIII.

Respondents request a trial by jury.

IX.

Additionally, Respondents assert the following to the allegations contained in the Complaint for Forfeiture.

1. Respondents assert the "Innocent Owner" defense.

2. Respondents assert the "Independent Source" defense.

3. Plaintiff lacked probable cause to seize the money and personal property of Respondents.

4. The search and seizure of Respondents real and personal property was done in violation of the 4th Amendment of the United States Constitution.

5. The chain of custody of the alleged currency has been tainted in this case. United States Federal Bureau of Investigation and/or the Harlingen, Cameron County Drug Task Force have filed false or erroneous property returns and receipts in this case. Specifically, the property receipt claims "10 bundles of U.S. Currency" and not a specific amount. It is further alleged that the U.S. Agents committed theft by taking approximately $23,000.00 and not reporting the cash.

6. This forfeiture action constitutes punishment and is therefore in violation of the double jeopardy clause of the United States Constitution.

**WHEREFORE,** having fully stated his Answer and Defenses, Respondents pray that:

1. This Court dismiss Plaintiff's action with prejudice and return all seized property to Respondents; and

2. This Court award Respondents costs and attorney fees; and

3. This Court grant Respondents all other relief that it may deem just and proper in

this case.

RESPECTFULLY SUBMITTED,

PAUL L. FOURT, JR.
ATTORNEY AT LAW
1000 E. VAN BUREN
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 574-0109
FACSIMILE (956) 574-0227

BY: _____
PAUL L. FOURT, JR.
STATE BAR NO. 00785874
FEDERAL I.D. NO. 119663
ATTORNEY FOR ESTEBAN MARTINEZ SR., ESTEBAN MARTINEZ JR., AND JULISSA TREVINO

## VERIFICATION

State of Texas      §
Cameron County   §

    On this day, Esteban Martinez, Sr. (Respondent), appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he read the foregoing attached document, Respondent Esteban Martinez, Sr.'s First Amended Answer to Plaintiff's Complaint for Forfeiture, and subject to penalty of perjury states that the facts stated in it are within his personal knowledge and are true and correct. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

_____
Esteban Martinez, Sr.

    SWORN TO and SUBSCRIBED before me by Esteban Martinez, Sr. on July 18, 2005.

_____
Notary Public in and for the State
Florida

[Notary Seal: ROBERT JULIUS LERMA, MY COMMISSION EXPIRES January 11, 2009]

## VERIFICATION

On this day, Julissa Trevino (Respondent), appeared before me, the undersigned notary public. After I administered an oath to her, upon her oath, she said that she read the foregoing attached document, Respondent Julissa Trevino Answer to Plaintiff's Complaint for Forfeiture, and subject to penalty of perjury states that the facts stated in it are within her personal knowledge and are true and correct. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

STATE OF FLORIDA
WEST PALM BEACH COUNTY

_Julissa M Trevino_
Julissa Trevino

SWORN TO and SUBSCRIBED before me by Julissa Trevino on July 18, 2005.

ID FLORIDA DRIVER LICENSE

AGUSTIN E. GARCIA
MY COMMISSION # DD 165193
EXPIRES: June 18, 2007
Bonded Thru Budget Notary Services

_[signature]_
Notary Public in and for the State Florida

## VERIFICATION

State of ~~Texas~~ Florida §
~~Cameron County~~ Palm Beach §

On this day, Esteban Martinez, Jr. (Respondent), appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he read the foregoing attached document, Respondent Esteban Martinez, Jr.'s Answer to Plaintiff's Complaint for Forfeiture, and subject to penalty of perjury states that the facts stated in it are within his personal knowledge and are true and correct. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

Esteban Martinez, Jr.

SWORN TO and SUBSCRIBED before me by Esteban Martinez, Jr. on July 18, 2005.

Notary Public in and for the State Florida



ELIZABETH HARRINGTON
Notary Public - State of Florida
My Commission Expires Feb 11, 2008
Commission # DD 98021
Bonded By National Notary Assn.

## CERTIFICATE OF SERVICE

I certify that on July 18, 2005, a true and correct copy of Respondents First Amended Answer to Plaintiff's Complaint for Forfeiture was served on the U.S. Attorney's office at 600 E. Harrison St., Brownsville, Texas, by hand delivery.

_____
Paul L. Fourt, Jr.