IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 9 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

**RESPONDENT, ESTEBAN MARTINEZ SR., ESTEBAN MARTINEZ JR., AND JULISSA TREVINO'S RULE C(6) VERIFIED STATEMENT OF RIGHT OF INTEREST**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Respondents Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, by their undersigned counsel, and subject to leave of court, hereby verifies their interest in the seized property and state by and through his Rule C(6) Verified Statement of Right of Interest as follows:

I.

Respondents Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, pursuant to Supplement Rule C(6), hereby claims an ownership interest in the property seized by the United States. Specifically, Respondents are bona fide owners of the seized ONE HUNDRED FIFTY FIVE THOUSAND EIGHT HUNDRED NINETY FIVE DOLLARS.

WHEREFORE, having previously filed their Verified Answer and Defense, and in conjunction with this statement of ownership, Respondents pray that:

1. This Court dismiss Plaintiff's action with prejudice and return seized property to Respondents; and

2. This Court award Respondents costs and attorney fees; and

3. This Court grant Respondents all other relief that it may deem just and proper in this case.

RESPECTFULLY SUBMITTED,

PAUL L. FOURT, JR.
ATTORNEY AT LAW
1000 E. VAN BUREN
BROWNSVILLE, TEXAS 78550
TELEPHONE (956) 574-0109
FACSIMILE (956) 574-0227

BY: _____
PAUL L. FOURT, JR.
STATE BAR NO. 00785874
FEDERAL I.D. NO. 19663
ATTORNEY FOR Esteban Martinez Sr.,
Esteban Martinez Jr., and Julissa Trevino

## VERIFICATION

    I, Paul L. Fourt, Jr., Attorney for Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, declare that I am the Attorney for Respondents in this case and that I have read the RULE C(6) VERIFIED STATEMENT OF RIGHT INTEREST. Upon information currently available and belief, the statements of ownership contained herein are true.

_____
Paul L. Fourt, Jr.

## VERIFICATION

State of Texas      §
Cameron County    §

On this day, Esteban Martinez, Sr.(Respondent), appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he read the foregoing attached document, Respondent Esteban Martinez, Sr.'s Rule C(6) Verified Statement of Right of Interest, and subject to penalty of perjury states that the facts stated in it are within his personal knowledge and are true and correct. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

_____
Esteban Martinez, Sr.

SWORN TO and SUBSCRIBED before me by Esteban Martinez, Sr. on July 18, 2005.

_____
Notary Public in and for the State Texas



ROBERT JULIUS LERMA
MY COMMISSION EXPIRES
January 11, 2009

## VERIFICATION

§
§

On this day, Julissa Trevino(Respondent), appeared before me, the undersigned notary public. After I administered an oath to her, upon her oath, she said that he read the foregoing attached document, Respondent Julissa Trevino's Rule C(6) Verified Statement of Right of Interest, and subject to penalty of perjury states that the facts stated in it are within his personal knowledge and are true and correct. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

STATE OF FLORIDA
WEST PALM BEACH COUNTY

_____
Julissa Trevino

SWORN TO and SUBSCRIBED before me by Julissa Trevino on June ___, 2005.

ID FLORIDA DRIVER LICENSE

_____
Notary Public in and for the State
~~Texas~~
FLORIDA

AGUSTIN E. GARCIA
MY COMMISSION # DD 185100
EXPIRES: June 18, 2007
Bonded Thru Budget Notary Services

## VERIFICATION

State of ~~Texas~~ Florida §
~~Cameron County~~ Palm Beach §

On this day, Esteban Martinez, Jr.(Respondent), appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said that he read the foregoing attached document, Respondent Esteban Martinez, Jr.'s Rule C(6) Verified Statement of Right of Interest, and subject to penalty of perjury states that the facts stated in it are within his personal knowledge and are true and correct. Upon information currently available and belief, the admissions, denials, and defenses contained herein are true.

*[signature]*
Esteban Martinez, Jr.

SWORN TO and SUBSCRIBED before me by Esteban Martinez, Jr. on ~~June~~ July 18, 2005.

*[signature]*
Notary Public in and for the State
~~Texas~~ Florida

## CERTIFICATE OF SERVICE

I certify that on ~~June~~ July 14, 2005, a true and correct copy of Respondents Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino's Rule C(6) Verified Statement of Right of Interest was served on the U.S. Attorney's office at P.O. Box 61129, Houston, Texas, 77208 by regular mail.

_____
Paul L. Fourt, Jr.