IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |
| Intervenor Plaintiff: Omar Martinez | § | |

# ORDER

The Court hereby schedules the Final Pretrial for **May 30, 2006** at **1:30 p.m.** It is further ordered that the Jury Selection is scheduled for **June 1, 2006**, with the exact time to be assigned at the Final Pretrial Conference.

Signed this 27th day of February, 2006.

Andrew S. Hanen
United States District Judge