# EXHIBIT LIST

1. Exhibit "A" - Omar Martinez's Response to United States' Interrogatory Nos. 2 and 3.

2. Exhibit "C" - Omar Martinez's Response to United States' Interrogatory No. 5

4. Exhibit "D" - United States First Request for Production of Document

5. Exhibit "E" - Notice of Deposition to Esteban Martinez, Jr.

6. Exhibit "F" - Esteban Martinez, Jr.'s Production of Records

7. Exhibit "G" - Deposition excerpt of Esteban Martinez, Jr.

8. Exhibit "H" - Deposition excerpt of Esteban Martinez, Sr.

9. Exhibit "I" - Deposition excerpt of Julissa Trevino

10. Exhibit "J" - Production of records for Julissa Trevino

11. Exhibit "K" - Excerpt of Omar Martinez's deposition

12. Exhibit "L" - Documents produced for Esteban Martinez, Sr.

13. Exhibit "M" - Documents produced for Omar Martinez

14. Exhibit "N" - Emails dated 4/3/06 and 4/10/06 to Oscar De La Fuente

15. Exhibit "O" - Emails dated 4/7/06 describing outstanding discovery

16. Exhibit "P" - Paul Fourt's email regarding trial date on 4/14/06

17. Exhibit "Q" - Government's Response email dated 4/19/06

18. Exhibit "R" - Following 3 emails by both sides on 4/19/60 and 4/21/06

19. Exhibit "S" - Following 3 emails by both sides on 4/24/06