**INTERROGATORY NO. 2:**

Please state with specificity what interest you claim to have to the defendant currency, including the amount of defendant currency that you claim to own. Please provide the names and addresses of all persons with knowledge of your interest, as well as, the facts and circumstances of how you came to own any part of defendant currency. Please provide a detailed description of the source(s) of you ownership of any part of the defendant currency, including: (1) the name(s) and address(es) of the person(s) or entity from whom you received the currency; (2) date(s) of receipt: (3) place(s) of receipt; (4) reason defendant currency was given to you. Specify whether you received defendant currency in the form of check(s), cash or otherwise. If you received cash, please state the source of the cash. If you received check(s), then please specify the financial institution where you negotiated the check(s), the financial institution's address, and date the check was negotiated. Please identify any documents that reflect or relate to the above transactions and the name and address of the person(s) or entity that has possession, custody and/or control of document(s); and the name and address of each person(s) who witnessed or observed the delivery, receipt, transfer or distribution of any part of defendant currency to you.

**ANSWER:**

Omar Martinez objects to this discovery request as overly broad, unduly burdensome and harassing in nature. Without waiving this objection, Omar Martinez states as follows:

a.  My interest I claim to have is $177,600.00

b.  Esteban Martinez, Sr. gave me $15,000 in cash sometime between November 2002 and December 2002 in Mercedes, Texas, for a business purchase. His address is ████████████████████████████

Julissa Trevino gave me $20,000 in cash sometime between December 27, 2002- December 29, 2002, in Southbay, Florida, for a business purchase. Her address is ████████████████████████████

Esteban Martinez, Jr. gave me $76,300 in cash on or about July 31, 2003 in Bridgeton, New Jersey, for a business purchase. ████████████████████ Florida 33493.

Exhibit A

**INTERROGATORY NO. 3:**

If you claim any person, corporation, trust, or other entity has a financial interest in any part of defendant currency, please identify the person or entity, provide their physical address, explain what interest they have in defendant currency, please identify the person or entity, provide their physical address, explain what interest they have in defendant currency, including whether they own any part of defendant currency and the amount they own by dollar amount. Explain how you received any part of defendant currency from the person or entity you claim has an ownership interest, including the date(s) of receipt and place(s) of receipt. Specify whether you received any part of defendant currency in the form of check(s), cash or otherwise. If you received cash, please state the source of the cash. If you received check(s), then please specify the financial institution where you negotiated the check(s), the financial institution's address, and date the check was negotiated. Please state your relationship with the person or entity you claim has a financial interest in any part of defendant currency, and the date you last spoke or communicated with them. Please identify any documents that reflect or relate to the above transactions, and the name and address of the person(s) or entity that has possession, custody and/or control of document(s), and the name and address of each person(s) who witnesses or observed the delivery, receipt, transfer or distribution of any part of defendant currency to you.

**ANSWER:**

Omar Martinez objects to this discovery request as overly broad, unduly burdensome and harassing in nature. Without waiving this objection, Omar Martinez states as follows:

> My father, Esteban Martinez, Sr., has an interest of $15,000. He gave me the cash sometime between November 2002 and December 2002 in Mercedes, Texas. His ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I currently speak to my father on a daily basis.

> My sister, Julissa Trevino, has an interest of $20,000. She gave me the cash sometime between December 27, 2002- December 29, 2002, in Southbay, Florida. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I currently speak to my sister on a weekly basis.

> My brother, Esteban Martinez, Jr., has an interest of $76,300. He gave me the cash on or about July 31, 2003 in Bridgeton, New Jersey. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I currently speak to my brother on a weekly basis.