**INTERROGATORY NO. 5:**

From July 01, 2000, until the present, please identify by name and address all financial institutions in which you, your wife, or a household member had/have an account in your/their name or someone else's or in which you or they had/have an interest or signatory authority. Please identify each account by the name(s) in which the account was/is held and by account number. If you claim that all or any part of the defendant currency was withdrawn from a financial institution, please identify the financial institution by name and address, the date the money was withdrawn, and provide the account holder and account number of the account(s) form which the defendant currency was withdrawn.

**ANSWER:**

Omar Martinez objects to this discovery request as overly broad, unduly burdensome and harassing in nature. Without waiving this objection, Omar Martinez states as follows:

To the best of my knowledge:

I have had the following account numbers:

    Texas State Bank
    201 Starr Road
    Mercedes, Texas 78570
    Phone# 956-565-2667
    Account# ███████- Omar and Mayra D. Martinez
    Account# ███████- Omar and Mayra D. Martinez
    Account# ███████- Omar and Mayra D. Martinez
    Account# ███████- Omar and Mayra D. Martinez
    Account# ███████ Omar and Mayra D. Martinez
    Account# ███████- Omar and Mayra D. Martinez
    Account# ███████- Omar and Mayra D. Martinez
    Account# ███████- Omar Martinez d/b/a O&A Transport

    International Bank of Commerce, Account# ███████- Mayra D. Martinez
    1600 FM 802
    Brownsville, Texas 78520
    Phone# 956-547-1121

    Bank of America, Account# ███████- Omar and Mayra D. Martinez
    222 E. Van Buren
    Harlingen, Texas 78550

Exhibit C