IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-015 |
| | § | |
| $155,895 UNITED STATES CURRENCY, | § | |
| Defendant. | § | |

## NOTICE OF ORAL DEPOSITION

TO:  Esteban Martinez Jr.
     c/o Paul Fourt, Jr.

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Katherine Haden, Assistant United States Attorney, will take the oral deposition of Esteban Martinez, Jr. at 3:00 p.m. on Wednesday, April 5, 2006, at the offices of the United States Attorney for the Southern District of Texas, Brownsville Division, at 600 E. Harrison, Ste 201, Brownsville, Texas.

Pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure, deponent is hereby requested to bring to the deposition any documents in support of your claim and/or in defense of this forfeiture action, and the following:

1. Please provide complete copies of United States Individual Income Tax Return(s) of Esteban Martinez, Jr. and his household for the tax years, 2000 through 2003 (when prepared and filed) together with all accompanying forms and attachments, including but not limited to, W-2's, 1099's, Schedules, Summaries, Detail Statements, and Worksheets. If you are unable to produce complete copies, a "Tax Information Authorization" form has been attached for

Exhibit E

PLAINTIFF
EXHIBIT NO. 1
D. WEIBEL 4-5-06

your convenience.

2. Please provide copies of all documentation in support of the entries made to the sections entitled "Income" and "Adjusted Gross Income" to United States Individual Tax Return(s) of Esteban Martinez, Jr. and his household for the years 2000 through 2003 (when prepared and filed), including but not limited to, all W-2's, 1099's, and other documentation in support of and necessary for the determination of the entries for the Sections entitled "Income" and "Adjusted Gross Income". If you are unable to produce complete copies, a "Tax Information Authorization" form has been attached for your convenience.

3. Please provide all documentation which supports your contention that you owned a portion of the defendant currency. Documentation includes but is not limited to all books, papers, writings, ledgers, data, documents, notes, checks, receipts, monetary instruments, banking/financial institution records that relate to or reflect your ownership and the source of the defendant currency, including but not limited to the deposit, receipt, delivery, transfer, negotiation, transaction of the defendant currency and any portion thereof, and the subsequent negotiation, withdrawal, transaction, disbursement, delivery, and distribution of the defendant currency and any portion thereof.

4. Please provide all documentation in support of or relating to your contention that you loaned part of the defendant currency to your brother Omar Martinez. Documentation includes but is not limited to, all books, records, papers, writings, correspondence, data, ledgers, checks, notes, agreements, loan agreements, contracts, monetary instruments, promissory notes, IOU's, banking/financial institution records, check and deposit registers, deposits and deposit items, bank checks, cashier checks, teller checks, money orders, debit/credit records, bank/financial institution statements, data, as well as other records that reflect or relate in any manner to the deposit, receipt, delivery, transfer, deposit, negotiation, transaction of the defendant currency and any portion thereof.

5. Please provide all books, papers, records, ledgers, notes, writings, documents and data including but not limited to receipts, ledgers, checks (front and back), monetary instruments, correspondence, that reflect any repayment(s), in whole or in part, by Omar Martinez for the alleged loan you made to him.

6. Please provide documents, records, ledgers, papers, books, writings and data for any and all financial institutions in which (a) you had/have an account in

whole or in part in your name; (b) an account in which you had/have an interest; (c) an account in which you had/have signature authority, for the time frame January 2002 through August 31, 2003. These documents include but are not limited to statements, checks, deposit and deposit items, debits, credits and other documents that reflect any activity. If you do not have some or all of the documents, please identify the name, address and telephone number of the financial institution where you had an account, and each account by name(s) in which the account was/is held and by account number. If you are unable to produce complete copies, an affidavit authorizing banks to disclose and produce financial records to the United States Attorney's Office is attached.

7. Please provide documents that reflect and/or relate to your household's monthly living expenses for each month of the time period January 2002 through August 31, 2003. These documents to include but are not limited to ledgers, bills, coupons, and/or statements that reflect amounts due for mortgage, automobile(s) note/lease, utilities, child support, cellular and other telephone service, television services (cable/satellite etc.), credit card payments.

8. Please provide copies of checks, ledgers, money orders, or other monetary instruments that were utilized to pay, the monthly amounts due for mortgage, automobile(s) note/lease, utilities, child support, cellular and other telephone service, television services, and copies of credit card statements for each month for the time period January 1, 2002 through the month of August 31, 2003. If cash payments, provide records, books, papers, writings, documents and data which document said payments, for example, receipts.

