

| VENDOR: | LYONS & RHODES. P. MAREST | | | | | 00363 |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK |
| 19635 | 081800 | /18/2000 | 129,454.74 | 129,454.74 | | 129,454.74 |

RE: MANUELA **** -98
ESTEBAN ****
CLIENT'S ******* SHARE

Exhibit F

JUANITA B MARTINEZ                              Bank of Belle Glade
ESTEBAN MARTINEZ

| Fields | Data |
|---|---|
| BALANCE INFORMATION | |
| Issue amount | $100,000.00 |
| Current balance | $0.00 |
| Interest accrued this period | 0 |
| Interest accrued to date | 3/05/04 |
| Penalty for early withdrawal | $0.00 |
| CD Redemption Value | $0.00 |
| Hold amount | $0.00 |
| Available balance | $0.00 |
| Net amount of memo posting | $0.00 |
| | |
| Interest to be paid | $0.00 |
| Federal interest to be w/h | $0.00 |
| Interest paid - last period | $421.26 |
| Interest paid this year | $0.00 |
| DATE INFORMATION | |
| Date opened | 2/08/01 |
| Renewal date | 5/08/01 |
| Maturity date | 8/08/01 |
| Date next interest | 6/08/01 |
| Date last interest | 5/08/01 |
| ACCRUAL INFORMATION | |
| Product | 3 Month CD |
| Interest accrual method | Rate / 365 |
| Interest per diem | $0.00 |
| RATE INFORMATION | |
| Interest rate | 3.69000% |
| Interest rate effective date | 5/08/01 |
| Rate repricing control | Use current product rate |
| Rate variance | 0.00000% |
| Step rate variance | 0.00000% |
| Rate repricing frequency | Adjust at next maturity |
| Step rate frequency | 0 |
| Interest rate - last calc | 3.69000% |
| INTEREST PAYMENT INFO | |
| Pay interest to | CAPITALIZE |
| Pay interest to acct nbr | 0 |
| Interest projection date | Unknown |
| Interest payment frequency | Months |
| Interest payment period | 1 |
| TERM | |
| Original term frequency | Months |
| Original term period | 3 |

Bank: 222 Application: 30 Account: ███████
Date: 12-28-2004 @ 13:55:15 Page 1

Transactions                                                                        CSR5   RODRIY

JUANITA B MARTINEZ                                      Bank of Belle Glade
ESTEBAN MARTINEZ

| Posting date / Effective date | Transaction | Amount | Balance | Description | Block/Batch/Seq |
|---|---|---|---|---|---|
| 5/07/01 5/08/01 | 312 Interest credit (Capitalization) | $421.26 Statemented | $0.00 | | 0/0/10983 System |
| 5/08/01 | 364 Withdrawal | $101,313.97 Statemented | ($421.26) | | 0/0/10982 System |
| 4/07/01 4/08/01 | 312 Interest credit (Capitalization) | $419.51 Statemented | $100,892.71 | | 0/0/10981 System |
| 3/08/01 3/09/01 | 312 Interest credit (Capitalization) | $473.20 Statemented | $100,473.20 | | 0/0/10980 System |
| 2/09/01 | Rate changed to 5.08% | | $100,000.00 | | 0/0/10979 System |
| 2/09/01 2/08/01 | 314 Principal credit | $100,000.00 Statemented | $100,000.00 | | 0/0/10978 System |

Bank: 222 Application: 30 Account:
Date: 12-28-2004 @ 13:55:18 Page 1

Inquiry: Balance and rate information                                        CSR: RODRIY

JUANITA B MARTINEZ                              Bank of Belle Glade
ESTEBAN MARTINEZ

Renewal frequency          Months
Renewal period             3
PENALTY INFORMATION
Penalty assessment method  Penalty in months (30 days per
Penalty assessment term    1
Penalty balance to use     Current Balance
Penalty calculation method CD interest method

Bank: 222 Application: 30 Account:
Date: 12-28-2004 @ 13:55:27 Page 2

Transactions                                                                          CSR: RODRIY

, JUANITA B MARTINEZ                              Bank of Belle Glade
ESTEBAN MARTINEZ



| Posting date Effective date | Transaction | Amount | Balance | Description | Block/Batch/Seqn |
|---|---|---|---|---|---|
| 6/01/01 | 364 Withdrawal | $100,000.00 | $0.00 | | 0/0/10986 System |
| 5/08/01 | Rate changed to 3.54% | | $100,000.00 | | 0/0/10985 System |
| 5/08/01 | 314 Principal credit | $100,000.00 | $100,000.00 | | 0/0/10984 System |

Bank: 222 Application: 30 Account: ▇▇▇▇▇▇
Date: 12-28-2004 @ 13:55:31 Page 1