```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

UNITED STATES OF AMERICA    *
                            *
VS.                         *    C.A. B-04-015
                            *
$155,895 U.S. CURRENCY      *

************************************************************

ORAL DEPOSITION OF

ESTEBAN MARTINEZ, JR.

APRIL 5, 2006

************************************************************

ORAL DEPOSITION OF ESTEBAN MARTINEZ, JR., produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 5th day of April, 2006, from 9:55 a.m. to 12:18 p.m., before DIANA LEAL WEIBEL, Certified Shorthand Reporter, in and for the State of Texas, reported by oral stenography, at the United States Attorney's Office, U.S. Courthouse, 600 East Harrison, Suite 201, Brownsville, Texas, 78520, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

**CERTIFIED COPY**

Exhibit G

1   AUSA HADEN: And that may be the quickest
2   way just to make sure we have everything.
3   MR. FOURT: Didn't you send me attached a
4   copy of the request form?
5   AUSA HADEN: Yes, I did.
6   MR. FOURT: Okay. We'll execute that
7   today before we leave.
8   AUSA HADEN: Okay. That will be great,
9   Paul, because that might actually be easier. Then I
10  know I have everything.
11  Q    (AUSA Haden) Okay. I guess the next category
12  of documents that we were requesting was the -- any
13  documents or records that you might have that supports
14  your ownership or the source of the defendant currency.
15  Let me re-word that. Do you claim any kind of interest
16  in the defendant currency, the $155,895 dollars?
17  A    No.
18  Q    You don't claim any interest in it?
19  A    No.
20  Q    Okay.
21  MR. FOURT: Well, you're confused. Tell
22  her. You didn't answer the question. Is any of that
23  money yours is what she's asking.
24  THE WITNESS: Oh, yes. Yes.
25  MR. FOURT: Okay. That's -- go ahead.

1  I'm sorry to interrupt, but he was confused.
2      Q    (AUSA Haden)  Maybe the words I'm using
3  confused you.
4      A    Yes, because I -- yeah.
5      Q    So, you do state that you own some of the
6  money?
7      A    Yes, yes.
8      Q    Can you tell me how much?
9      A    It was $76,300.
10     Q    $76,300?
11     A    $76,300.
12     Q    And we'll get to that a little bit more in a
13 minute, but item number three (3) in the Notice of
14 Deposition requested any kind of documentation or
15 evidence you might have that supports your ownership of
16 the $76,300 dollars and the source of that money.  Did
17 you bring any type of documentation for that?
18          MR. FOURT:  Yes, that has been produced.
19 The source was the settlement money from the lawsuit in
20 2000 which those documents have been produced, and also
21 bank records of Esteban Martinez which shows a
22 withdrawal amount of -- like $100,000 dollars back in
23 2001, and those documents have been provided.
24          AUSA HADEN:  Okay.  So, that's what
25 you're -- those are the two pieces of documents or the

1  two documents or sources that you're saying support his
2  claim?
3              MR. FOURT:  That relate to the cash, yes.
4              AUSA HADEN:  Are those the only ones?
5              MR. FOURT:  I don't want to limit myself
6  because I'm not quite sure.  There was some production
7  produced by Mr. De La Fuente that may cover that, and I
8  haven't had a chance to go through that completely yet,
9  so it may or may not be all the documents.
10             AUSA HADEN:  Okay.
11             MR. FOURT:  But you have everything that
12 I have --
13             AUSA HADEN:  Okay.
14             MR. FOURT:  -- to this point.  If
15 something else comes up, obviously, we'll supplement.
16             AUSA HADEN:  Sure.  So, my understanding
17 is, you'll go through the production.  But from your
18 understanding, everything that he has has been
19 provided, unless -- so, would you notify me if it has
20 not been?
21             MR. FOURT:  Absolutely.
22             AUSA HADEN:  Okay.
23             MR. FOURT:  And we'd have to supplement
24 that if we wanted to use it at trial, so we for sure
25 would get it to you.

1   Q   (AUSA Haden)  And then the next items are four
2   (4) and five (5) in the Notice of Deposition which asks
3   for any kind of documentation or evidence that supports
4   your transfer or your giving the money -- did you give
5   the money to Omar, the $76,300 dollars?
