1   Q   You don't remember when you closed it?
2   A   No.
3   Q   What bank account did you or your wife open
4   after that?  Did you open up an account after you
5   closed the one at the Bank of Belle Grade -- or Belle
6   Gade --
7   A   Belle Glade.
8   Q   Belle Glade.
9   A   Yes.  It was that Bank of America.
10  Q   So, the next account that you opened up was
11  the one at Bank of America?
12  A   Checking, yeah.
13  Q   Checking.  And would you be able to get that
14  information for me?  I know I have the account
15  information on the Bank of Belle Glade, but I don't
16  have the one -- I don't think we have any information
17  on the bank account at Bank of America.  Would you be
18  able to give your attorney the information concerning
19  that?
20  A   Yes.
21  Q   The account number and so forth?
22  A   Yes.
23  Q   And so, my understanding is then, the next
24  account was Bank of America, and that has remained the
25  same account since?

|    |   |                                                                  |
|----|---|------------------------------------------------------------------|
| 1  | A | Yes.                                                             |
| 2  | Q | You haven't opened any other accounts?                           |
| 3  | A | No.                                                              |
| 4  | Q | And there are no other accounts except for the checking?         |
| 6  | A | Except for the checking, yes.                                    |
| 7  | Q | And when I was referring to investments, do you have any other accounts with any other financial institutions besides Bank of America? |
| 10 | A | Like when you say accounts --                                    |
| 11 | Q | It could mean any other kind of account where you would make an income, earn an income or earn interest or something like that. |
| 14 | A | No.                                                              |
| 15 | Q | And when you asked me that question, what do you mean?  I mean, are there any accounts that you know of that you -- |
| 18 | A | No.                                                              |
| 19 | Q | -- that you think you might mention because you're unsure?       |
| 21 | A | No, no.                                                          |
| 22 | Q | Okay.  Now, your wife, where does she work?                      |
| 23 | A | She works -- she doesn't work, but it's like buying produce.     |
| 25 | Q | She buys produce?  Does she work --                              |

```
 1  sure.
 2              AUSA HADEN:  Okay.
 3              MR. FOURT:  The only two that pop out to
 4  my mind are the bank account stuff with his wife and
 5  when and where and which accounts and the trips to New
 6  Jersey.  So, if you want to just cover that, I think we
 7  can move on.
 8              AUSA HADEN:  That sounds great.  We'll do
 9  that.  Okay.  Okay.  I think we've agreed that Mr.
10  Fourt and Martinez, Jr. will stipulate that everythign
11  other than the two areas I'm going to cover now were
12  understood and that the answers should stand.
13       Q    (AUSA Haden)  Okay.  Mr. Martinez, let's go
14  back to the settlement check for $129,000, and I want
15  to cover with you the banking information.  Do you
16  recall the bank that you deposited the $129,000 check
17  in?
18       A    Bank of Belle Glade.
19       Q    Belle Glade?
20       A    Uh-huh (moving head up and down).
21       Q    In Florida?
22       A    Yes.
23       Q    And did you deposit the $129,000 dollar check
24  in August, 2000, after you received it?
25       A    Yes.
```

```
 1      Q    Did you have any other accounts with any bank
 2 other than that one account?
 3      A    No.
 4      Q    That was the only account you had, you or your
 5 wife had at the time in 2000?
 6      A    As far as I remember, yes.
 7      Q    And do you recall the type?  Was it a checking
 8 account that you deposited the settlement check in?
 9      A    No, it was a savings account.
10      Q    Because you earlier said checking?
11      A    No, checking it was the one on -- on the last
12 one, that my wife got.
13      Q    Okay.  So, the next account that you said
14 earlier was an account opened at Bank of America?
15      A    Yes.
16      Q    So, that was a checking account?
17      A    Yes.
18      Q    So, just to be clear.  The only account that
19 you had in August of 2000 was a savings account --
20      A    Yes.
21      Q    -- in Belle Glade?
22      A    Yes.
23      Q    And that includes the accounts by your wife?
24      A    Yes, it was in both of our names.
25      Q    So, how did you conduct business?  Did you not
```

```
 1  have a checking account to write checks on?
 2       A    I would pay cash.
 3       Q    Do you recall when you closed the account at
 4  the Bank of Belle Glade?
 5       A    I don't recall.
 6       Q    Do you recall when you opened up -- you and
 7  your wife opened up an account at Bank of America?
 8       A    That account is only in my wife's name.
 9       Q    Do you recall when your wife opened that
10  account?
11       A    I don't remember the exact date.
12       Q    Were there any other banks or accounts that
13  you had between those two bank accounts, between the
14  account at Bank of Belle Glade and the one at Bank of
15  America?
16       A    No.
17       Q    So, since 2000, the only bank accounts you've
18  had is the one savings account at the Bank of Belle
19  Glade and one checking account in your wife's name in
20  the Bank of America?
21       A    I don't remember about any other.
22       Q    Would you have such information at home if you
23  had?
24       A    Yes.
25       Q    Would you check for me to make sure?
```

1  A   Yes, I will check.
2  Q   And would you disclose that to your attorney
3  so that it can be disclosed to me?
4  A   Yes.
5  Q   Now we'll go back to the property in New
6  Jersey.
7  A   Yes.
8  Q   I asked you earlier whether you made a trip to
9  New Jersey before the money was taken. When I refer to
10 money, I'm referring to $155,895 that was taken by
11 police.
12         THE INTERPRETER: -- 800 and -- ?
13         AUSA HADEN: $155,895.
14         THE INTERPRETER: (Translates above.)
15 A   Can you ask me the question again, please?
16 Q   (AUSA Haden) Did you take a trip to New
17 Jersey before the money was taken by police?
18 A   Yes.
19 Q   Did you take a trip with -- who did you take a
20 trip with?
21 A   I did that trip with -- with my son.
22 Q   And when --
23 A   No. No. No, my son was there already.
24 Q   Okay. Was there anybody else with you on this
25 trip?

