UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | C.A. B-04-015 |
| | * | |
| $155,895 U.S. CURRENCY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

JULISA M. TREVINO

APRIL 5, 2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF JULISA M. TREVINO, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 5th day of April, 2006, from 2:15 p.m. to 2:58 p.m., before DIANA LEAL WEIBEL, Certified Shorthand Reporter, in and for the State of Texas, reported by oral stenography, at the United States Attorney's Office, U.S. Courthouse, 600 East Harrison, Suite 201, Brownsville, Texas, 78520, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



CERTIFIED COPY

Exhibit I

*DIANA LEAL WEIBEL, C.S.R. #4192*
*P.O. BOX 608, MISSION, TX 78573*
*PH: (956) 580-2778 / CELL 330-9180 / FAX 580-3148*

```
 1    A    Yes.
 2    Q    First, what I'd like to do is cover in the
 3  Notice of Deposition. I know you covered it with your
 4  lawyer. We have items -- we have items that were
 5  requested in the Notice of Deposition, and I understand
 6  today that you have authorized us to obtain your tax
 7  returns.
 8    A    Yes.
 9    Q    Did you bring any -- is there any
10  documentation that you have that would show any amount
11  of money that you own in this lawsuit, and the source
12  of that money?
13    A    My attorney has some papers.
14    Q    And are those all the papers that you have
15  that relate to that?
16    A    I guess so, yes, but I'm not sure about it.
17    Q    Well, what are you not sure about?
18    A    If I have my papers. But what I gave the
19  attorney was what I found.
20    Q    Okay. Well, I need to know if that's all of
21  the documentation you have.
22    A    Uh-huh (moving head up and down). Yes.
23    Q    And today you have authorized for the United
24  States to obtain your bank records, so that takes care
25  of category six and nine; is that right?
```

1   A   Yes.
2   Q   And then the only other items are any kind of
3   statements or records that you have that would show
4   your monthly expenses or income for 2000 through 2004.
5   Do you have any types of records that would either show
6   your income or your expenses, your monthly expenses?
7   A   Besides the documents that I brought to the
8   attorney?
9   Q   What documents did you bring, or do you
10  remember?  These right here?
11  A   The ones that you have there.
12  Q   So, we have parts, like your W-2's.
13  A   Uh-huh (moving head up and down).
14  Q   And that looks like that's the extent of it;
15  is that right?
16  A   Yes.
17  Q   Do you have any other type of records
18  concerning your monthly bills or income that you or
19  your household receives?
20  A   Like what?
21  Q   For example, for your monthly bills, do you
22  have copies of your statements?
23  A   Well, just receipts and things like that?
24  Q   Uh-huh (moving head up and down), or monthly
25  statements?

1   A   I'm not sure about that.
2   Q   Okay. As far as your income goes, it looks
3   like the entire source of income is reflected on your
4   W-2?
5   A   Yes.
6   Q   There is no other outside source other than
7   the legal settlement involving your mother?
8   A   What do you mean? Some other money such as
9   from work or something like that?
10  Q   My understanding is, the W-2 reflects your
11  household income between -- you know, whatever your
12  husband or you have earned for these periods. Is there
13  any other untaxable earnings or income that you have
14  obtained?
15  A   No, just the things related to my work.
16  Q   Okay. So, there's nothing other than that?
17  A   No.
18  Q   Okay. All right. Ms. Trevino, tell me, what
19  is your present address? Where do you live?
20  A   295 Northwest 3rd Avenue in South Bay,
21  Florida.
22  Q   And who do you live at that address -- who do
23  you live there with?
24  A   With my husband and with my four children.
25  Q   You have four children?

1  Q  Do you see them pretty regularly?
2  A  Yes.
3  Q  Okay. And in fact, I mean, you all are on the
4  same street?
5  A  Yes.
6  Q  Have you or your husband ever been involved in
7  any of their businesses?
8  A  No, we don't get mixed with them.
9  Q  What about Omar's businesses?
10 A  Neither.
11 Q  So, no financial transactions involving any of
12 Omar's businesses?
13 A  No.
14 Q  Okay. And what about your husband? Has he
15 been involved at all; do you know?
16 A  No, not at all. Nothing.
17 Q  Ms. Trevino, the money -- how much of the
18 $155,895 are you saying that you have an ownership
19 interest?
20 A  20.
21 Q  And where do you say that the $20,000, where
22 did it come from?
23 A  Out of my mother's money.
24 Q  And would that be the $129-some-odd dollars
25 that you received from a legal settlement?

