

# TIME DEPOSIT WITHDRAWAL CONFIRMATION

Office Name  
BELLE GLADE / BELLE GLADE MAIN  
FL

Customer Name(s), Address and Taxpayer ID Number  
J... ...A M TREVINO POD  
LAURO TREVINO JR

Date  
09/28/2000

```
AVAILABLE BALANCE    :  $100,000.00     PARTIAL WITHDRAWAL
- WITHDRAWAL AMT     :   $27,100.00     CD ACCOUNT NUMBER:
- WITHDRAWAL FEE     :       $26.00
- PENALTY AMOUNT     :      $400.50
=REMAINING BALANCE   :   $72,473.50
PAID TO CUSTOMER     :   $27,100.00
```

537823 (50/Pkg Rev 0)

Exhibit J



# TIME DEPOSIT WITHDRAWAL CONFIRMATION

| Office Name | Customer Name(s), Address and Taxpayer ID Number |
|---|---|
| BELLE GLADE / BELLE GLADE MAIN FL | RAQUEL JAILENE TREVINO<br>JULISA MARTINEZ TREVINO |

Date
11/13/2000

```
  CURRENT BALANCE  :     $5,000.00      FULL REDEMPTION
+ ACCRUED INTEREST:        $10.37       CD ACCOUNT NUMBER:
- PENALTY AMOUNT  :        $84.83
- FEDERAL W/HD DUE:         $0.00
- WITHDRAWAL FEE  :        $26.00
- OUTSTANDING PYMT:         $0.00
                        ----------
PAID TO CUSTOMER  :     $4,899.54
```

537823 (50/Pkg Rev



# TIME DEPOSIT WITHDRAWAL CONFIRMATION

**Office Name**
BELLE GLADE / BELLE GLADE MAIN
FL

**Date**
11/13/2000

**Customer Name(s), Address and Taxpayer ID Number**
LAURO TREVINO III
JULISA MARTINEZ TREVINO



```
  CURRENT BALANCE   :    $5,000.00      FULL REDEMPTION
+ ACCRUED INTEREST:       $10.37        CD ACCOUNT NUMBER:
- PENALTY AMOUNT   :      $84.83
- FEDERAL W/HD DUE:        $0.00
- WITHDRAWAL FEE   :      $26.00
- OUTSTANDING PYMT:        $0.00
                     ------------
PAID TO CUSTOMER   :    $4,899.54
```

537823 (50/Pkg Rev 0



## TIME DEPOSIT WITHDRAWAL CONFIRMATION

Office Name  
BELLE GLADE / BELLE GLADE MAIN  
FL

Customer Name(s), Address and Taxpayer ID Number  
RUBEN TREVINO  
JULISA MARTINEZ TREVINO

Date  
11/13/2000

```
  CURRENT BALANCE  :   $5,000.00      FULL REDEMPTION
+ ACCRUED INTEREST:      $10.37       CD ACCOUNT NUMBER:
- PENALTY AMOUNT   :     $84.83
- FEDERAL W/HD DUE:       $0.00
- WITHDRAWAL FEE   :     $26.00
- OUTSTANDING PYMT:       $0.00
                      -----------
PAID TO CUSTOMER   :   $4,899.54
```

537823 (50/Pkg Rev 0



# TIME DEPOSIT WITHDRAWAL CONFIRMATION

Office Name                               Customer Name(s), Address and Taxpayer ID Number

BELLE GLADE / BELLE GLADE MAIN    MARIO ALBERTO TREVINO
FL                                JULISA MARTINEZ TREVINO

Date

11/13/2000

```
  CURRENT BALANCE  :      $5,000.00      FULL REDEMPTION
+ ACCRUED INTEREST :         $10.37      CD ACCOUNT NUMBER:
- PENALTY AMOUNT   :         $84.83
- FEDERAL W/HD DUE :          $0.00
- WITHDRAWAL FEE   :         $26.00
- OUTSTANDING PYMT :          $0.00
                        ------------
  PAID TO CUSTOMER :      $4,899.54
```

537823 (50/Pkg Rev 02