UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS. | * C.A. B-04-015 |
| $155,895 U.S. CURRENCY | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

OMAR MARTINEZ

APRIL 6, 2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF OMAR MARTINEZ, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 6th day of April, 2006, from 10:39 a.m. to 3:48 p.m., before DIANA LEAL WEIBEL, Certified Shorthand Reporter, in and for the State of Texas, reported by oral stenography, at the United States Attorney's Office, U.S. Courthouse, 600 East Harrison, Suite 201, Brownsville, Texas, 78520, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



Exhibit K

*DIANA LEAL WEIBEL, C.S.R. #4192*
*P.O. BOX 608, MISSION, TX 78573*
*PH: (956) 580-2778 / CELL 330-9180 / FAX 580-3148*

```
 1                AUSA HADEN:  Okay.  Thank you.
 2       Q    (AUSA Haden)  Okay.  Mr. Martinez, why don't
 3  we just start with the general information?  Your name,
 4  birthdate, where you live?
 5       A    My name is Omar Martinez.  My birthday is June
 6  the 1st, 1971.  I currently live in Mercedes, Texas.
 7       Q    And how long have you lived in Mercedes,
 8  Texas?
 9       A    About eight years.  I'm not exactly sure.
10       Q    Do you have other residences besides the
11  Mercedes residence?  Do you have any other places you
12  live besides Mercedes?
13       A    No.
14       Q    Have you lived any other places within the
15  last five years besides Mercedes, Texas?
16       A    Within the last five years, I believe no.
17       Q    Okay.  So you don't have any Florida addresses
18  or Florida places that you live?
19       A    I used to live in Florida, but not within
20  these five years.
21       Q    Okay.  Now, let's start with, what amount of
22  the money that was seized in this case are you saying
23  belongs to you?
24       A    $66,300 dollars.
25       Q    And the remaining amount, you're not claiming
```

```
 1   you own that amount; that belongs to the other persons
 2   that we've spoken to, --
 3       A    That's correct.
 4       Q    -- other persons?  Okay.  And my understanding
 5   is, you're saying from the documents that have been
 6   forwarded in the request for production of documents
 7   that your source of the $66,300 came from the legal
 8   settlement from the wrongful death suit involving your
 9   mother?
10       A    Yes.
11       Q    Okay.  So, the $66,300 you're saying was
12   derived from that?
13       A    Yes.
14       Q    Okay.  And we do have some of this information
15   so I won't go through it again, but do you remember how
16   much you received in the wrongful death suit?
17       A    $129,434 dollars, I believe.
18       Q    Somewhere around that?
19       A    Yes.
20       Q    And what did you do with that money when you
21   received it?  Was it in the form of a check?
22       A    Yes, it was in the form of a check.
23       Q    And what did you do with the check?
24       A    I deposited it into Texas State Bank.
25       Q    Okay.  What type of account did you deposit it
```