**JAMES H. LAUDERDALE**
ATTORNEY AT LAW
607 INTERNATIONAL AVENUE
WESLACO, TEXAS 78596

JAMES H. LAUDERDALE
SARA L. TIPPIT

(956) 968-4541

TELEFAX NO.
(956) 969-0439

The information below is required by the Internal Revenue Service pursuant to section 6045 of the Internal Revenue Code, as amended by the Tax Reform Act of 1986.

File number: 01-124

Seller: **MARIA DE LA CRUZ SEPULVEDA**

Closing Date: **MAY 23, 2001**

Sales Price: $22,000.00

Description of Property:

All of Lot One (1), CAPISALLO TERRACE SUBDIVISION, Unit No. 1, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 32, Page 120, of the Map Records of Hidalgo County, Texas, reference to which is here made for all purposes.

Has the Seller received (or will receive) property (other than cash and consideration treated as cash) or services as part of the consideration for this transaction: Yes_____ No_____

If multiple sellers, request is hereby made that you allocate the sales price among the sellers as follows:

_____

You are required by law to provide us with your taxpayer identification number. If you do not provide us with your taxpayer identification number or provide us with and incorrect number, you may be subject to civil or criminal penalties imposed by law.

Pleas provide your name, address and tax identification number in the space provided below:

Name: **MARIA DE LA CRUZ SEPULVEDA**
Address: 2128 Grambling Ave. McAllen, TX 78504
Tax ID No(s): 606 80 6017

Under penalties of perjury we certify that the number shown on this statement is our correct taxpayer identification number and we acknowledge receipt of a copy of this document.

Date:

*Maria C. Sepulveda*
MARIA DE LA CRUZ SEPULVEDA

SUBSTITUTE FORM 1099

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that has not been reported.

Exhibit L

# DUAL REPRESENTATION AGREEMENT

DATE:        May 23, 2001

SELLER:      MARIA DE LA CRUZ SEPULVEDA

PURCHASER:   ESTEBAN MARTINEZ

LEGAL:

**All of Lot One (1), CAPISALLO TERRACE SUBDIVISION, Unit No. 1, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 32, Page 120, of the Map Records of Hidalgo County, Texas, reference to which is here made for all purposes.**

    We understand that Sara L. Tippit, Attorney at Law, is representing both the seller and the purchaser in this real estate transaction. We agree that Sara L. Tippit, Attorney at Law, can represent both of us. We understand that if either of us feel uncomfortable or do not understand something at any time during this transaction prior to the closing of this sale we can see any other attorney of our choice.

ENTERED into this the _____ day of May, 2001.

SELLER:                                         PURCHASER:

_Maria C. Sepulveda_                            _[signature]_
MARIA DE LA CRUZ SEPULVEDA                      ESTEBAN MARTINEZ

REQUIREMENTS OF THE SUBDIVISION: Residential Homes must be of new construction of brick, block or frame siding of not less than 760 sq. ft. (25 x 31), or it can be a Mobile Home, of which must have a skirt around it within ten (10) days of installation. Customer must obtain all permits from the Inspector for the County of Hidalgo, before construction and/or installing of Mobile Homes. All utilities are available with the following exceptions: Natural Gas and Sewer. Customer must install his/her/their own Septic Tank. Utilities are provided by the following entities: Light – Magic Valley Electric Co-Op and Water is being provided to customer at a cost of $300.00, which will be paid to us before installing water meters by North Alamo Water Supply.



973849

File No. 01-124

# WARRANTY DEED

Date: May 23, 2001

Grantor: MARIA DE A CRUZ SEPULVEDA and husband, JUAN SEPULVEDA

Grantor's Mailing Address: 3001 Ash Avenue, Mercedes, Hidalgo County, Texas 78570

Grantee: ESTEBAN MARTINEZ, a single man

Grantee's Mailing Address: P.O. Box 1253, Mercedes, Hidalgo County, Texas 78570

Consideration: TEN AND NO/100THS DOLLARS ($10.00) and other good and valuable consideration.

