## Haden, Katherine (USATXS)

| | |
|---|---|
| **From:** | Haden, Katherine (USATXS) |
| **Sent:** | Monday, April 03, 2006 9:45 AM |
| **To:** | 'odelafuentelaw@sbcglobal.net' |
| **Cc:** | 'Pfourt@msn.com' |
| **Subject:** | RE: Interpreter for depositions |

Oscar, I will be out of Houston office tomorrow (Tues), on travel to Brownsville. I should be in Brownsville USAO tommorrow afternoon if you need to reach me. I have not received the attachments to Omar Martinez's response to request for production of documents. The fax from Friday stated you were mailing them to me. I will let you know whether I received them by end of business day today. If I don't receive them today, I will need to review them before depositions. If you would like, we can start with Omar Martinez's deposition earlier than 1 p.m. on Thursday (directly after Mayra's), to avoid staying late. I anticipate several hours with Omar and about 1 hour with Mayra. Katherine

-----Original Message-----
From: odelafuentelaw@sbcglobal.net [mailto:odelafuentelaw@sbcglobal.net]
Sent: Thursday, March 09, 2006 11:12 AM
To: Haden, Katherine
Subject: Re: Interpreter for depositions

Katherine,

   I have received the information you have sent.  Please be advised that I do not represent Mayra Martinez.  As for Omar Martinez, he will not need an interpreter.
   Thank You, Oscar

"Katherine.Haden@usdoj.gov" <Katherine.Haden@usdoj.gov> wrote:
   Oscar could you please confirm whether Omar or Mayra Martinez will need interpreters for deposition on April 6? The court reporter needs to know one way or another so she can arrange for one if needed. Thanks Katherine @ 713-567-9365.

Exhibit N

1

## Haden, Katherine (USATXS)

**From:** Haden, Katherine (USATXS)
**Sent:** Monday, April 10, 2006 4:24 PM
**To:** 'odelafuentelaw@sbcglobal.net'
**Cc:** 'Pfourt@msn.com'
**Subject:** RE: Interpreter for depositions

Hi Oscar,

Who is the court reporter this week? I recall at end of depositions on Thursday you stating that Diana Weibel would be unable to take depositions on 4/13, and someone else would fill in? I have the same conference room reserved.

Here are a few follow-up notes from last week while still fresh. My hope is we can resolve most loose ends when I'm there this week. Now that I have had the chance to fully decipher through the package of documents you provided during depositions in relation to Plaintiff's Request for Production of Documents from Omar Martinez -- I have identified the bank documents that Omar has submitted to show Trevino and Esteban Martinez Jr. provided part of the defendant currency ($155,895.), and the source of their money (i.e. the withdrawal of various certificates of deposits from their deposit of $129,454.74 legal settlement into bank account)--[Request #9]. I did not find similar documentation for Omar--other than a record Omar received $129,454.74 as a legal settlement in 8/00. Number 11 requested documentation supporting Omar's ownership and the source of any portion of defendant currency, including the deposit, receipt, delivery, transfer, negotiation, transaction of defendant currency and any portions thereof, and the subsequent negotiation, withdrawal, transaction, disbursement, delivery and distribution of defendant currency, and any portion thereof. Can Omar identify the bank transactions and obtain the records supporting his claim he withdrew his portion of defendant currency from the $129K deposit?

Another area I'm a little unclear on is the documentation concerning the property Capisallo Terrace Subdivision, Unit 1, Hidalgo County, that was sold to Esteban Martinez Sr. This was submitted in response to Request No. 9 as documentation supporting Omar's contention he borrowed a portion of defendant currency from his siblings and father Esteban Martinez Sr. Does this property relate to a loan to Omar? When I questioned Esteban Sr. about the purchase of real estate he did not remember acquiring it.

Omar stated during depositions he would provide the following: In connection with request for records of loans/purchases of tractor/trailers in No. 8, Omar submitted a document reflecting the withdrawal of a CD in the amount of $29,595.42. It appears the withdrawal date is 1/16/02. Omar said it was an 11/00 date. He said he would provide further bank documentation to clarify when this CD was withdrawn from Irma's account.

Also, in response to Request No. 9, Omar has submitted several CDs withdrawn by Trevinos, totalling approx. $46,700 between 9/00 and 11/00--as the source of Julisa Trevino's portion of defendant currency. Julisa's amount is claimed to be $20K. Which CD is Omar claiming the defendant currency was derived from? Is he claiming they are all the source?

Do you have any objections to a brief carry-over of Omar's deposition from last week to clarify the above areas while I'm there on Thursday?

If there is any chance of starting earlier, please let me know and I will plan to have the officers there earlier on Thursday--so I can get back to Houston at a reasonable hour.

Thanks, Katherine

-----Original Message-----
From: odelafuentelaw@sbcglobal.net [mailto:odelafuentelaw@sbcglobal.net]
Sent: Thursday, March 09, 2006 11:12 AM
To: Haden, Katherine
Subject: Re: Interpreter for depositions

Katherine,

1