**Haden, Katherine (USATXS)**

**From:** PAUL FOURT [pfourt@msn.com]
**Sent:** Friday, April 07, 2006 10:08 AM
**To:** Haden, Katherine (USATXS)
**Subject:** documents requested from my clients

Esteban Sr.

1. Purchase records for Ford Expedition
2. Purchase and Trade-In Records for Ford/Dodge Truck

Esteban Jr.

1. Spouse bank authorization for Bank of America Account
2. Spouse Social Security Number
3. Business Card of REMAX real estate agent in NJ
4. Purchase records for 93 Kenworth Truck and trailer (from Omar)
5. Records of house mortgage payoff

Julissa

1. Records of house mortgage payoff
2. Records of Expedition purchase
3. Records of Dodge purchase
4. Records of real estate transaction regarding the 5 acres of land in South Bay
5. Bank records, if any, not already produced

Thanks,

Paul L. Fourt, Jr.
Attorney at Law
D. J. LERMA BUILDING
1000 E. Van Buren
Brownsville, TX 78520
965-574-0109
Fx- 956-574-0227
Cell-956-545-7042
THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS ATTORNEY/CLIENT PRIVILEGE AND CONFIDENTIAL INFORMATION

Exhibit O

4/18/2006