**Haden, Katherine (USATXS)**

---

| | |
|---|---|
| **From:** | PAUL FOURT [pfourt@msn.com] |
| **Sent:** | Friday, April 14, 2006 4:14 AM |
| **To:** | Haden, Katherine (USATXS) |
| **Subject:** | Omar Martinez Case |

Katherine- I had a chance to visit with Oscar yesterday after the depo. We have agreed that it is in our clients best interest to go ahead with trial in June before Judge Hanen. In light of your and Inv. Silva's comments at the depo, it is clear to us that no offer of settlement will be forthcoming from your office. That being the case, there is no upside for delay for our clients. I would like to take Mike Garcia's depo if possible. If not than so be it, but we are going to try this case in June. Let me know if you would like to extend any discovery deadlines. I am going to be filing some discovery motions, evidentiary motions, motions in limine and a few others for trial. I will get them to you asap. We can take up my motions at the final pretrial or we can request a hearing date before then, just let me know. I don't think this case will take more than 2-3 days so we have plenty of time to pick a jury in June. I think the most important thing is to exchange witness lists asap. We both need time to get witness ready and present for trial.
Thanks, Paul


Paul L. Fourt, Jr.
Attorney at Law
D. J. LERMA BUILDING
1000 E. Van Buren
Brownsville, TX 78520
965-574-0109
Fx- 956-574-0227
Cell-956-545-7042
THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS ATTORNEY/CLIENT PRIVILEGE AND CONFIDENTIAL INFORMATION

Exhibit P

4/28/2006