## Haden, Katherine (USATXS)

**From:**  PAUL FOURT [pfourt@msn.com]
**Sent:**  Monday, April 24, 2006 10:57 AM
**To:**  Haden, Katherine (USATXS)
**Subject:** Re: Omar Martinez Case

I am sending the depo to Florida today for original sigs.... Could you pls fax over a form for Julissa and Esteban's spouses for the bank records and Tax form requests?  I don't have any here, so if you could fax a copy of your form I will include it in my fed ex package with the depo......the turn around should be no more than a few day to get you back the signed releases....Thanks Paul

> ----- Original Message -----
> **From:** Haden, Katherine (USATXS)
> **To:** PAUL FOURT
> **Sent:** Friday, April 21, 2006 12:03 PM
> **Subject:** RE: Omar Martinez Case
>
> I will be ready to pick a jury once I have all the evidence to which I am entitled. Thanks Katherine
>
> ---
>
> **From:** PAUL FOURT [mailto:pfourt@msn.com]
> **Sent:** Friday, April 21, 2006 11:27 AM
> **To:** Haden, Katherine (USATXS)
> **Subject:** Re: Omar Martinez Case
>
> I like your emails!  They are funny and I am glad we can both keep a good sense of humor! And I agree with your Toy Parable, in that it is ridiculous for my law bidding citizen clients to have to "Beg and plead" the US government to give back something that they already own!!!! It is so not fair!
>      You are so right on that point....er, or did I get it backwards?  Im not sure.  Anyway, I am working on the docs with my clients and will forward them to your office.   Realistically, you can use any of these documents you are waiting on, but they are not smoking guns and will not help the governments case.  You are pretty much stuck with the little circumstantial evidence you have and I think that's a big problem for you.  And though you don't speculate on juries, I do, and I think a Cameron County jury will like my clients and dislike the government for taking their money with absolutely no crime committed by anyone.   But really, we know each others positions and evidence, so instead of sending emails lets just pick a jury and let them split up the money because it is clear that we can not.  OK???  Thanks PLF
>
> > ----- Original Message -----
> > **From:** Haden, Katherine (USATXS)
> > **To:** PAUL FOURT
> > **Cc:** ODelafuentelaw@SBCglobal.net
> > **Sent:** Friday, April 21, 2006 9:31 AM
> > **Subject:** RE: Omar Martinez Case
> >
> > Paul and Oscar:
> >
> > Thank you for your gratuitous offer to extend discovery until trial. However, to my knowledge, the only discovery that is still outstanding is due from your clients who are climants in this

Exhibit S

## Haden, Katherine (USATXS)

**From:**    Haden, Katherine (USATXS)
**Sent:**    Monday, April 24, 2006 3:10 PM
**To:**    'PAUL FOURT'
**Subject:** RE: Omar Martinez Case

I provided the bank and tax authorization forms as a courtesy several weeks ago in the notices of deposition. You could have drafted your own form authorizing the bank to produce financial records, used as an example the forms I have already provided you, or instructed your clients to contact their bank. At depositions, I provided additional tax authorization forms with all the spouse's information on it. You indicated you would execute the authorization forms right away and return them to me. Yet, despite my several emails, you have failed to get the information to us timely. We went ahead and subpoenaed the bank records. You can have your client contact the bank and authorize the production of the records pursuant to the subpoena, and forward that information to us. Clearly, your clients have been able to obtain and review their own bank records since they were able to produce copies (albeit incomplete) of a bank transaction at their depositions.   The same applies to copies of their tax returns. In any event, the above dilatory actions have caused unnecessary delay in completion of discovery.

---

**From:** PAUL FOURT [mailto:pfourt@msn.com]
**Sent:** Monday, April 24, 2006 10:57 AM
**To:** Haden, Katherine (USATXS)
**Subject:** Re: Omar Martinez Case

I am sending the depo to Florida today for original sigs.... Could you pls fax over a form for Julissa and Esteban's spouses for the bank records and Tax form requests?  I don't have any here, so if you could fax a copy of your form I will include it in my fed ex package with the depo......the turn around should be no more than a few day to get you back the signed releases....Thanks Paul

   ----- Original Message -----
   **From:** Haden, Katherine (USATXS)
   **To:** PAUL FOURT
   **Sent:** Friday, April 21, 2006 12:03 PM
   **Subject:** RE: Omar Martinez Case

   I will be ready to pick a jury once I have all the evidence to which I am entitled. Thanks
   Katherine

---

**From:** PAUL FOURT [mailto:pfourt@msn.com]
**Sent:** Friday, April 21, 2006 11:27 AM
**To:** Haden, Katherine (USATXS)
**Subject:** Re: Omar Martinez Case

I like your emails!  They are funny and I am glad we can both keep a good sense of humor! And I agree with your Toy Parable, in that it is ridiculous for my law bidding citizen clients to have to "Beg and plead" the US government to give back something that they already own!!!! It is so not fair!
     You are so right on that point....er, or did I get it backwards?  Im not sure.  Anyway, I am working on the docs with my clients and will forward them to your office.   Realistically, you can

## Haden, Katherine (USATXS)

**From:**    PAUL FOURT [pfourt@msn.com]
**Sent:**    Monday, April 24, 2006 4:11 PM
**To:**    Haden, Katherine (USATXS)
**Subject:** Re: Omar Martinez Case

Katherine- I am trying to do you a favor!  You are requesting that I provide you info from people (spouses) that are not party to this suit and not under my control.  They are nothing more that fact witnesses. I don't represent them and your depo subpoenas don't reach them either.  I think you really should have subpoena these people, but in the interest of saving time, I am trying to help.  Im just tying to speed this up for you.  And what does "dilatory" mean anyway.  I went to public school so I will have to look that one up.

----- Original Message -----
**From:** Haden, Katherine (USATXS)
**To:** PAUL FOURT
**Sent:** Monday, April 24, 2006 3:10 PM
**Subject:** RE: Omar Martinez Case

I provided the bank and tax authorization forms as a courtesy several weeks ago in the notices of deposition. You could have drafted your own form authorizing the bank to produce financial records, used as an example the forms I have already provided you, or instructed your clients to contact their bank.  At depositions, I provided additional tax authorization forms with all the spouse's information on it. You indicated you would execute the authorization forms right away and return them to me. Yet, despite my several emails, you have failed to get the information to us timely. We went ahead and subpoenaed the bank records. You can have your client contact the bank and authorize the production of the records pursuant to the subpoena, and forward that information to us. Clearly, your clients have been able to obtain and review their own bank records since they were able to produce copies (albeit incomplete) of a bank transaction at their depositions.   The same applies to copies of their tax returns. In any event, the above dilatory actions have caused unnecessary delay in completion of discovery.

**From:** PAUL FOURT [mailto:pfourt@msn.com]
**Sent:** Monday, April 24, 2006 10:57 AM
**To:** Haden, Katherine (USATXS)
**Subject:** Re: Omar Martinez Case

I am sending the depo to Florida today for original sigs.... Could you pls fax over a form for Julissa and Esteban's spouses for the bank records and Tax form requests?  I don't have any here, so if you could fax a copy of your form I will include it in my fed ex package with the depo......the turn around should be no more than a few day to get you back the signed releases....Thanks Paul

----- Original Message -----
**From:** Haden, Katherine (USATXS)
**To:** PAUL FOURT
**Sent:** Friday, April 21, 2006 12:03 PM
**Subject:** RE: Omar Martinez Case

I will be ready to pick a jury once I have all the evidence to which I am entitled. Thanks
Katherine