# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-015 |
| | § | |
| $155,895 UNITED STATES CURRENCY | § | |

## ORDER

The court hereby orders that a <u>telephonic</u> status conference will be conducted on **May 12, 2006**, at **10:00 a.m.**, at which time all pending motions will be addressed. Katherine Haden is ordered to arrange for the conference to be held telephonically using a commercial service; however, everyone must use a land-based line (i.e., no cell phones) and contact the Court secretary at (956) 548-2591 in advance to arrange same.

Signed in Brownsville, Texas on this 10th day of May, 2006.

Andrew S. Hanen
United States District Judge