IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 2 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | |
| $155,895 UNITED STATES CURRENCY | § | Civil Action No. B-04-015 |
| | § | |
| | § | |
| **Defendant.** | § | |

## CLAIMANTS' RESPONSE TO PLAINTIFF'S MOTION FOR CONTINUANCE AND ORDER COMPELLING DISCOVERY

Claimants, Esteban Martinez Jr., Esteban Martinez, Sr., and Julissa Trevino file this response to Plaintiff's motion for continuance and would show the court the following:

I.

Claimants deny the allegations made by Plaintiff in its motion under Section I Background Facts. Section I. Background Facts is nothing more than a summary of the potential/alleged evidence until this point. Of which, it is interesting to note that Plaintiff failed to mention that no drugs were found and no crime was committed by any of the claimants. The undersigned understands why the Plaintiff is unhappy with the discovery to date because there has been no evidence to connect the MONEY SEIZED IN THIS CASE to any drugs or wrongdoing.

II.

The burden to prove a connection between the seized money and illegal drug trade is on the United States. Claimants do not have to prove anything until the Plaintiff can establish some affirmative link that the seized money is proceeds from illegal drugs. Claimants sworn testimony

is sufficient in and of itself to take the issue to a jury. Claimants do not need to present any other evidence to support their possession.

III.

Claimants have complied and continue to comply with Plaintiff's discovery requests. All three claimants have authorized the government to obtain their bank and tax records. They have also provided other documents as well and continue to supplement.

IV.

Plaintiff has made discovery requests from individuals not party to the litigation and not represented by the undersigned. Therefore, no discovery obligation exists as to those individuals. That being said, Claimants have worked with Plaintiff to obtain that information.

VII.

Claimants, on advice of counsel, did "change their mind" on the issue of preceding to trial. However, Claimants truly do not feel the need to explain their trial strategy to Plaintiff.

CONCLUSION

Claimants have complied with discovery and continue to do so through supplementation.

Respectfully submitted,

By: _____
Paul L. Fourt, Jr.
Texas Bar Number 00785874
Federal Identification No. 19663
1000 E. Van Buren
Brownsville, TX 78520
Tel. 956-574-0109
Fax 956-574-0227

## **CERTIFICATE OF SERVICE**

    I certify that on April 12, 2006, a true and correct copy of this motion to the United States was served by personal delivery on the U.S. Attorney's Office by hand.

_____
Paul Fourt