# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-015 |
| | § | |
| $155,895 UNITED STATES CURRENCY | § | |

## ORDER

Pending before the Court is the United States' Motion to Compel Discovery. *Docket No. 37*. Pursuant to the hearing held on May 12, 2006, said Motion is hereby **DENIED as moot** with the understanding that the government may re-urge its motion in the future should the need arise.

Signed in Brownsville, Texas on this 1st day of June, 2006.

Andrew S. Hanen
United States District Judge