IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | |
| $155,895 UNITED STATES CURRENCY | § | Civil Action No. B-04-015 |
| | § | |
| | § | |
| **Defendant.** | § | |

## CLAIMANTS' MOTION FOR ORDER COMPELLING DISCOVERY

Claimants, Esteban Martinez Jr., Esteban Martinez, Sr., and Julissa Trevino ("Claimants") file this Motion for Order Compelling Discovery would show the court the following:

### I.    BACKGROUND

Claimants have been conducting discovery in an attempt to comply with Plaintiff's and deposition requests. As part of Claimants' compliance, they have executed IRS and bank release forms so that Plaintiff may obtain any and all financial records related to this lawsuit. Copies of the bank releases are attached hereto as Exhibit "A".

On May 12, 2006, a hearing was held before this Honorable Court in which discovery issues were addressed by the Court. In the hearing, the Court ordered Plaintiff to send a written request to Claimants outlining any additional or outstanding discovery requests. On or about June 1, 2006, Claimants received those requests, a copy of which is attached hereto as Exhibit "B" and dated May 30, 2006. Mostly, the requests were a restatement of the deposition document requests which have been responded to twice. However, in the abundance of caution, the claimants re-signed old authorizations as well as new bank authorizations for Plaintiff. Claimants

also produced specific documents and a written response to the May 30th letter, which is attached hereto as Exhibit "C".

On June 15, 2006, Claimants made a request for copies of bank and IRS records obtained by the government with the authorizations provided pursuant to the deposition requests. A copy of the email request and the government's response is attached hereto as Exhibit "D". On June 16, 2006, Katherine Haden denied the request which could only be viewed as an attempt to inconvenience and delay Claimants and show disrespect to this Court's intentions as discussed at the May 12th hearing.

## II.    ARGUMENTS AND AUTHORITY

Any document produced or obtained during or through a deposition SHOULD be available to all parties noticed to the deposition. Ms. Haden's attempt to characterize claimants request for copies of documents produced pursuant to a deposition as "an extension of the discovery deadline" is her attempt to subvert the intentions of the Court in the May 30, 2006 hearing. Pursuant to FRCP 26 (e), this Honorable Court has authority to order the production of the requested bank and IRS records.

It is obvious that Plaintiff's tactics are an attempt to delay Claimants trial preparation and prolong claimants depositions. Based on Plaintiff's actions, and pursuant to FRCP 30(d), Claimants are entitled to appropriate sanctions, including reasonable costs and attorney's fees.

## CONCLUSION

Claimants have complied with discovery and continue to do so through supplementation. Plaintiff has chosen to "play games" and engage in a strategy of "hide the ball" with regard to discovery in this case. It should not be allowed and Claimants respectfully request this Honorable Court to order production of any and all documents obtained by the government pursuant to any

deposition requests in this case.

## STATEMENT OF CONFERENCE

Plaintiff opposes the production of documents as evidenced by Exhibit "C"

Respectfully submitted,

By: _____

Paul L. Fourt, Jr.
Texas Bar Number 00785874
Federal Identification No. 19663
1000 E. Van Buren
Brownsville, TX 78520
Tel. 956-574-0109
Fax 956-574-0227

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 20, 2006, a true and correct copy of this motion to the United States

was served by personal delivery on the U.S. Attorney's Office by hand.

_____

Paul Fourt