Jun 12 06 03:16p     Paul L. Fourt, Jr.     956-574-0227     p.2

*A*

**AFFIDAVIT**

STATE OF Florida

COUNTY OF Palm Beach

Before me, the undersigned authority, personally appeared Julissa Trevino, who being by me duly sworn, deposed as follows:

My name is Julissa Trevino, my date of birth is _____, and my social security number is _____. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I hereby authorize Texas State Bank, to disclose to the United States Attorney's Office any and all financial records pertaining to any past or present accounts under my name or in which I have an interest in connection with *United States v. $155,895 United States Currency*, Case Number B-04-015, a civil forfeiture action brought under 21 U.S.C. § 881.

I understand my rights under 12 U.S.C. § 3401, *et. al.*, and that I may revoke this authorization at any time before the financial records are disclosed.

Julissa M. Trevino
**Affiant**

Sworn to and subscribed before me on the 13 day of June, 20 06.

Notary Public, State of Florida

My commission expires: DD114067

**AFFIDAVIT**

STATE OF _California_

COUNTY OF _Monterey_

Before me, the undersigned authority, personally appeared
_Esteban Martinez_, who being by me duly sworn, deposed as follows:

My name is _Esteban Martinez_ my date of birth is _9-10-65_ and
my social security number is _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_. I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herein stated:

I hereby authorize _Bank of America_, to disclose to the
United States Attorney's Office any and all financial records pertaining to any past
or present accounts under my name or in which I have an interest in connection
with *United States v. $155,895 United States Currency*, Case Number B-04-015, a
civil forfeiture action brought under 21 U.S.C. § 881.

I understand my rights under 12 U.S.C. § 3401, *et. al.*, and that I may
revoke this authorization at any time before the financial records are disclosed.

_____
Affiant

Sworn to and subscribed before me on the ____ day of _____, 20____.

Notary Public, State of _____

My commission expires: _____

Subscribed and sworn to (or affirmed) before me
this _12th_ day of _June_, _2006_
by _Esteban Martinez_,
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.

_____
NOTARY PUBLIC

RAMON N. VALLEJO
COMM. 91660340
NOTARY PUBLIC - CALIFORNIA
MONTEREY COUNTY
My Comm. Exp. May 21, 2010

rdul L. rdurt, Jr.          956-574-0227          P.4

# AFFIDAVIT

STATE OF _California_
COUNTY OF _Monterey_

Before me, the undersigned authority, personally appeared
_Esteban Martinez Jr._ who being by me duly sworn, deposed as follows:

My name is _Esteban Martinez Jr._ my date of birth is _9-10-65_ and
my social security number is _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_. I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herein stated:

I hereby authorize _Bank of Belle Glade_ to disclose to the
United States Attorney's Office any and all financial records pertaining to any past
or present accounts under my name or in which I have an interest in connection
with *United States v. $155,895 United States Currency*, Case Number B-04-015, a
civil forfeiture action brought under 21 U.S.C. § 881.

I understand my rights under 12 U.S.C. § 3401, *et. al.*, and that I may
revoke this authorization at any time before the financial records are disclosed.

_____
Affiant

Sworn to and subscribed before me on the ___ day of _____, 20___.

Notary Public, State of _____

My commission expires: _____

Subscribed and sworn to (or affirmed) before me
this _12th_ day of _June_ , _2006_
by _____ _Esteban Martinez_ _____,
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.

_____
NOTARY PUBLIC

RAMON N. VALLEJO
COMM. #1660340
NOTARY PUBLIC - CALIFORNIA
MONTEREY COUNTY
My Comm. Exp. May 21, 2010

Jun 12 06 04:03p    Paul L. Fourt, Jr.    956-574-0227    p.3

# AFFIDAVIT

STATE OF _California_

COUNTY OF _Monterey_

    Before me, the undersigned authority, personally appeared _Esteban Martinez_, who being by me duly sworn, deposed as follows:

    My name is _Esteban Martinez_, my date of birth is _9-10-65_, and my social security number is _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_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

    I hereby authorize _Wachovia Bank_, to disclose to the United States Attorney's Office any and all financial records pertaining to any past or present accounts under my name or in which I have an interest in connection with *United States v. $155,895 United States Currency*, Case Number B-04-015, a civil forfeiture action brought under 21 U.S.C. § 881.

    I understand my rights under 12 U.S.C. § 3401, *et. al.*, and that I may revoke this authorization at any time before the financial records are disclosed.

_Esteban Martinez_

Affiant

Sworn to and subscribed before me on the ____ day of _____, 20____.

Notary Public, State of _____

My commission expires: _____

---

Subscribed and sworn to (or affirmed) before me
this _12th_ day of _June_, _2006_
by _Esteban Martinez_
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.

_____
NOTARY PUBLIC

RAMON N. VALLEJO
COMM. #1660340
NOTARY PUBLIC - CALIFORNIA
MONTEREY COUNTY
My Comm. Exp. May 21, 2010