

## PAUL FOURT

**From:** "Haden, Katherine (USATXS)" <Katherine.Haden@usdoj.gov>
**To:** "PAUL FOURT" <pfourt@msn.com>
**Sent:** Friday, June 16, 2006 3:33 PM
**Subject:** RE: Email for Motion to Compel Exhibit

In response to your formal request for production of documents, I respectfully cannot agree to extending the court's discovery deadline of April 7, 2006, at this late date, as we are approaching the trial date. My May 30 letter requesting outstanding discovery within 7 days was written pursuant to the court's suggestion at the May 12 hearing on the government's Motion to Compel Discovery. The discovery requests, covered by the letter, were made within the court's discovery deadline.

**From:** PAUL FOURT [mailto:pfourt@msn.com]
**Sent:** Thursday, June 15, 2006 10:13 AM
**To:** Haden, Katherine (USATXS)
**Subject:** Re: Email for Motion to Compel Exhibit

Could you please get me and Oscar copies of all the bank and Tax records you are requesting. Im sure you already have some, so please consider this email a formal request for production of those records. And since 7 days seems to be the standard in your office, I will expect them by next thurs.....thanks paul

> ----- Original Message -----
> **From:** Haden, Katherine (USATXS)
> **To:** PAUL FOURT
> **Sent:** Wednesday, June 14, 2006 12:54 PM
> **Subject:** RE: Email for Motion to Compel Exhibit
>
> As attorney-in-charge, I request that you continue mailing all original correspondence and/or filings to my Houston address, and copies (if not too long) send by facsimile to: 713-718-3404-- unless we both agree otherwise. Thanks.
>
> **From:** PAUL FOURT [mailto:pfourt@msn.com]
> **Sent:** Tuesday, June 13, 2006 5:12 PM
> **To:** Haden, Katherine (USATXS)
> **Subject:** Re: Email for Motion to Compel Exhibit
>
> OK no problem, I already dropped them off, but I will fax you a copy. Also, I anticipate another hearing before Judge Hanen. Please be advised I am booked to take a cruise with my children out of Galveston on July 15-21 and will not be available for a hearing. If possible, I would like to try and confer with the court on a hearing date....Thanks Paul
>
>> ----- Original Message -----
>> **From:** Haden, Katherine (USATXS)
>> **To:** PAUL FOURT
>> **Sent:** Tuesday, June 13, 2006 4:53 PM
>> **Subject:** RE: Email for Motion to Compel Exhibit
>>
>> Thanks

6/20/2006

**From:** PAUL FOURT [mailto:pfourt@msn.com]
**Sent:** Tuesday, June 13, 2006 3:18 PM
**To:** Haden, Katherine (USATXS)
**Subject:** Email for Motion to Compel Exhibit

Hi, I was able to get you some new bank authorizations from Esteban Jr. and Julissa. I also got a copy of the real estate agents card.....I will hand delivery them with a response to your May 30, 2006 letter. Thanks Paul


Paul L. Fourt, Jr.
Attorney at Law
D. J. LERMA BUILDING
1000 E. Van Buren
Brownsville, TX 78520
965-574-0109
Fx- 956-574-0227
Cell-956-545-7042
THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS ATTORNEY/CLIENT PRIVILEGE AND CONFIDENTIAL INFORMATION