# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. B-04-015 |
| § | |
| $155,895 UNITED STATES CURRENCY, § | |
| Defendant. § | |

## UNITED STATES' ANSWERS AND OBJECTIONS
## TO OMAR MARTINEZ'S INTERROGATORIES

TO: Omar Martinez by and through his attorney of record Daniel A. Sanchez, 501 E. Tyler Avenue, Harlingen, Texas 78550.

Pursuant to the Federal Rules of Civil Procedure, the United States of America, on behalf of its agency the Federal Bureau of Investigation, in the above numbered cause, submits it's Objections and Responses to Omar Martinez's First Set of Interrogatories.

## GENERAL OBJECTIONS

The United States asserts the following general objections to Omar Martinez's interrogatories and request for documents:

1. The United States generally objects to all requests for information to the extent they are intended to request, or purport to request, information protected by a claim of privilege, including, attorney/client, work product, deliberative process, investigative, confidentiality privilege, official information, or any other

applicable privilege.

2. The United States objects to any request insofar as the information requested may be in the possession of any person or entity other than the Federal Bureau of Investigation.

3. Reasonable efforts have been made to answer the Interrogatories, as the United States understands such a request. If Martinez subsequently asserts an interpretation which differs from that of the United States, the United States reserves the right to supplement this response.

4. The United States further offers to attempt to resolve amicably and by agreement any disputes that may arise regarding the adequacy, sufficiency or responsiveness of any of its answers, objections or responses.

5. The objections set forth below are made by the attorney for the United States, whereas, the responses are made by FBI Special Agent Robert Foster.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: *[signature]*
KATHERINE L. HADEN
Assistant United States Attorney
P.O. Box 61129
Houston, Texas 77208
Telephone: (713) 567-9365
Facsimile: (713) 718-3404
Attorney for Plaintiff

enforcement. Martinez purchased costly equipment (DVD player and Karaoke machine) to use for concealing the currency. A narcotics detection dog trained and certified to detect the odor of narcotics and controlled substances, positively alerted to the odor of narcotics on the defendant currency and Martinez's suitcase.

Martinez's wife (Mayra) contradicted Martinez's statements (whether you consider the statements he made to police or the statements he has subsequently made concerning the source of the money and purpose of his trip). Mayra told police she knew nothing about the money and appeared surprised he was carrying such a large amount of currency. Contrary to Martinez's statements, she reported the money Martinez received from a judicial settlement years earlier was used to pay off a house and truck.

Martinez was unemployed and had no known significant savings or other sources of legitimate income. He has a prior criminal history of narcotics violations, and a large amount of marijuana was seized from a tractor-trailer owned by Martinez.

As the discovery process and investigation continues in this case, the above response may be supplemented.

**INTERROGATORY NO. 8.**

Please identify the exact acts of Respondent upon which Plaintiff bases his allegations in Paragraph IV of Plaintiff's Verified Complaint for Forfeiture *In Rem*, the dates upon which these alleged acts occurred and the locations at which these alleged acts occurred.

**ANSWER:**

The United States objects to the form of the question for the same reason specified in response to Interrogatory No. 7. The United States further objects to the question as ambiguous, over-broad and confusing without further explanation, definition and clarification. The question also requests information that is covered by the deliberative process privilege, attorney work product privilege, and investigatory files privilege.

Subject to the above objections and without waiving same, the response to Interrogatory No. 7 is incorporated herein.