# EXHIBIT C

1

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|    Plaintiff(s) | ) |
| | ) |
| | )   CIVIL ACTION NO. B-04-015 |
| | ) |
| $1,895 UNITED STATES CURRENCY | ) |
|    Defendant(s) | ) |

************************************************

THE ORAL DEPOSITION OF

RAMIRO MARTINEZ

APRIL 13, 2006

************************************************

ORAL DEPOSITION OF RAMIRO MARTINEZ, produced as a witness at the instance of the Respondent(s), and duly sworn, was taken in the above-styled and numbered cause on the 13TH of April, 2006, from 11:12 a.m. to 1:48 p.m., before TYLEEN MONTGOMERY, CSR in and for the State of Texas, reported by oral stenography at the United States Attorney's office, 600 E. Harrison Street, Brownsville, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached thereof.

looks like an old warehouse. So, outside the warehouse, outside the office, there's a sparking -- a parking area where we have some seized vehicle and some other items. On this particular day, I -- I cleaned, verbally speaking of, I used my dog on an top area, probably, about the big -- the size of this room where there was a trash can and another item located. I don't remember what the other item was. I think it was two pallets, wood pallets. I run my dog, utilize my dog in that area, and I didn't get no alert. At that time, I put the --

Q. Hold on one second. This is right when you got back?

A. When we got back.

Q. Was the money still in the back of your car?

A. Yes, yes.

Q. Okay.

A. So, at that time, I put the dog back up in my unit. I removed all the -- the items. I removed the karaoke machine and the DVD player. I put it -- I separated the items from each other, and I got my dog out, and I ran the same area that I had cleared before, and the dog alerted on the -- on the DVD player box and on the karaoke machine.

Q. So the dog alerted to the money?

A. To the presence of narcotics on or inside the -- the boxes.

Q. Well, is it possible that the dog alerted to the money?

A. Not possible.