# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | |
| $155,895 UNITED STATES CURRENCY | § | Civil Action No. B-04-015 |
| | § | |
| | § | |
| **Defendant.** | § | |

# RESPONDENT'S REQUEST FOR PRODUCTION AND INSPECTION OF EVIDENCE

TO:    The United States of America, by and through the United States Attorney's Office, A.U.S.A. Katherine Haden, 910 Travis Street #1500, Houston Texas 77208 and by fax at 713-718-3404.

      Please take notice that request is hereby made by Esteban Martinez Jr., pursuant to he Federal Rules of Civil Procedure, that Plaintiff, United States, produce or permit the undersigned attorney, Paul Fourt, to inspect the item hereinafter designated on Exhibit "A" attached hereto.
      In the event a request is objected to, please specifically state (a) the legal or factual basis for the objection, and (b) the extent to which you refuse to comply with the request. Pursuant to the Federal Rules of Civil Procedure, a party must comply with as much of the request to which the party has made no objection unless it is unreasonable under the circumstances to do so before obtaining a ruling on the objection.

      Respectfully submitted,

By: _____

          Paul L. Fourt, Jr.
          Texas Bar Number 00785874
          Federal Identification No. 19663
          1000 E. Van Buren
          Brownsville, TX 78520
          Tel. 956-574-0109
          Fax 956-574-0227

## CERTIFICATE OF SERVICE

I certify that on April 6, 2006, a true and correct copy of Defendant's First Request for Production of Documents to the United States was served by personal delivery on the U.S. Attorney's Office by hand.

_____
Paul Fourt

## EXHIBIT A

## DOCUMENTS TO BE PRODUCED

1.    The $155,895 in United States Currency seized in this matter for the purpose of scientific inspection.