# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. B-04-015 |
| § | |
| $155,895 UNITED STATES CURRENCY, § | |
| Defendant. § | |

## UNITED STATES' ANSWER TO CLAIMANT'S REQUEST FOR PRODUCTION AND INSPECTION OF EVIDENCE

To: Esteban Martinez Jr., by and through his attorney of record Paul Fourt, Jr.

Plaintiff, United States of America, in accordance with Fed.R.Civ.P. 34, responds to the Request for Production and Inspection of Evidence propounded by Claimant Esteban Martinez Jr.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney

_____
KATHERINE L. HADEN
Texas Bar No. 08677500
Assistant U.S. Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
Phone: 713-567-9365
Facsimile: 713-718-3404

## UNITED STATES' ANSWER TO CLAIMANT'S REQUEST
## FOR PRODUCTION AND INSPECTION OF EVIDENCE

Please produce or permit inspection of the $155,895.00 in United States Currency seized in this matter for the purpose of scientific inspection.

ANSWER: As already disclosed, the United States does not have the $155,895.00 U.S. Currency in its control or possession. The defendant currency was exchanged for a cashier's check made payable to the U.S. Marshal in the amount of $155,895.00 at Texas State Bank in August 2003. The cashier's check is presently in the custody of the U.S. Marshal's Service.

2

## CERTIFICATE OF SERVICE

I, Katherine L. Haden, Assistant United States Attorney, do hereby certify that a true and correct copy of the United States' Answer to Claimant's Request for Production and Inspection of Evidence has been sent by certified mail, return receipt requested, and by facsimile, on this day, April 19, 2006, addressed to:

Attorney for Esteban Martinez Jr.
Paul Fourt Jr.
1000 E. Van Buren
Brownsville, Texas  78520

Katherine L. Haden
Assistant United States Attorney