# EXHIBIT F

```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF TEXAS
                      BROWNSVILLE DIVISION
UNITED STATES OF AMERICA          )
     Plaintiff(s)                 )
Vs.                               )    CIVIL ACTION NO. B-04-015
                                  )
$155,895 UNITED STATES CURRENCY   )
     Defendant(s)                 )
```

****************************************************************

THE ORAL DEPOSITION OF

RAMIRO MARTINEZ

APRIL 13, 2006

****************************************************************

ORAL DEPOSITION OF RAMIRO MARTINEZ, produced as a witness at the instance of the Respondent(s), and duly sworn, was taken in the above-styled and numbered cause on the 13TH of April, 2006, from 11:12 a.m. to 1:48 p.m., before TYLEEN MONTGOMERY, CSR in and for the State of Texas, reported by oral stenography at the United States Attorney's office, 600 E. Harrison Street, Brownsville, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereof.

        A.    (Nods head.)

        Q.    That's a lot of money, right?

        A.    (Nods head.)

        Q.    So, the dog, in your opinion, is trained to detect 2 grams of cocaine?

        A.    No.  He is -- he's trained with -- that's the minimum we train with.

        Q.    But you say he -- he will alert to less than 2 grams?

        A.    He will have an interest on less than that, but he don't supposed to alert.

        Q.    Okay.  So, again, when you searched Omar's luggage, the dog alerted to his personal luggage?

        A.    Yes.

        Q.    Which would indicate to you that there was 2 grams of cocaine in that luggage?

        A.    Or the smell or something.  Or like Mr. Fourt said, it could have got contaminated with something.  So, who knows?

        Q.    Okay.  Now, where did you conduct the smell or the sniffing of the currency?  Where did you -- where did the dog conduct the smell of the currency?

        A.    Right there, outside the office.

        Q.    Outside the office, outside?

        A.    In the parking area, yes.  It is an open -- open area.

        Q.    So, the currency was moved outside, and the dog was