```
IN THE UNITED STATES DISTRICT COURT FOR THE
           SOUTHERN DISTRICT OF TEXAS
              BROWNSVILLE DIVISION
UNITED STATES OF AMERICA           )
     Plaintiff(s)                  )
Vs.                                )    CIVIL ACTION NO. B-04-015
                                   )
$155,895 UNITED STATES CURRENCY    )
     Defendant(s)                  )
*************************************************************
                 THE ORAL DEPOSITION OF
                    RAMIRO MARTINEZ
                    APRIL 13, 2006
*************************************************************
```

ORAL DEPOSITION OF RAMIRO MARTINEZ, produced as a witness at the instance of the Respondent(s), and duly sworn, was taken in the above-styled and numbered cause on the 13TH of April, 2006, from 11:12 a.m. to 1:48 p.m., before TYLEEN MONTGOMERY, CSR in and for the State of Texas, reported by oral stenography at the United States Attorney's office, 600 E. Harrison Street, Brownsville, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereof.

Exhibit B


Wilson Reporting Services
(956) 412-5700



explanation or something to prove it, and I let them go.

Q. Does it matter to you whether there is any offense committed at the time of the investigation?

A. What do you mean?

Q. Does it matter to you whether they had an illegal weapon or whether they had marijuana in their pocket? In other words, if you have a citizen who has broken no laws, but just has a bunch of money, do you consider that a crime?

A. No, but I consider it a motive to investigate if a crime was committed.

Q. And how long does that, usually, take?

A. Well, I don't know. I mean, that's the investigator's duties, and that's the reason why investigator J. F. Garcia and Leo Silva was called to the -- to the scene.

Q. Okay. Let's go back to the -- let's pick up where we left off. So, you get the dog out, and he alerts to the money in the parking lot?

A. Alerts to the boxes in the parking lot.

Q. And what did you do next?

A. The boxes, that was taken inside the office. I then got Omar Martinez's suitcase, and we placed it, not in the same area where we had placed the two boxes, in a different -- it's the same area, but not the -- not the same spot, and we -- I utilized the dog once again, and the dog alerted <u>to the prints of narcotics on or inside the luggage</u>.

Q. And tell me what narcotics you found.

A. I didn't found no narcotics.

Q. Well, then why would your dog alert?

A. I don't know.

Q. Is it possible the dog made a mistake?

A. No, but it's, probably, possible that your client or his client had taken something in the bag.

Q. But there is no narcotics there, right?

A. I <u>didn't find no narcotics</u>.

Q. Well, then is it possible the dog made a mistake?

A. No.

Q. Is it -- can the dog make a mistake?

A. Yes, it's -- it's possible.

Q. Well, then how do you know? I mean, can you talk to your dog? How do you know the dog didn't make a mistake?

A. Well, how do you know otherwise? That he didn't make a mistake?

Q. Well, you don't. That's my point.

A. And you don't know.

Q. But I'm asking you the question.

A. I don't know.

Q. How do you know whether the dog made a mistake?

A. I --

Q. If it looks like a mistake and smells like a mistake, it's a mistake. I mean, that's what I'm getting at.

A. Well, I don't consider that a mistake. I consider it a possible alert.

Q. To nothing?

A. Odor. Can you see the odor?

Q. No, you can't. And that's what I'm asking you.

A. Well, that's what I'm saying.

Q. So, but there is no narcotics there, right?

A. But just because you don't see odor doesn't mean that the odor -- that something was there.

Q. But you don't know that because you can't talk to the dog.

A. And you won't know otherwise, either.

Q. Exactly. So, the bottom line is the dog alerting to something that's not there, we'll never know whether there was drugs there or not, will we?

A. No. The only thing that we have is just the alert, and the alert is a physical alert. And the alert you see, so that's what we go by.

Q. But the dog alerted to no narcotics?

A. No.

Q. There was none found, right?

A. No. But that doesn't mean that it has to be narcotics for the dog to alert.

Q. Well, is it -- let me ask you this -- is it against the law to possess a smell?

A. No.

Q. Do you know any statute that says it's against the law to smell like drugs?

A. No.

Q. So, if a dog -- would you -- well, let me ask you this question. If your dog alerted to someone's luggage, and there was a smell when you searched it, and you didn't find anything, would you arrest that person?

