

# Oscar De La Fuente, Jr.
### Attorney at Law

December 6, 2005

<u>**VIA FACSIMILE (713) 718-3404**</u>
<u>**and CMRRR #7003 0500 0002 3836 6160**</u>

KATHERINE L. HADEN,
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208

    Re:    *Civil Action No. B-04-015*
            *The United States of America vs. $155,895 United States Currency*

Dear Ms. Haden:

    In reference to the case above, please be advised that the experts designated in correspondence dated December 1, 2005, will offer testimony concerning facts and circumstances surrounding the incident forming the basis of this suit. Such testimony will include but will not be limited to probable cause, validity for the search and seizure, training and use of the canine in question, proper training of the canine handling officer, proper custody and control, chain of command, accounting of the seized currency and the proper issuing of receipts for said currency. Intervener anticipates retaining these experts. Jose Rubio, Jr.'s resume is attached hereto and incorporated by reference. Any other resumes and/or reports will be supplemented at a later date.

    Thank you for your time and attention to this matter. Should you have any questions, please feel free to contact my office.

                                                      Sincerely,

                                                      Oscar De La Fuente, Jr.

ODLF/yg

                                                                           Exhibit C

**RESUME**
*Jose Rubio, Jr.*
*2309 Hacienda Road*
*Harlingen, TX 78552*
*956-425-1998/956-536-6515*

**JOB TARGET:**
    **Updated Resume for Oscar De La Fuente**

**Work History:**

    *RGV Private Investigations Network*
    **January 3, 2001- Present time**
    Owner/Manager of private investigations company
    Investigations & consulting for all types of cases
    Criminal & civil cases analysis for attorneys & private clients
    Company employs part time investigators to assist in cases
    Supervision and direction of employees as needed
    Networking with other professionals as needed on cases
    Website: rgvinvestigations.com.

    Jona Enterprises DBA: *Rubio Construction*
    **October 1998-Present time**
    Owner/Manager of Construction Company. Company set up for investment
    purposes, acquisition of real estate and construction of new homes.
    Company is licensed under the *Texas Residential Commission*. Company
    does extensive networking with sub-contractors. Company bids on
    remodeling jobs as needed.

    Harlingen Police Department: Retired after nineteen years of service.
    Rank of lieutenant-Administration of police personnel.
    Investigative experience: Crimes against persons & property, narcotics,
    TABC violations, & internal affairs.
    Instruction of law enforcement officers.
    Traffic Accident Investigations-advance level.
    Supervision of: Traffic Division/Patrol/Jail/Communications

    US Army: Assigned to 561st Military Police Company Ft. Myer, VA
    **July 17, 1978-July 16, 1981-Rank Specialist IV**
    Assigned to the Special Services Division to oversee special projects
    & traffic citations division
    Participated in special assignments with security details in Washington D.C
    Assigned to patrol duties and gate entrance security

Page 2
Rubio Resume

## PRIVATE INVESTIGATIONS EXPERIENCE

Criminal Investigations: Injury to a Child, Theft by Public Servant, Official Misconduct by Public Servant, Failure to Stop & Leave Information and Render Aid at the Scene of an Accident, Involuntary Manslaughter Case, Theft of Motor Vehicle, Homicide Investigation (death row case)

Civil Investigations: Street and parking lot accident investigations, background investigations, child custody issues, business fraud, asset forfeitures investigation, mold & mildew, police misconduct, spouse dishonesty cases, and workers comp.

Arbitration/Deposition Experience/Attorney Consultation/Trial Preparation

## LAW ENFORCEMENT EXPERIENCE

November 1999-January 2, 2001: Harlingen Police Department Lieutenant supervising the traffic department. Designed and maintained an accident database for statistical purposes. Retired from the Harlingen Police Department at the rank of lieutenant.

August 1993-November 1999: Served as a patrol lieutenant assigned to oversee a shift, supervising two sergeants and patrol officers. Supervised the jailers on duty and the communication officers.

May 1991-July 2000: Certified T.C.L.E.O.S.E. Instructor-provided instruction to law enforcement officers on a part-time basis as assigned. Developed lesson plans from research and practical experiences; mental health education for officers, personnel evaluations, supervision of police personnel, and crime scene photography.

November 1990-May 1993: Served as a supervisor (sergeant) in the Traffic/Communication Division/Jail Division. Duties were to coordinate the responsibilities of each division. Instituted a training program for dispatchers. Conducted internal affair investigations and made recommendations on findings.

January 1990-November 1990: Sergeant assigned to patrol shift with watch commander responsibilities and supervision of patrol officers.

October 1988-January 1990: Assigned to the detective division investigating crimes against properties. Assisted on investigations of crimes against persons and narcotics as assigned. Developed interview & interrogation skills.

September 1981-October 1988: Patrol officer handling all type of calls for service and developing a rapport with the public. Assigned to community relations.

