# Ramiro A. Martinez

1102 S Commerce
Harlingen Texas 78550
(956) 216-5490

## Qualifications and Experience

1991 – Present – Harlingen Police Department

- I am currently employed by the Harlingen Police Department assigned to the Special Investigation Unit as a Canine Handler.

- I have more than 14 years of Law Enforcement experience and currently hold an Advance Peace Officer license with more than 1400 hours of training.

- I have 8 years of Canine Handler experience and have trained two dogs to the detection of Marijuana, Cocaine, Heroin and Methamphetamine.

- Member of the International Narcotic Interdiction Association.

- Member of the National Narcotic Detector Dog Association.

- Involved and responsible for the seizure of approximately $ 4,000,000 in US currency (drug proceeds), 6000 lbs of Marijuana, 475 kilos of Cocaine, 26 kilos of Methamphetamine and 1 kilo of Heroine.

- Certified by the United States Department of Justice on Drug Interdiction Operations

## Educational Background, Training and Conferences

| | |
|---|---|
| May 2005 | Criminal / Narcotics Interdiction – International Narcotics Interdiction Association New Orleans LA. |
| April 2005 | National Training Conference – NNDDA Round Rock Texas |
| June 2004 | Criminal / Narcotics Interdiction – INIA San Diego CA. |
| Aug 2003 | Narcotic Seminar - Texas Narcotics Officers Association. |
| May 2003 | Criminal / Narcotics Interdiction – INIA Nashville TN. |

Exhibit D

| | |
|---|---|
| Apr 2003 | National Training Conference – NNDDA Georgetown Tx. |
| Apr 2002 | National Training Conference – NNDDA Houston Texas. |
| Apr 2001 | National Training Conference - NNDDA El Paso Texas. |
| Mar 2001 | Operation Jetway instruction – United States Department of Justice. |
| June 2000 | Narcotics Interdiction Law Enforcement – INIA Tampa Florida. |
| Dec 1999 | Patrol and Narcotic K9 Seminar – Williamson County Sheriff's Dept. |
| Aug 1999 | K9 Narcotics Instruction – Lower Rio Grande Valley Training Center. |



# The National Narcotic Detector Dog Association, Inc.

*Narcotics*

This is to Certify that

Ramiro A. Martinez and Kai

has satisfactorily completed the certification standards of The National Narcotic Detector Dog Association, Inc.

_____
Certifying Official

3-19-04
Date



# The National Narcotic Detector Dog Association, Inc.

*This is to Certify that*

**Ramiro A Martinez**

and

**Kai**

has satisfactorily completed the certification standards of The National Narcotic Detector Dog Association, Inc.

_____
Certifying Official

3-21-05
Date

*Narcotics*

© 1998 GOES 3462S
All Rights Reserved

LITHO. IN U.S.A.





To all present: Greetings

BE IT KNOWN THAT: Ramiro A. Martinez

whose signature appears below, and the dog

KAI

Breed: Malinois

Sex: Male

has met the standards established by NNDDA, Inc. for the year indicated and for the drugs listed on the qualification records.

Signature

Page 1

