IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-015 |
| | § | |
| $155,895 UNITED STATES CURRENCY | § | |

**ORDER**

Claimants' Motion for Order Compelling Discovery [Docket No. 42] is hereby **GRANTED**. The United States is ordered to provide Claimants with the requested documents so long as Claimants pay reasonable copying expenses. The United States is ordered to provide the documents to be copied at the commercial copying service of Claimant's choice, but at a time and date of the United States' convenience, no later than August 29, 2006. Claimants shall make payment arrangements prior to the delivery of the documents to the service by the United States. The service is to make the copies and return the documents to the United States within 24 hours.

Claimants' Motion for Order Compelling Discovery and/or Claimants' Motion to Exclude Evidence Pursuant to F.R.C.P. 37 [Docket No. 44] will be held in abeyance until the Final Pretrial Conference on September 5, 2006.

Signed in Brownsville, Texas on this 16th day of August, 2006.

Andrew S. Hanen
United States District Judge