## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-015 |
| | § | |
| $155,895 UNITED STATES CURRENCY | § | |

## ORDER

Claimants' Motion to Exclude Expert Witness Pursuant to F.R.E. 702 and Daubert v.

Merrell Dow Pharms., Inc. [Docket No. 47] will be heard at the Final Pretrial Conference on

September 5, 2006.

Signed on this 22nd day of August, 2006.

 

 

_____
Andrew S. Hanen
United States District Judge