| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff v. $155,895 UNITED STATES CURRENCY, Defendant | CASE NO. B-04-015 |
| | **PLAINTIFF'S EXHIBIT LIST** |
| JUDGE ANDREW S. HANEN | CASE MANAGER: IRMA SOTO COURT REPORTER: BARBARA BARNARD |
| LIST OF | PROCEEDING           DATE |

| NO. | DESCRIPTION | ADM. | EXD |
|---|---|---|---|
| 1A | Photograph of evidence from seizure of Defendant Currency on 8/4/03. | | |
| 1B | Photograph of evidence from seizure of Defendant Currency on 8/4/03. | | |
| 1C | Photograph of evidence from seizure of Defendant Currency on 8/4/03. | | |
| 1D | Photograph of evidence from seizure of Defendant Currency on 8/4/03. | | |
| 1E | Photograph of evidence from seizure of Defendant Currency on 8/4/03. | | |
| 1F | Photograph of evidence from seizure of Defendant Currency on 8/4/03. | | |
| 1G | Photographs of Defendant Currency and evidence recovered in seizure on 8/4/03. | | |
| 2 | Certifications for Harlingen Police Officer Ramiro Martinez and Kai (narcotics detector dog) by the National Narcotic Detector Dog Association, Inc. | | |
| 3A | Sears receipt for the purchase of DVD player for $105.99 possessed by Omar Martinez on 8/4/03. | | |
| 3B | Best Buy receipt for purchase of cell phone and case for $381.57 possessed by Omar Martinez on 8/4/03. | | |
| 3C | Motel 6 receipt for stay on 7/28/03 in King of Prussia, Philadelphia, possessed by Omar Martinez on 8/4/03. | | |
| 3D | Handwritten note bearing name Frank Rouco address and directions, possessed by Omar Martinez on 8/4/03. | | |
| 3E | Handwritten note bearing name Rafael Reyna and phone numbers, possessed by Omar Martinez on 8/4/03. | | |
| 3F | Bank band possessed by Omar Martinez on 8/4/03.. | | |
| 4 | Southwestern Airlines records for flight by Omar Martinez on 7/28/03, and business records affidavit | | |

ATTACHMENT A

| | | | |
|---|---|---|---|
| 5 | Declaration by DEA Forfeiture Counsel John Hieronymus, of forfeiture of 1996 Kenworth Tractor on 2/3/03 and 1994 Utility Trailer on 10/17/02--both titled to Omar Martinez following seizure from Ricardo Guajardo for transporting 910 pounds of marijuana on 5/20/02. | | |
| 6 | Copy of Omar Martinez's Response to U.S. Interrogatory No. 12. | | |
| 7 | Certified copy of Bill of Information and Minute Extract of Guilty Plea and Sentence, State of Louisiana v. Ricardo Guajardo, No. 02-220567, Possession with intent to distribute between 60 and 2000 lb marijuana. | | |
| 8 | Certified Form 1065 U.S. Return of Partnership Income for 2001 for O&A Transport, Partnership between Omar Martinez and Armando Martinez, attachments. | | |
| 9 | Form 1065 U.S. Return of Partnership Income for 2001 for O&A Transport provided by Omar Martinez and Form 1099s and Form W-3s. | | |
| 10 | Certified Judgment of Guilt and Sentence for Armando Martinez in Circuit Court of Palm Beach County, Florida, Case No. 95-1819CFA02 for lesser offense of attempted possession of cocaine on 7/20/95. | | |
| 11 | O&A Transport Payroll Journal for 1/01 to 12/02 provided by Omar Martinez | | |
| 12A | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/20/02 | | |
| 12B | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12C | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12D | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12E | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12F | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12G | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12H | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12I | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12J | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12K | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |

| | | | |
|---|---|---|---|
| 12L | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12M | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12N | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12O | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12P | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12Q | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 12R | Photograph of evidence from marijuana seizure from Omar Martinez's tractor-trailer in 5/02. | | |
| 13 | Documents recovered from Omar Martinez's tractor-trailer on 5/20/02: Bill of Lading for Borders Melon Company, Inc., Permit and Registration for tractor-trailer in name of Omar Martinez dba O&A Transport; Certificate of Liability Insurance in name of Omar Martinez dba O&A Transport; Annual Vehicle Inspection | | |
| 14 | List of calls on cell phone recovered from Ricardo Guajardo on 5/20/02. | | |
| 15 | Invoices by Rick's Towing and Southland Truck Center for repair of Omar Martinez's tractor and Western Union transfers for payment for repairs, dated 5/20/02 and 5/21/02. | | |
| 16 | Copy of audio cassette tape of telephone conversations between Omar Martinez and Ricardo Guajardo on 5/20/02. | | |
| 17 | Transcript of telephone conversations on audio cassette tape between Omar Martinez and Ricardo Guajardo on 5/20/02 and 5/21/02. | | |
| 18 | Copy of Omar Martinez's Response to Interrogatory No. 1. | | |
| 19 | Phone records from Sprint for account in name of Sergio Blancarte for May 2002 and business records affidavit by custodian. | | |
| 20 | Certified Social Security records for social security number on Sprint account in name of Sergio Blancarte. | | |
| 21 | Phone records from Nextel for account in name of Esteban Martinez for May 2002 and business records affidavit by custodian. | | |
| 22 | Certified Social Security records for social security number on Nextel account in the name of Esteban Martinez. | | |
| 23 | Phone records from Nextel Partners, Inc. for account in name of Javier Chahuich for May 2002 and business records affidavit by custodian. | | |