9. Please provide all books, papers, records, writings, data, documents and other proof relating to any loans or notes for which you or your household had financial responsibility between January 1, 2002 and August 31, 2003. These records include, but are not limited to, all agreements, contracts, closing documents, loan contracts, mortgage and lien documents and instruments, promissory notes, settlement papers, notes, memoranda, deeds and other proofs of ownership, deeds of trust, title policies, all records, writings and documents submitted by the borrower (such as applications, financial statements, balance sheets, state and federal tax returns, profit and loss statements, credit reports), receipts issued for down payments, copies of any and all checks (front and back) including but not limited to loan disbursement check(s), and statements reflecting the transfer or deposit of any funds received from the loans, all repayment records, such as, receipts, checks and other monetary instruments (front and back) revealing the

date, amount and method of repayment (cash, check, wire transfer or other).

10.   Please provide any and all documents, papers, ledgers, records, books, writings and data which reflect net income earned by you and your household for the time frame January 2002 through August 2003. Include any records which reflect income earned or money received by gift, inheritance or otherwise. These records to include but are not limited to paycheck stubs, statements and other documents that set forth all deductions, such as employment taxes, subtracted from gross income.

This deposition will be taken before a Notary Public or other officer authorized by law to administer oaths and will continue from day to day until its completion.

                                      Respectfully submitted,

                                      CHUCK ROSENBERG
                                      United States Attorney

By: *Katherine Haden*
        Katherine Haden
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2006 a copy of the foregoing Notice of Deposition was faxed and mailed, certified mail, return receipt to Mr. Paul Fourt, Jr. Attorney at Law, 1000 E. Van Buren, Brownsville, Texas 78550.

_Katherine Haden_
Katherine Haden
Assistant United States attorney

ATTACHMENT "A"

ATTACHMENT "A"

**AFFIDAVIT**

STATE OF _____
COUNTY OF _____

    Before me, the undersigned authority, personally appeared _____, who being by me duly sworn, deposed as follows:

    My name is _____, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

    I hereby authorize _____, to disclose to the United States Attorney's Office any and all financial records pertaining to any past or present accounts under my name or in which I have an interest for a period not to exceed three months, in connection with *United States v. $155,895 United States Currency*, Case Number B-04-015, a civil forfeiture action brought under 21 U.S.C. § 881.

    I understand my rights under 12 U.S.C. § 3401, *et. al.*, and that I may revoke this authorization at any time before the financial records are disclosed.

_____
Affiant

Sworn to and subscribed before me on the \_\_\_day of _____, 20\_\_\_\_.

    Notary Public, State of _____

    My commission expires: _____

ATTACHMENT "B"

| Form **8821** | Tax Information Authorization | OMB No. 1545-1165 |
|---|---|---|
| (Rev. April 2004) Department of the Treasury Internal Revenue Service | ▶ Do not use this form to request a copy or transcript of your tax return. Instead, use Form 4506 or Form 4506-T. | For IRS Use Only<br>Received by:<br>Name _____<br>Telephone (___)___<br>Function _____<br>Date ___/___/___ |

**1  Taxpayer information.** Taxpayer(s) must sign and date this form on line 7.

| Taxpayer name(s) and address (type or print) | Social security number(s) | Employer identification number |
|---|---|---|
| | Daytime telephone number<br>( ) | Plan number (if applicable) |

**2  Appointee.** If you wish to name more than one appointee, attach a list to this form.

| Name and address | CAF No. ................................................<br>Telephone No. ......................................<br>Fax No. ..................................................<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
|---|---|

**3  Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line. Do not use Form 8821 to request copies of tax returns.

| (a)<br>Type of Tax<br>(Income, Employment, Excise, etc.)<br>or Civil Penalty | (b)<br>Tax Form Number<br>(1040, 941, 720, etc.) | (c)<br>Year(s) or Period(s)<br>(see the instructions for line 3) | (d)<br>Specific Tax Matters (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. See the instructions on page 3. If you check this box, skip lines 5 and 6  . ▶ ☐

**5  Disclosure of tax information** (you **must** check a box on line 5a or 5b unless the box on line 4 is checked):

   **a**  If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

   **b**  If you do not want any copies of notices or communications sent to your appointee, check this box . . . . ▶ ☐

**6  Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed on line 3 above unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you **must** attach a copy of any authorizations you want to remain in effect and check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
To revoke this tax information authorization, see the instructions on page 3.

**7  Signature of taxpayer(s).** If a tax matter applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods on line 3 above.

   ▶ **IF NOT SIGNED AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.**

| Signature | Date | Signature | Date |
|---|---|---|---|
| Print Name | Title (if applicable) | Print Name | Title (if applicable) |
| ☐☐☐☐☐  PIN number for electronic signature | | ☐☐☐☐☐  PIN number for electronic signature | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4.    Cat. No. 11596P    Form **8821** (Rev. 4-2004)

Form 8821 (Rev. 4-2004)          Page **2**

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

### What's New

**Authorization to file Form 8821 electronically.** Your appointee may be able to file Form 8821 with the IRS electronically. PIN number boxes have been added to the taxpayer's signature section. Entering a PIN number will give your appointee authority to file Form 8821 electronically using the PIN number as the electronic signature. You can use any five digits other than all zeroes as a PIN number. You may use the same PIN number that you used on other filings with the IRS. See **Where To File** on page 3 if completing Form 8821 only for this purpose.