6   A   No, I kept it with me.
7   Q   Did it ever leave your hands?
8   A   Yes.
9   Q   Okay.  So, at some point, how did it leave
10  your hands?
11  A   By -- because we were going to do a business
12  down here, and he brought it down here to the Valley.
13  Q   Okay.  And in regards to that, we'll get into
14  more detail in a minute.  But do you have any kind of
15  documentation or evidence that supports your
16  transaction of giving the money to Omar?
17  A   No.
18  Q   And then in items six (6) and nine (9), we
19  asked for the bank records.  Your bank records, do we
20  have any copies of bank records?
21          MR. FOURT:  The bank records that I have
22  were the withdrawal of the money that have been
23  produced.
24          AUSA HADEN:  But what about the request -
25  - the rest of the request.  We asked for all the bank

1  records for those dates.  Maybe we'll go into that
2  after we find out more information today as to what
3  bank records we're going to need.
4              MR. FOURT:  Okay.  All the bank records
5  that I have have been produced.  If there's other ones
6  that you guys want, we'll have to get those.
7              AUSA HADEN:  Okay.  And on that subject,
8  we also have an authorization form authorizing release
9  of bank records.
10             MR. FOURT:  We'll execute that as well.
11 I don't have any problem with you guys looking at the
12 bank records.
13             AUSA HADEN:  Okay.  Thank you.
14     Q   (AUSA Haden)  Okay.  Let's see.  And then I
15 think items seven (7) and eight (8) had to do with any
16 kind of documentation that you have that relates to
17 your monthly living expenses for January 2002 through
18 August 31st, 2003.
19             MR. FOURT:  Did you bring any of that?
20             THE WITNESS:  No.
21     Q   (AUSA Haden)  Do you have anything, any type
22 of documentation that would show, you know, your
23 statements, your monthly expenses, such as mortgage
24 payments, you know, credit card statements, phone
25 bills, --

```
1    A    I didn't brought that with me, but I've got
2  everything at home.
3    Q    Okay.  Can you provide that for us?
4    A    Yes.
5    Q    Okay.  When do you --
6         MR. FOURT:  And you can also testify to
7  those amounts today in sworn testimony as well, so we
8  can do it both ways.
9    Q    (AUSA Haden)  And when do you think would be a
10 good date to try to set that as a time?
11        MR. FOURT:  As soon as you can get that
12 to me.  All you've got to do is ship it to me, and I'll
13 send it to them.  I mean, as soon as you get home, mail
14 it to me, and I'll send it to them.
15        THE WITNESS:  Yeah.
16        AUSA HADEN:  Okay.  Great.
17        MR. FOURT:  And then I can have it to you
18 in a day's time as soon as I get it.
19        AUSA HADEN:  Thanks, Paul.
20   Q    (AUSA Haden)  And then on the same subject,
21 anything that wuold also reflect paystubs and income.
22 You know, like anything like your -- if you worked for
23 an employer, --
24   A    Uh-huh (moving head up and down).
25   Q    -- copies of your --
```

1  A   Yes.
2  Q   Things like that for the same time period that
3  we were talking about, January of 2002 through August,
4  2003. Could you do that as well?
5  A   Yes.
6  Q   Okay. Great. Okay. I guess let's get
7  started then on the questions. I just needed to cover
8  that so we'd know where we are.
9      Why don't you start with telling me your
10 full name?
11 A   Esteban Martinez, Jr.
12 Q   And when were you born?
13 A   9/10/65.
14 Q   So, how old does that make you?
15 A   40.
16 Q   Okay. And are you married?
17 A   Yes, ma'am.
18 Q   Okay. And what's your wife's name?
19 A   Juanita B. Martinez.
20 Q   And how long have you-all been married?
21 A   19 years.
22 Q   And do you have any children?
23 A   Two.
24 Q   Okay. What are their ages?
25 A   20 and 15.

```
 1  how much are you getting paid?
 2      A    $12 dollars an hour.
 3      Q    Before you -- now, you purchased your tractor-
 4  trailer.  You don't remember when?
 5      A    No.
 6      Q    How did you pay for it?
 7      A    Cash.
 8      Q    How much was it; do you remember?
 9      A    $13,000.
10      Q    But you don't remember when?
11      A    No.
12      Q    Do you remember where you got the cash from?
13      A    From my mom's...  Yes, the money that my --
14  that was ours from my mom, from my mom's death.