1     A    No.

2     Q    Now, how did you travel? Did you travel with
3 your whole family to New Jersey?

4     A    Yes.

5     Q    And how did you travel?

6     A    By car.

7     Q    The whole way?

8     A    Yes.

9     Q    And Omar, did he go with you guys?

10    A    No. I was there for some days, and then I
11 went and picked him up in Philadelphia.

12           AUSA HADEN: Okay. I'm sorry. Could you
13 repeat that? I didn't hear that. No, your answer, I
14 didn't understand what you said.

15           AUSA MASSO: The court reporter can.

16           AUSA HADEN: Oh, I'm sorry.

17           THE REPORTER: As to what the answer was?

18           AUSA HADEN: Yes, the answer.

19           THE REPORTER: Okay. Answer: "No. I
20 was there for some days, and then I went and picked him
21 up in Philadelphia."

22    Q    (AUSA Haden) Mr. Martinez, now the amount
23 that you had, the $76,300, where did you get that from?
24 Where did it come from?

25    A    That was my mother's.

1  Q   Was it in your bank account?

2  A   At my house.

3  Q   So you -- okay. I'm sorry. I'm confused
4  because when did you -- earlier you said that the
5  $129,000 from your mom's -- the lawsuit involving your
6  mother was deposited into your Belle Grade account.

7  A   Yes. I don't know how long it lasted for, but
8  I withdrew, and then -- and my attorney can tell you
9  because he has the papers.

10 Q   Okay. So, you're saying you withdrew how much
11 from the bank account?

12 A   I don't know. I gave all that information to
13 the attorney.

14 Q   So, you don't know the date or the amount or
15 anything?

16 A   No.

17         AUSA HADEN: I don't have that
18 information in front of me. Do you have it, Mr. Fourt?

19         MR. FOURT: I do have withdrawal slips on
20 the Bank of Belle Glade for Esteban which you've been
21 produced, but you're welcome to look at my copy. I
22 know you haven't had time to go through all that.

23         AUSA HADEN: Sure.

24         MR. FOURT: And just for the record while
25 we're on the record, I do have the release right here,

1  and I just wrote in Bank of Belle Glade. And I'll have
2  him execute that so you guys can get all the records
3  from that bank.
4           AUSA HADEN: Well, I will go ahead and
5  mark this Plaintiff's Exhibit Number Three (3).
6           THE WITNESS: Can I go to the restroom?
7           AUSA HADEN: Yes. We're going to make a
8  copy, and then I'll put --
9           AUSA MASSO: That'll make it easier.
10          AUSA HADEN: Thanks. Does anybody want
11 to take a quick water break?
12          (Recess from 11:35 a.m. to 11:39 a.m.)
13          THE REPORTER: Back on record.
14          AUSA HADEN: Back on record.
15          (Plaintiff's Exhibit Number 3 marked.)
16   Q    (AUSA Haden) Okay. Mr. Martinez, before we
17 broke for a recess, we were talking about when you
18 withdrew the money from your legal -- your mother's
19 legal settlement.
20          I am now looking at Plaintiff's Exhibit
21 Number Three (3) which is -- it's entitled, Inquiry,
22 Balance and Rate Information for the Bank of Belle
23 Glade. And from what I can tell, you had a certificate
24 of deposit at the bank; do you recall?
25   A    I'm not sure, but -- but I think I did. But I

1  would not -- a certificate such as what?
2      Q   It's a CD at your bank.  It's another type of
3  account.
4      A   Oh, well, a CD, yes.  That was at the
5  beginning when I opened my account.
6      Q   Okay.  So, it wasn't a savings; it was a CD?
7      A   (No response.)
8      Q   Is that right?
9      A   I don't remember.
10     Q   Do you remember -- okay.  Did you purchase a
11 CD for $100,000 dollars?
12     A   I don't remember because it was my wife that
13 did the business.  I don't know how she deposited the
14 money.
15     Q   Well, your bank records, once we get those,
16 will show that.  We have a date that the CD was
17 withdrawn.  It says May of 2001.  Is that what you
18 recall?
19     A   I say yes.
20     Q   So, you recall withdrawing the $100,000
21 dollars from the CD in May of 2001, you or your wife?
22     A   Yes.
23     Q   What did you do with the $100,000 dollars from
24 May, 2001?
25     A   I had them at my house.

```
 1    Q    So you felt -- why did you put it in your
 2  house instead of keeping it in the bank?
 3    A    Because anyway, I had it there because that
 4  business that I had already in mind when they gave me
 5  my mother's money.  I had plans to open a business.
 6    Q    But you didn't know for how much?
 7    A    No.
 8    Q    And where did you keep this money in your
 9  house?
10    A    In a safe place at my house.
11    Q    Well, can you tell me where you kept that in
12  your house?
13    A    There at the house.
14    Q    Had you ever kept other large amounts of cash
15  in your house before?
16    A    In relation to this?
17    Q    In relation to anything.
18    A    I mean, bigger than this amount?
19    Q    Or just a large amount.
20    A    No.
21    Q    Anything that's, you know, a large amount.
22  Anything over like $5,000 dollars?
23    A    Oh, yes, because it was in relation to my
24  wife's business.  They deal with cash money there.
25    Q    Can you tell me approximately the largest
```