1   A   Yes.

2   Q   And that was involving all of you, the
3   siblings and your -- your brothers and sisters and your
4   father?

5   A   Uh-huh (moving head up and down).  Yes.

6   Q   And August, 2000, that's when you received it;
7   do you remember?

8   A   I think so, yes.

9   Q   And when you received your check, what did you
10  do with it?

11  A   I put a certain amount in CD's.

12  Q   Can you remember how many or what amount you
13  put in CD's?

14  A   Well, I had four CD's in the amount of $10,000
15  dollars.  Each one in the amount of $10,000.  And the
16  other one, I don't recall.

17  Q   Okay.  So, you had four CD's each in the
18  amount of $10,000?

19  A   Uh-huh (moving head up and down).

20  Q   And another CD that you can't recall the
21  amount?

22  A   Exactly.

23  Q   Can you give me an estimate?

24  A   I don't remember.

25  Q   And what about the rest of the $129,000?

1  Where did the rest of it go?
2       A    I paid what was owed from my house, and we
3  also -- and I also paid for a truck that my husband and
4  I had bought.
5       Q    Okay. So, can you tell me, how much did you
6  pay on your house?
7       A    I don't remember exactly how much.
8       Q    Can you tell me about how much?
9       A    No, I don't know.
10      Q    Do you own your house now?
11      A    Yes.
12      Q    And before you paid your house off, were you
13 making monthly payments on it?
14      A    Yes.
15      Q    Were you financing it?
16      A    No.
17      Q    Who did you make your payments to?
18      A    I would send them to Jim Walter.
19      Q    And who is Jim Walter?
20      A    I don't know if he -- well, he has kind of a
21 company or something. I don't really know, but he
22 builds houses.
23      Q    Okay. So, was he the owner of the house?
24      A    Well, yes, they were the ones who sold it to
25 us, Jim Walter.

```
 1    Q    And when did they sell you the house?
 2    A    I don't remember.
 3    Q    How long have you been living where you're
 4  living right now?
 5    A    I don't remember exactly.
 6    Q    Throughout your -- since you've been married,
 7  have you always lived in this house?
 8    A    No.
 9    Q    Where did you live before?
10    A    There at the same place in South Bay, but at a
11  trailer parking lot.
12    Q    Did you own the trailer?
13    A    Yes.
14    Q    And then you moved to the house?
15    A    Exactly.
16    Q    Was it more than five years ago?
17    A    When we moved to the house?
18    Q    To the house that you're referring to?
19    A    I don't remember, but I was pregnant with my
20  10 year-old child.
21    Q    Okay.  So, it would be safe to say that you've
22  been in your present -- the house you live in now for
23  about 10 years?
24    A    More or less.
25    Q    Do you remember what the price of your house
```

1     was?

2     A    No.

3     Q    You don't have any idea about how much?

4     A    No, the problem is that I don't know when

5 things are as high as that. It's my husband.

6     Q    Can I ask you, do you have the paperwork that

7 reflects your -- that shows your purchase and sale --

8 or purchase and payment of the house?

9     A    Yes.

10     Q    Could you provide those to Mr. Fourt?

11     A    Yes.

12     Q    Okay. Then we could sort out how much you

13 paid for it and so forth.

14     A    Yes, I will send them.

15     Q    Okay. So, from what I'm understanding then,

16 talking about the $129,000, you paid part of that on

17 your house, and you also purchased a truck?

18     A    Uh-huh (moving head up and down).

19     Q    Can you tell me about the truck? How much did

20 you pay for the truck?

21     A    I don't remember.

22     Q    Do you have the paperwork for the truck

23 purchase?