Property (including any improvements):

All of Lot One (1), CAPISALLO TERRACE SUBDIVISION, Unit No. 1, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 32, Page 120, of the Map Records of Hidalgo County, Texas, reference to which is here made for all purposes.

Reservations from and Exceptions to Conveyance and Warranty:

1. All of record.

2. Taxes for the year 2001 and subsequent years, and any subsequent assessments for prior years due to change in land usage or ownership shall be the responsibility of grantee.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and to hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires, singular nouns and pronouns include the plural.

RECEIVED FROM SONIA VASQUEZ

FIFTEEN THOUSAND & 00/100----------------DOLLARS $15,000.00

JUNE 6, 2002

FOR THE PURCHASE OF:

ALL OF LOT ONE (1), CAPISALLO TERRACE SUBSIVISION, UNIT NO. 1, HIDALGO COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VLUME 32, PAGE 120, OF THE MAP RECORDS OF HIDALGO COUNTY, TEXAS, REFERENCE TO WHICH IS HERE MADE FOR ALL PURPOSES.

*[signature]*
ESTEBAN MARTINEZ

_Maria C. Sepulveda_
MARIA DE LA CRUZ SEPULVEDA

_S. antonio_
JUAN SEPULVEDA

STATE OF TEXAS        *
                      *    (Acknowledgment)
COUNTY OF HIDALGO     *

This instrument was acknowledged before me on this the 23rd day of MAY, 2001, by MARIA DE LA CRUZ SEPULVEDA.



_Veronica Martinez_
NOTARY PUBLIC, STATE OF TEXAS

STATE OF TEXAS        *
                      *    (Acknowledgment)
COUNTY OF HIDALGO     *

This instrument was acknowledged before me on this the 23rd day of MAY, 2001, by JUAN SEPULVEDA.



_Veronica Martinez_
NOTARY PUBLIC, STATE OF TEXAS

AFTER RECORDING, PLEASE RETURN TO:

JAMES H. LAUDERDALE
SARA L. TIPPIT
607 International Ave.
Weslaco, Texas 78596

PREPARED IN THE LAW OFFICE OF:

SAME

Filed for Record in:
Hidalgo County
by J. D. Salinas, III
County Clerk

On: May 29,2001 at 11:25a

As a Recording

Document Number:      973849
Receipt Number -  350044
Total Fees           11.00

By,
Imelda Leal, Deputy

**The State of Texas,**

**County of** HIDALGO

} **Know All Men by These Presents:**

THAT   ESTEBAN MARTINEZ

of the County of   HIDALGO   State of   TEXAS   for and in consideration of the sum of   TEN & 00/100--------------------------------------------------
AND OTHER GOOD AND VALUABLE CONSIDERATION   DOLLARS

to   ME   in hand paid by   SONIA VASQUEZ

/as follows/:

ha S   Granted, Sold and Conveyed, and by these presents do   Grant, Sell and Convey, unto the said
SONIA VASQUEZ

whose mailing address is RT 2 BOX 65FV, MERCEDES, TEXAS 78570
of the County of HIDALGO   State of   TEXAS   all that certain

ALL OF LOT ONE (1), CAPISALLO TERRACE SUBDIVISION, UNIT NO. 1, HIDALGO COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 32, PAGE 120, OF THE MAP RECORDS OF HIDALGO COUNTY, TEXAS, REFERENCE TO WHICH IS HERE MADE FOR ALL PURPOSES.

RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY:

1. ALL OF RECORD.

2. TAXES FOR THE YEAR 2002 AND SUBSEQUENT YEARS, AND ANY SUBSEQUENT ASSESSMENTS FOR PRIOR YEARS DUE TO CHANGE IN LAND USAGE OR OWNERSHIP SHALL BE THE RESPONSIBILITY OF GRANTEE.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said
SONIA VASQUEZ
heirs and assigns forever and   I   do hereby bind MYSELF, MY
heirs, executors and administrators, to Warrant and Forever Defend, all and singular the said premises unto the said
SONIA VASQUEZ
heirs and assigns, against every person whomsoever lawfully claiming, or to claim the same, or any part thereof.
WITNESS OUR hand S at MERCEDES, TEXAS
this   6TH   day   JUNE   2002.
Witness at Request of Grantor:

_____   _____
ESTEBAN MARTINEZ                 SONIA VASQUEZ

(Acknowledgment)

STATE OF TEXAS
COUNTY OF HIDALGO

This instrument was acknowledged before me on the   6TH   day of   JUNE 2002.
by   ESTEBAN MARTINEZ AND SONIA VASQUEZ

HERLINDA B. TORRES
Notary Public, State of Texas
My Commission Expires
October 03, 2002

My commission expires   _____
OCTOBER 3, 2002           Notary Public, State of Texas
                          Notary's printed name: HERLINDA B. TORRES

**REQUIREMENTS OF THE SUBDIVISION:** Residential Homes **must** be of new construction of brick, block or frame siding of **not** less than 760 sq. ft. (25 x 31), or it can be a Mobile Home, of which **must** have a skirt around it within ten (10) days of installation. Customer **must** obtain **all** permits from the Inspector for the County of Hidalgo, before construction and/or installing of Mobile Homes. All utilities are available with the following exceptions: Natural Gas and Sewer. Customer must install his/her/their own Septic Tank. Utilities are provided by the following entities: Light - Magic Valley Electric Co-Op and Water is being provided to customer at a cost of $300.00, which will be paid to us before installing water meters by North Alamo Water Supply.



973849

File No. 01-124

# WARRANTY DEED

Date: May 23, 2001

Grantor: MARIA DE A CRUZ SEPULVEDA and husband, JUAN SEPULVEDA

Grantor's Mailing Address: 3001 Ash Avenue, Mercedes, Hidalgo County, Texas 78570

Grantee: ESTEBAN MARTINEZ, a single man

Grantee's Mailing Address: P.O. Box 1253, Mercedes, Hidalgo County, Texas 78570

Consideration: TEN AND NO/100THS DOLLARS ($10.00) and other good and valuable consideration.

Property (including any improvements):

All of Lot One (1), CAPISALLO TERRACE SUBDIVISION, Unit No. 1, Hidalgo County, Texas, according to the map or plat thereof recorded in Volume 32, Page 120, of the Map Records of Hidalgo County, Texas, reference to which is here made for all purposes.

Reservations from and Exceptions to Conveyance and Warranty:

1. All of record.

2. Taxes for the year 2001 and subsequent years, and any subsequent assessments for prior years due to change in land usage or ownership shall be the responsibility of grantee.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and to hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires, singular nouns and pronouns include the plural.

RECEIVED FROM SONIA VASQUEZ

FIFTEEN THOUSAND & 00/100----------------DOLLARS $15,000.00

JUNE 6, 2002

FOR THE PURCHASE OF:

ALL OF LOT ONE (1), CAPISALLO TERRACE SUBSIVISION, UNIT NO. 1, HIDALGO COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VLUME 32, PAGE 120, OF THE MAP RECORDS OF HIDALGO COUNTY, TEXAS, REFERENCE TO WHICH IS HERE MADE FOR ALL PURPOSES.

_____
ESTEBAN MARTINEZ

*Maria C. Sepulveda*
MARIA DE LA CRUZ SEPULVEDA

*S. antonio*
JUAN SEPULVEDA

STATE OF TEXAS            *
                          *    (Acknowledgment)
COUNTY OF HIDALGO         *

This instrument was acknowledged before me on this the 23rd day of MAY, 2001, by **MARIA DE LA CRUZ SEPULVEDA**.