A. No.

Q. Why?

A. Because there is no physical evidence. It's like if a person smokes a marijuana joint, a cigarette, the guy is going to smell like the marijuana. But there is no narcotics, so where is the crime? There's no crime, but the smell is there.

Q. And just because the dog hits on something doesn't mean that there is narcotics there, correct?

A. What was that?

Q. Just because the dog hits on a piece of luggage doesn't mean that there is narcotics there?

A. Yeah.

Q. Now, let's assume that luggage was on the bus, right?

A. Okay.

Q. What if that luggage rubbed up against another bag that had cocaine in it? Would that smell rub off?

A. It's contaminated luggage.

```
 1     A.   They're -- sometimes they look around, and they see
 2  you, and they, more or less, have an idea of who you are, so if
 3  they want to leave they can leave.  Nobody's blocking the exits.
 4     Q.   Okay.  Where is your dog now, your dog Kai, the one
 5  that was involved in that seizure?  Where is that dog now?
 6     A.   He is at home.  He is real sick.  He was diagnosed with
 7  arthritis on the spine.
 8     Q.   Okay.  And that dog is out of circulation?
 9     A.   He's out, yes.
10     Q.   Okay.  And what is the threshold amount of drugs that
11  this dog can detect?  What is the least amount of drugs this dog
12  can detect?
13     A.   We train with 2 grams.
14     Q.   Can they detect less than that?
15     A.   Yeah, they might.  They can detect less than that, but,
16  usually, we train with 2 grams and up.
17     Q.   Okay.  So, if there is less than a gram, do you think
18  your dog would detect that?
19     A.   Probably, not.
20     Q.   No?
21     A.   He will have -- he will have an interest, but not --
22  he's not -- he's not going to alert.
23     Q.   Okay.  So, when the dog alerts to something, there is
24  going to be, in your opinion, at least 2 grams of cocaine in that
25  -- in that item?
```

```
    A.    It could be 2 grams, or -- or just the smell, the scent
is a lot, for him to be able to alert.
    Q.    Okay.  You said he alerted to Omar Martinez's luggage,
personal luggage, right?
    A.    Yes.
    Q.    Okay.  Did you find any narcotics?
    A.    I didn't find anything.
    Q.    Is 2 grams a lot?
    A.    Not really, it's a little bit.
    Q.    Do you know what the street value of 2 grams is?
    A.    It all depends on what substance you're talking about.
    Q.    I'm talking about cocaine.
    A.    Cocaine?  Well, 2 grams is a lot on the streets.
    Q.    Do you know what the street value of 2 grams of cocaine
is?
    A.    I -- I'm not -- I don't -- I don't know the -- the
current value.
    Q.    Do you know if there was -- do you know any value,
maybe, not current value, maybe, five years ago?
    A.    Well, I mean, yeah.
    Q.    What was it?
    A.    It was, probably, like $100.00, $180.00 a gram.
    Q.    $180.00 a gram?
    A.    (Nods head.)
    Q.    So, 2 grams is worth, approximately, $360.00, $400.00?
```

Condensed Transcript

A.  (Nods head.)

Q.  That's a lot of money, right?

A.  (Nods head.)

Q.  So, the dog, in your opinion, is trained to detect 2 grams of cocaine?

A.  No.  He is -- he's trained with -- that's the minimum we train with.

Q.  But you say he -- he will alert to less than 2 grams?

A.  He will have an interest on less than that, but he don't supposed to alert.

Q.  Okay.  So, again, when you searched Omar's luggage, the dog alerted to his personal luggage?

A.  Yes.

Q.  Which would indicate to you that there was 2 grams of cocaine in that luggage?

A.  Or the smell or something.  Or like Mr. Fourt said, it could have got contaminated with something.  So, who knows?

Q.  Okay.  Now, where did you conduct the smell or the sniffing of the currency?  Where did you -- where did the dog conduct the smell of the currency?

A.  Right there, outside the office.

Q.  Outside the office, outside?

A.  In the parking area, yes.  It is an open -- open area.

Q.  So, the currency was moved outside, and the dog was asked to sniff the currency?