July 1978-July 1981: US Army Military Police Officer

Page 3
Rubio Resume

## SPECIALIZED EXPERIENCE & DUTIES

Instruction of law enforcement officers in the following:
- Police Instructor Development-40 hour course
- Police Supervision Course 3737-24 hour course
- Personnel Evaluations-16 hour course
- Mental Health Education for Officers-8 hour course
- Crime Scene Photography-16 hour course
- Arrest Search & Seizure-16 hour course
- Legal Update-8 hour course

Promotion of special events and coordination of donations:
- The Blue Santa during Christmas;
- Youth sponsorships;
- Coordinating donations for various charitable organizations;
- Coakley School Literacy Contest;
- Loaves & Fishes;
- End of the Road;
- Family Crisis Center;
- Texas Special Olympics;
- H.P.O.A. Annual All-Male Style Show;
- Valley Morning Star Rio Run volunteer committee

## ADDITIONAL SKILLS

- Criminal history checks, driver license checks, & license plate registrations.
- Familiar with Microsoft Office: Word, Excel, Access, and Power Point
- Familiar with Peachtree Accounting and QuickBooks
- Familiar with Adobe products line; Photoshop, PageMaker, InDesign.
- Familiar with Quark Express with layout of newspapers/magazines.
- Familiar with Corel Draw-Corel Photoshop.
- Bilingual skills: Ability to converse in Spanish and read/write Spanish.
- Tax preparation: Preparing annual tax returns for individuals.
- Photography: Extensive knowledge of both digital and 35mm photography. Photos published in *Valley Morning Star and The Leader* newspapers. Experienced in photo shoots of: accidents, weddings, portraits, and special events. Digital videography experience.

## ACHIEVEMENTS

Fraternal Order of Police Texas State Lodge appointment: legislative and recruitment committee for the term 2004/2005

Awarded "Supervisor of the Year" in 1997 by the Harlingen Police Association.

Page 4
Rubio Resume

Appointed to the Board of The Good Shepherd Center in 1996.

Appointed to the Cameron County Emergency Services Board in 1997.

President of the Harlingen Police Association-1992

Part of the original steering committee, which created S.T.O.P. (South Texas Organization of Police). S.T.O.P. is a Rio Grande Valley Association of Law Enforcement Officers.

Appointed to the Pay Benefits Committee in the City of Harlingen.

Appointed to the Texas FOP Legislative Committee during the 76th Legislature (1998/1999). Presented HB 1078 to State Representative Jim Solis and house bill affecting benefits to fire fighters and police officers was passed during the legislative season.

Appointed to the National FOP Border States Committee in 1997/1998. Represented Texas law enforcement officers in border related crime problems. Part of the team that made extensive research for a report to a Congressional committee overseeing law enforcement problems in the United States.

## EDUCATION & PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| To Date: | Continuing education in the field of private investigations |
| To Date: | Continuing education in the field of home construction. |
| October 1995: | Masters Peace Officers Certification obtained from the Texas Commission of Law Enforcement Standards and Education |
| May 1988: | Completed 118 hours of college credit towards degree in Police Administration |
| May 1986: | Received Associate Degree in Applied Science with major in Law Enforcement Technology from Texas Southmost College |
| March 1982: | Graduated from the Lower RGV Police Academy |
| May 1981: | Attended Park College-Fort Myer, VA |
| November 1978: | Graduated from United States Army Military Police School |
| May 1978: | Graduated from Harlingen High School |

## CERTIFICATIONS & LICENSES

- Licensed by the Texas Commission on Private Security: RGV Private Investigations Network A10143
- Licensed by the Texas Residential Construction Commission
- Licensed as a Concealed Handgun Carrier
- Law Enforcement Certifications: Master Peace Officer, DWI Intoxilyzer Certification, S.F.T.S. Certified (DWI/DUI), TCLEOSE Instructor License, Intermediate & Advanced Accident Vehicle Investigations

Page 5
Rubio Resume

## SPECIALIZED TRAINING/SCHOOLS

- Railroad Grade Crossing Collision Investigation
- Practical Fire Origins & Cause Investigative Techniques
- Criminal Environmental Law Enforcement & Investigations
- Texas Alcoholic Beverage Codes & Regulations
- Burglary, Theft, Credit Card Abuse, and Forgery Investigations
- Homicide & Assault Investigations
- Auto Theft Investigations
- Kidnap & Extortion Investigations
- Tactical Raid Planning
- Interview & Interrogation Techniques
- Kinesics Interview Techniques
- Narcotics Detection Techniques
- Elderly & Child Abuse Investigations
- Street Survival/Patrol Tactics
- Human Relations training
- Management & Supervision training -Texas Municipal League
- Sexual Harassment training-Texas Municipal League
- Hazard Materials Safety
- High Performance Work Teams, Professional Development, Personnel Leadership
- Collective Bargaining
- Employee Discharge & Documentation in Texas
- Fair Labor Standards Act training & practical experience
- Introduction to Insurance Adjusting
- Building the Investigative Practice