| | | | |
|---|---|---|---|
| 24 | Certified Social Security records for Social Security number on Nextel account in the name of Javier Chahuich. | | |
| 25 | Phone records from Southwestern Bell/AT&T for account in name of Mayra Martinez for May 2002, with business records affidavit. | | |
| 26 | Phone records from Sprint for account in name of Ricardo Guajardo for May 2002 and business records affidavit | | |
| 27 | Excerpt of Omar Martinez's Deposition regarding the 2002 seizure of his tractor-trailer and subsequent forfeiture; page 65 line 11 through page 67 line 10; page 162 line 24 through page 170; page 177 lines 23-25, and page 179 lines 1-4. | | |
| 28 | Certified copies of indictment in State v. Omar Martinez, No. 98-CRF-320, Possession of > 50 lbs marijuana on 8/20/98; and Motion to Dismiss dated 9/25/98 | | |
| 29 | Certified copies of indictment in State v. Edgar Galvan, No. 98-CRD-321 on 8/20/98 for Possession of > 50 pounds of marijuana; Judgment of Plea of Guilty on 9/28/98; Plea agreement. | | |
| 30 | Excerpt of Omar Martinez's deposition regarding 1998 arrest for possession of 125 pounds of marijuana; page 158 line 12 through page 162 line 23. | | |
| 31 | Excerpt of Omar Martinez's deposition regarding 1992 arrest and plea of guilty for possession of 8.5 pounds of marijuana; page 152 line 16 through page 157 line 5. | | |
| 32 | Certified Form 1040A U.S. Individual Income Tax Return for Omar and Mayra Martinez for 2000, attachments. | | |
| 32A | Form 1040A U.S. Individual Income Tax Return for 2000 for Omar and Mayra Martinez, provided by Omar Martinez, with attachments | | |
| 33 | Certified Form 1040 U.S. Individual Income Tax Return for Omar and Mayra Martinez for 2001, attachments. | | |
| 33A | Form 1040 U.S. Individual Income Tax Return Federal Income Tax Return for Omar and Mayra Martinez for 2001 provided by Omar Martinez and attachments. | | |
| 34 | IRS Certification of Lack of Record for U.S. Return of Partnership Income, Employer's Quarterly Federal tax return, for O&A Transport for 2000, 2002, 2003 and 2004. | | |
| 35 | Certified Form 1040, U.S. Individual Income Tax Return for 2002 for Omar and Mayra Martinez, attachments. | | |
| 35A | Form 1040, U.S. Individual Income Tax Return for 2002 for Omar and Mayra Martinez and attachments, Form 1099's, Form W-2s provided by Omar Martinez. | | |
| 36 | Certified Form 1040 U.S. Individual Income Tax Return for 2003 for Omar Martinez, Form W-2, attachments. | | |
| 36A | Form 8453, U.S. Individual Tax Declaration for IRS e-file Return for 2003 for Omar Martinez provided by Omar Martinez, attachments. | | |

| | | | |
|---|---|---|---|
| 37 | Certified Form1040 U.S. Individual Income Tax Return for 2003 for Mayra Martinez, attachments, Form W-2 | | |
| 38 | Certified Form 1040, U.S. Individual Income Tax Return for 2000 for Esteban and Juanita Martinez, and attachments. | | |
| 38A | Form 1040 U.S. Individual Income Tax Return for 2000 for Esteban and Juanita Martinez and Form W-2s provided by Esteban Martinez | | |
| 39 | Certified Form 1040, U.S. Individual Income Tax Return for 2001 for Esteban and Juanita Martinez, attachments, and Form W-2s. | | |
| 40 | Certified Form 1040 U.S. Individual Income Tax Return for 2002 for Esteban and Juanita Martinez, attachments, Form W-2. | | |
| 41 | Certified Form 1040A, U.S. Individual Income Tax Return for 2003 for Esteban and Juanita Martinez, attachments, Form W-2. | | |
| 42 | Certified Form 1040A, U.S. Individual Income Tax Return for 2000 for Lauro and Julissa Trevino, attachments and Form W-2. | | |
| 43 | Certified Form 1040A, U.S. Individual Income Tax Return for 2001 for Lauro and Julissa Trevino, attachments, Form W-2. | | |
| 44 | Certified Form 1040A, U.S. Individual Income Tax Return for 2002 for Lauro and Julissa Trevino, attachments, Form W-2. | | |
| 45 | Certified Form 1040A, U.S. Individual Income Tax Return for 2003 for Lauro and Julissa Trevino, attachments, Form W-2. | | |
| 46 | Certification of Lack of Record for U.S. Individual Income Tax Return for Esteban Martinez Sr. For 2000, 2001, 2003 and 2004. | | |
| 47 | Certified 1040A, U.S. Individual Income Tax Return for 2002 for Esteban Martinez Sr., Form 1099-R. | | |
| | | | |
| | | | |