### Purpose of Form

Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on Form 8821. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on Form 8821.

Form 8821 does not authorize your appointee to advocate your position with respect to the Federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use Form 2848, Power of Attorney and Declaration of Representative.

Use Form 4506, Request for Copy of Tax Return, to get a copy of your tax return.

Use new Form 4506-T, Request for Transcript of Tax Return, to order: (a) transcript of tax account information and (b) Form W-2 and Form 1099 series information.

Use Form 56, Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

### When To File

Form 8821 must be received by the IRS within 60 days of the date it was signed and dated by the taxpayer.

### Where To File Chart

| IF you live in . . . | THEN use this address . . . | Fax Number* |
|---|---|---|
| Alabama, Arkansas, Connecticut, Delaware, District of Columbia, Florida, Georgia, Illinois, Indiana, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Mississippi, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, or West Virginia | Internal Revenue Service<br>Memphis Accounts Management Center<br>Stop 8423<br>5333 Getwell Road<br>Memphis, TN 38118 | 901-546-4115 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Iowa, Kansas, Minnesota, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wisconsin, or Wyoming | Internal Revenue Service<br>Ogden Accounts Management Center<br>1973 N. Rulon White Blvd.<br>Mail Stop 6737<br>Ogden, UT 84404 | 801-620-4249 |
| All APO and FPO addresses, American Samoa, nonpermanent residents of Guam or the Virgin Islands**, Puerto Rico (or if excluding income under Internal Revenue Code section 933), a foreign country: U.S. citizens and those filing Form 2555, 2555-EZ, or 4563. | Internal Revenue Service<br>Philadelphia Accounts Management Center<br>DPSW 312<br>11601 Roosevelt Blvd.<br>Philadelphia, PA 19255 | 215-516-1017 |
| *These numbers may change without notice. | | |
| **Permanent residents of Guam should use Department of Taxation, Government of Guam, P.O. Box 23607, GMF, GU 96921; permanent residents of the Virgin Islands should use: V.I. Bureau of Internal Revenue, 9601 Estate Thomas Charlotte Amalie, St. Thomas, V.I. 00802. | | |

## Where To File

Generally, mail or fax Form 8821 directly to the IRS. See the **Where To File Chart** on page 2. Exceptions are listed below.

- If Form 8821 is for a specific tax matter, mail or fax it to the office handling that matter. For more information, see the instructions for line 4.
- If you complete Form 8821 only for the purpose of electronic signature authorization, do not file Form 8821 with the IRS. Instead, give it to your appointee, who will retain the document.

## Revocation of an Existing Tax Information Authorization

If you want to revoke an existing tax information authorization and do not want to name a new appointee, send a copy of the previously executed tax information authorization to the IRS, using the **Where To File Chart** on page 2. The copy of the tax information authorization must have a current signature of the taxpayer under the original signature on line 7. Write "REVOKE" across the top of Form 8821. If you do not have a copy of the tax information authorization you want to revoke, send a statement to the IRS. The statement of revocation must indicate that the authority of the tax information authorization is revoked, list the tax matters, must be signed and dated by the taxpayer, and list the name and address of each recognized appointee whose authority is revoked.

To revoke a specific use tax information authorization, send the tax information authorization or statement of revocation to the IRS office handling your case, using the above instructions.

## Taxpayer Identification Numbers (TINs)

TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

## Partnership Items

Sections 6221-6234 authorize a Tax Matters Partner to perform certain acts on behalf of an affected partnership. Rules governing the use of Form 8821 do not replace any provisions of these sections.

## Specific Instructions

### Line 1. Taxpayer Information

*Individuals.* Enter your name, TIN, and your street address in the space provided. Do not enter your appointee's address or post office box. If a joint return is used, also enter your spouse's name and TIN. Also enter your EIN if applicable.

*Corporations, partnerships, or associations.* Enter the name, EIN, and business address.

*Employee plan.* Enter the plan name, EIN of the plan sponsor, three-digit plan number, and business address of the plan sponsor.

*Trust.* Enter the name, title, and address of the trustee, and the name and EIN of the trust.

*Estate.* Enter the name, title, and address of the decedent's executor/personal representative, and the name and identification number of the estate. The identification number for an estate includes both the EIN, if the estate has one, and the decedent's TIN.