15      Q    You're referring to a legal settlement?
16      A    Yes, ma'am.
17      Q    Do you remember how much you got from that
18  legal settlement?
19      A    $129,000.
20      Q    And was that, what, August, 2000; do you
21  remember?
22      A    Yes.
23      Q    When you received that $129,000 or so as part
24  of the legal settlement, what did you do with that
25  amount?
```

1  A   Put it in the bank.
2  Q   You put it into a bank?
3  A   Yes.
4  Q   Do you know the name of the bank?
5  A   No.
6  Q   You don't know the name of the bank?
7  A   No.
8  Q   Do you have records at home that would tell you the bank that you deposited the legal settlement, the $129,000 in?
11          MR. FOURT: Just for the record, yes, he does, and those have been produced. I think it's called Bank of Belle Glade.
14          AUSA HADEN: And it has the account number and so forth?
16          MR. FOURT: Yes, and it shows the balance and the money on the day that it was deposited.
18          AUSA HADEN: And then you guys would be able to authorize us getting the records from the bank?
20          MR. FOURT: Sure, but I think you've already got some of them that have been produced because this is in your production.
23          AUSA HADEN: Right. I just -- for the record, I just received those this morning, so I haven't had a chance to look them over.

```
 1              MR. FOURT:  Sure.  But if you want more,
 2   if you want to get your own, we'll sign an
 3   authorization for that bank.
 4              AUSA HADEN:  Thank you.
 5       Q    (AUSA Haden)  Okay.  So from that -- is that
 6   the only account you have, or do you have other bank
 7   accounts?
 8       A    No.
 9       Q    You just have that one bank account?
10       A    Uh-huh (moving head up and down).
11       Q    The one bank account that you deposited the
12   $129,000, is that your only bank account?
13       A    Yes.
14       Q    Do you have any CD's?
15       A    No.
16       Q    Do you have any savings?
17       A    No.
18       Q    Just a checking account?
19       A    Yes.
20       Q    Do you have any other types of investments or
21   things like that?
22       A    Like, would you say that --
23       Q    Maybe I should make that question more clear.
24   I'm sorry.
25       A    Yes.
```

| | | |
|---|---|---|
| 1 | Q | Right now, from my understanding, you're |
| 2 | saying you have one checking account; is that correct? | |
| 3 | A | Yes, but it's not under my name. |
| 4 | Q | Whose name is it under? |
| 5 | A | My wife's. |
| 6 | Q | It's under your wife's name? |
| 7 | A | Yeah, but I haven't -- because I haven't gone |
| 8 | and signed my name on there. | |
| 9 | Q | Okay.  Do you have signatory authority on it |
| 10 | as well?  You can write checks too; right? | |
| 11 | A | No, ma'am. |
| 12 | Q | Just your wife? |
| 13 | A | Yes. |
| 14 | Q | Does your wife have any other accounts at the |
| 15 | bank besides the one checking account? | |
| 16 | A | No. |
| 17 | Q | There's just one checking account? |
| 18 | A | Yes. |
| 19 | Q | Just want to be clear on that.  And that |
| 20 | checking account is the same checking account that has | |
| 21 | been open since the deposit of the $129,000 dollars in | |
| 22 | 2000; in August of 2000, -- | |
| 23 | A | Uh-huh (moving head up and down). |
| 24 | Q | -- that money was deposited into a bank |
| 25 | account.  Is that the same bank account that you have | |

```
 1   today?
 2        A    No, ma'am.
 3        Q    Okay.  What bank account do you have today?
 4        A    That's Bank of America.
 5        Q    I'm just wanting to make sure I'm clear on
 6   understanding what the situation is.  Let's go back to
 7   August, 2000.
 8        A    Uh-huh.
 9        Q    How many bank accounts did you have in August
10   of 2000?
11        A    I don't know.
12        Q    You don't know?  Well, we know you had one --
13        A    Yes.
14        Q    -- that you deposited $129,000 in.
15        A    Uh-huh (moving head up and down).
16        Q    Did you have any other accounts, you or your
17   wife?
18        A    No.
19        Q    That was the only account?
20        A    That was the only account.
21        Q    How long was it open from that point?  How
22   much longer did that remain open?
23        A    I don't know.
24        Q    Is it still open?
25        A    No.
```