24     A    I couldn't tell you. I would need to ask my

25 husband.

```
 1        Q    Okay. Did you pay cash for the -- well,
 2   obviously, you paid cash for the truck.
 3        A    Yes.
 4        Q    Do you remember whether it was purchased from
 5   a dealership?
 6        A    Yes, it was at the dealership.
 7        Q    What was the name of the dealership?
 8        A    I don't remember.
 9        Q    Did you -- do you still have that truck?
10        A    Yes.
11        Q    Okay. Can you tell me what kind of truck it
12   is?
13        A    It's a Chevrolet. I don't remember the year.
14        Q    Did you buy it new?
15        A    Yes.
16        Q    If you could, I would appreciate it if you
17   could ask your husband the amount and the dealership
18   and how much you purchased it for?
19        A    Yes.
20        Q    And if you could get that information back to
21   me.
22        A    It's okay.
23        Q    Okay. Thank you. Okay. Now, with the
24   $129,000, we have -- you've listed the CD's, the house
25   and the truck. Is there anything else that you spent
```

```
 1   the money on?
 2        A    We bought five acres in Mercedes.
 3        Q    Is that like raw land or lots?
 4        A    It's land, some acres.
 5        Q    Was there any properties on it, like trailers
 6   or buildings?
 7        A    No, just the acres by themselves.
 8        Q    And can you tell me how much you paid for the
 9   property?
10        A    I don't remember exactly how much.
11        Q    Can you give me an estimate or an
12   approximation?
13        A    No.
14        Q    Okay.  I would assume that you have the
15   paperwork at your house?
16        A    Yes.  Yes, at home.
17        Q    And I need for you to go home and check with
18   your husband.
19        A    Yes.
20        Q    Could you provide the paperwork to Mr. Fourt -
21   -
22        A    Yes.
23        Q    -- that would show the purchase price and so
24   forth?
25        A    Yes, as well.
```

```
 1      Q    Okay.  Is there any other items that you used
 2 or paid with the $129,000?
 3      A    No, not that I remember.
 4      Q    Can you think?  I really kind of need for you
 5 to tell me if there are any other items.  At least
 6 think back and try to recollect.
 7      A    No, that was it.
 8      Q    That was it?  Okay.  Now, at some point in
 9 relation to the money that we're here about today, can
10 you tell me, did you give -- how did you transfer or
11 give that money to Omar?
12      A    Omar went to my house, and he asked me for
13 that money.  I had it available, and I lent it to him.
14      Q    In regard to that, Ms. Trevino, did you
15 withdraw a CD; is that what you did?  Or, how did you
16 do it?
17      A    No, I had money at my house.
18      Q    How much money did you have at your house?
19      A    I had withdrawn the four CD's, and I had them
20 at my house.
21      Q    And do you remember when you had withdrawn
22 these CD's?
23      A    I don't -- I don't remember, but the attorney
24 has that information.
25      Q    And why did you withdraw the CD's?  Why didn't
```

```
 1   you just keep your money in the bank?
 2        A    Because I did not want to renew it -- renew
 3   them.
 4        Q    And do you remember, I mean, did you -- where
 5   did you store it in your house?
 6        A    I would keep it at a safe place.
 7        Q    And how long did you have it in your house?
 8        A    I don't remember exactly how long it was.
 9        Q    Would you say for several months?
10        A    No, but I had had it for some time.  I think
11   for about -- I couldn't tell you exactly how long for,
12   but I had had them for some time.
13        Q    Now, do you remember the date or around the
14   time when Omar asked you for the money?
15        A    The date?  Well, it was around the last week
16   of December.  But the time, I don't know.
17        Q    Okay.  And then would that be December of what
18   year?
19        A    Of 2002.
20        Q    And $15,000 dollars, would you say that's a
21   lot of money?
22        A    Well, not for the one who has it.
23        Q    So, you didn't think $15,000 was a lot of
24   money?
25        A    No.
```

```
 1       Q    Okay.
 2            MR. FOURT:  Just for the record.  I'm
 3  sorry to interrupt.  She was 20.  The dad was 15, just
 4  so she doesn't get confused.
 5            AUSA HADEN:  I don't think that's a
 6  confusing question, but...
 7            MR. FOURT:  You said $15,000, and she
 8  testified it was 20.
 9            AUSA HADEN:  Oh, I'm sorry.  $20,000.
10            MR. FOURT:  Yes, that's what I -- I
11  didn't want her to --
12            AUSA HADEN:  Yeah.
13            MR. FOURT:  Her dad was 15.  I didn't
14  want her to be confused.
15            AUSA HADEN:  Paul, thank you.  Yes, I'm
16  sorry.  And actually, --
17       A    That's what I was thinking.  Why $15,000?
18  It's the same for me, $20,000.  When you have them,
19  nothing.
20            AUSA HADEN:  Okay.  So, yes, I'm sorry,
21  and thank you for correcting, Paul.
22       Q    (AUSA Haden)  Okay.  So, you're saying either
23  -- whether it's $20,000 or $15,000, either one doesn't
24  seem like a whole lot to you?
25       A    Yes, it's a big amount, but when you have
```