*Veronica Martinez*
NOTARY PUBLIC, STATE OF TEXAS

STATE OF TEXAS            *
                          *    (Acknowledgment)
COUNTY OF HIDALGO         *

This instrument was acknowledged before me on this the 23rd day of MAY, 2001, by **JUAN SEPULVEDA**.

*Veronica Martinez*
NOTARY PUBLIC, STATE OF TEXAS

AFTER RECORDING, PLEASE RETURN TO:

JAMES H. LAUDERDALE
SARA L. TIPPIT
607 International Ave.
Weslaco, Texas 78596

PREPARED IN THE LAW OFFICE OF:

SAME

Filed for Record in:
Hidalgo County
by J. D. Salinas, III
County Clerk

On: May 29, 2001 at 11:25A

As a Recording

Document Number: 973849
Total Fees: 11.00

Receipt Number - 350044
By, Imelda Leal, Deputy

𝕿𝖍𝖊 𝕾𝖙𝖆𝖙𝖊 𝖔𝖋 𝕿𝖊𝖝𝖆𝖘,  } 𝕶𝖓𝖔𝖜 𝕬𝖑𝖑 𝕸𝖊𝖓 𝖇𝖞 𝕿𝖍𝖊𝖘𝖊 𝕻𝖗𝖊𝖘𝖊𝖓𝖙𝖘:

𝕮𝖔𝖚𝖓𝖙𖞥 𝖔𝖋   HIDALGO

THAT   ESTEBAN MARTINEZ

of the County of   HIDALGO       State of   TEXAS           for and in consideration

of the sum of   TEN & 00/100----------------------------------------------
AND OTHER GOOD AND VALUABLE CONSIDERATION                        DOLLARS

to  ME  in hand paid by  SONIA VASQUEZ

/as /follows/:

ha S   Granted, Sold and Conveyed, and by these presents do    Grant, Sell and Convey, unto the said
                            SONIA VASQUEZ
whose mailing address is RT 2 BOX 65FV, MERCEDES, TEXAS 78570
of the County of HIDALGO            State of   TEXAS                all that certain

   ALL OF LOT ONE (1), CAPISALLO TERRACE SUBDIVISION, UNIT NO. 1,
   HIDALGO COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF
   RECORDED IN VOLUME 32, PAGE 120, OF THE MAP RECORDS OF HIDALGO
   COUNTY, TEXAS, REFERENCE TO WHICH IS HERE MADE FOR ALL PURPOSES.

   RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY:

   1. ALL OF RECORD.

   2. TAXES FOR THE YEAR 2002 AND SUBSQUENT YEARS, AND ANY SUBSEQUENT ASSESSMENTS
      FOR PRIOR YEARS DUE TO CHANGE IN LAND USAGE OR OWNERSHIP SHALL BE THE
      RESPONSIBILITY OF GRANTEE.


   TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and
appurtenances thereto in anywise belonging unto the said
                            SONIA VASQUEZ
heirs and assigns forever and   I     do hereby bind MYSELF, MY
heirs, executors and administrators, to Warrant and Forever Defend, all and singular the said premises unto the said
                            SONIA VASQUEZ
heirs and assigns, against every person whomsoever lawfully claiming, or to claim the same, or any part thereof
     WITNESS  OUR   hand S  at  MERCEDES, TEXAS
this    6TH         day   JUNE         2002.
     Witness at Request of Grantor:

_____         _____
ESTEBAN MARTINEZ                            SONIA VASQUEZ

_____

                            (Acknowledgment)
STATE OF TEXAS
COUNTY OF HIDALGO

   This instrument was acknowledged before me on the  6TH   day of   JUNE 2002.
 by    ESTEBAN MARTINEZ AND SONIA VASQUEZ

                    HERLINDA B. TORRES
                    Notary Public, State of Texas
                    My Commission Expires
                    October 03, 2002          _____
My commission expire
OCTOBER 3, 2002                              Notary Public, State of Texas
                                             Notary's printed name. HERLINDA P. TORRES