### Line 2. Appointee

Enter your appointee's full name. Use the identical full name on all submissions and correspondence. Enter the nine-digit CAF number for each appointee. If an appointee has a CAF number for any previously filed Form 8821 or power of attorney (Form 2848), use that number. If a CAF number has not been assigned, enter "NONE," and the IRS will issue one directly to your appointee. The IRS does not assign CAF numbers to requests for employee plans and exempt organizations.

If you want to name more than one appointee, indicate so on this line and attach a list of appointees to Form 8821.

Check the appropriate box to indicate if either the address, telephone number, or fax number is new since a CAF number was assigned.

### Line 3. Tax Matters

Enter the type of tax, the tax form number, the years or periods, and the specific tax matter. Enter "Not applicable," in any of the columns that do not apply.

For example, you may list "Income tax, Form 1040" for calendar year "2003" and "Excise tax, Form 720" for the "1st, 2nd, 3rd, and 4th quarters of 2003." For multiple years, you may list "2001 through (thru or a dash (—)) 2003" for an income tax return; for quarterly returns, list "1st, 2nd, 3rd, and 4th quarters of 2001 through 2002" (or 2nd 2002 — 3rd 2003). For fiscal years, enter the ending year and month, using the YYYYMM format. Do not use a general reference such as "All years," "All periods," or "All taxes." Any tax information authorization with a general reference will be returned.

You may list any tax years or periods that have already ended as of the date you sign the tax information authorization. Also, you may include on a tax information authorization future tax periods that end no later than 3 years after the date the tax information authorization is received by the IRS. The 3 future periods are determined starting after December 31 of the year the tax information authorization is received by the IRS. You must enter the type of tax, the tax form number, and the future year(s) or period(s). If the matter relates to estate tax, enter the date of the decedent's death instead of the year or period.

In **column (d)**, enter any specific information you want the IRS to provide. Examples of column (d) information are: lien information, a balance due amount, a specific tax schedule, or a tax liability.

For requests regarding Form 8802, Application for United States Residency Certification, enter "Form 8802" in column (d) and check the specific use box on line 4. Also, enter the appointee's information as instructed on Form 8802.

### Line 4. Specific Use Not Recorded on CAF

Generally, the IRS records all tax information authorizations on the CAF system. However, authorizations relating to a specific issue are not recorded.

Check the box on line 4 if Form 8821 is filed for any of the following reasons: (a) requests to disclose information to loan companies or educational institutions, (b) requests to disclose information to Federal or state agency investigators for background checks, (c) application for EIN, or (d) claims filed on Form 843, Claim for Refund and Request for Abatement. If you check the box on line 4, your appointee should mail or fax Form 8821 to the IRS office handling the matter. Otherwise, your appointee should bring a copy of Form 8821 to each appointment to inspect or receive information. A specific-use tax information authorization will not revoke any prior tax information authorizations.

### Line 6. Retention/Revocation of Tax Information Authorizations

Check the box on this line and attach a copy of the tax information authorization you do not want to revoke. The filing of Form 8821 will not revoke any Form 2848 that is in effect.

### Line 7. Signature of Taxpayer(s)

*Individuals.* You must sign and date the authorization. Either husband or wife must sign if Form 8821 applies to a joint return.

*Corporations.* Generally, Form 8821 can be signed by: (a) an officer having legal authority to bind the corporation, (b) any person designated by the board of directors or other governing body, (c) any officer or employee on written request by any principal officer and attested to by the secretary or other officer, and (d) any other person authorized to access information under section 6103(e).

*Partnerships.* Generally, Form 8821 can be signed by any person who was a member of the partnership during any part of the tax period covered by Form 8821. See **Partnership Items** on page 3.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

### Privacy Act and Paperwork Reduction Act Notice

We ask for the information on this form to carry out the Internal Revenue laws of the United States. Form 8821 is provided by the IRS for your convenience and its use is voluntary. If you designate an appointee to inspect and/or receive confidential tax information, you are required by section 6103(c) to provide the information requested on Form 8821. Under section 6109, you must disclose your social security number (SSN), employer identification number (EIN), or individual taxpayer identification number (ITIN). If you do not provide all the information requested on this form, we may not be able to honor the authorization.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia for use in administering their tax laws. We may also give this information to other countries pursuant to tax treaties. We may also disclose this information to Federal and state agencies to enforce Federal nontax criminal laws and to combat terrorism. The authority to disclose information to combat terrorism expired on December 31, 2003. Legislation is pending that would reinstate this authority.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: **Recordkeeping,** 6 min.; **Learning about the law or the form,** 12 min.; **Preparing the form,** 24 min.; **Copying and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 8821 simpler, we would be happy to hear from you. You can write to the Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **Do not** send Form 8821 to this address. Instead, see the **Where To File Chart** on page 2.