| United States District Court | Southern District of Texas Brownsville Division |
|---|---|

| *versus* | CASE NO. B-04-015 |
|---|---|
| *$155895 U.S. Currency* | **PLAINTIFF'S WITNESS LIST** |
| JUDGE ANDREW S. HANEN | Case Manager: Irma Soto<br>Court Reporter: Barbara Barnard |
| List of | Proceeding          Date |

1. Harlingen Police Officers: Ramiro Martinez, Jose F. Garcia, Ernesto Gomez, Ruben Contreras, Miguel Garcia - Harlingen Police Department, 1102 South Commerce Avenue, Harlingen, Texas 78550.

The above officers may be called to testify about facts surrounding the bus interdiction at US 77 Frontage Road and Tyler Avenue on August 4, 2003, their encounter and conversations with Omar Martinez and Mayra Martinez, and facts surrounding the seizure of Defendant Currency; common features of drug trafficking operations; common methods used by drug-traffickers for transporting drug proceeds. Officer Martinez may also be called to testify about the inspection by a drug-detection dog of the items containing the Defendant Currency, and the Defendant Currency recovered from Omar Martinez's wallet, training and certification by Officer Martinez and Kai, and the use of drug detection dogs in enforcement of laws against drug trafficking.

2. Investigator Leonel Silva, formerly with the Harlingen Police Department, and currently with Cameron County Sheriff's Office at 7300 Old Dallas, Olmito, Texas 78575. Investigator Silva may be called to testify regarding the bus interdiction at US 77 Frontage Road and Tyler Avenue on August 4, 2003, his encounter and conversations with Omar Martinez, and facts surrounding the seizure of Defendant Currency.

3. Ruben Contreras was formerly with Harlingen Police Department and is currently working at Valley Baptist Medical Center. His address is 920 E. Flynn, Harlingen, Texas 78551. He may be called to testify regarding the bus interdiction at US 77 Frontage Road and Tyler Avenue on August 4, 2003, facts surrounding the seizure of Defendant Currency.

4. Mike Laney- 5401 Bougainvilla Dr., Harlingen, Tx. 78552: He may be called to testify regarding the training, performance, and certification of narcotics detector dog "Kai", and the use of drug detection dogs in enforcement of laws against drug trafficking.

5. The United States may call any of the Claimants as witnesses at trial to testify about any facts surrounding the source of the Defendant Currency or events before, during or after the seizure of Defendant Currency. The United States may call Claimant Omar Martinez's wife, Mayra Martinez, to testify about any facts surrounding the source of the Defendant Currency or events

ATTACHMENT B

before, during or after the seizure of Defendant Currency.

6. Louisiana State Police Troopers Lanny Bergeron and Albert Nelson--121 E. Pont Des Mouton, La Fayette, La. 70507: may be called to testify regarding the facts surrounding the traffic stop of Omar Martinez's tractor-trailer operated by Ricardo Guajardo on 5/20/02, and the subsequent arrest of Guajardo and seizure of 910 pounds of marijuana, including evidence obtained from the tractor-trailer and Guajardo, photos, and observations.

7. Louisiana State Patrol Detective Mitch Fontenot-113 Borban Dr., LaFayette, La. 70508: may be called to testify regarding Guajardo's arrest, physical evidence obtained from the tractor-trailer and Guajardo, photos, and observations and circumstances surrounding controlled delivery of 910 pounds of marijuana to individuals in Atlanta, Georgia.

8. Special Agent Douglas "Chad" Langley-- Drug Enforcement Administration, 101 Few Follet, Ste. 200, LaFayette, La. 70508: may be called to testify regarding the circumstances surrounding controlled delivery of 910 pounds of marijuana, monitored recorded phone calls between Guajardo and Omar Martinez. He may also testify about common features of drug trafficking operations.

9. Special Agents Ed Smith and Juan Calvo--Drug Enforcement Administration, 75 Spring St. Rm. 800, Atlanta, Ga. 30303: Agent Smith may be called to testify regarding the circumstances surrounding the controlled delivery of 910 pounds of marijuana to individuals in Atlanta, the arrests of individuals in Atlanta, physical evidence recovered from persons arrested in Atlanta, incoming and/or outgoing phone calls involving persons arrested in Atlanta, Omar Martinez, and others, monitored phone calls between Omar Martinez and Guajardo, and common features of drug trafficking operations. Juan Calvo may be called to testify regarding the circumstances surrounding Guajardo's controlled delivery of 910 pounds of marijuana in Atlanta, monitored phone calls between Omar Martinez and Guajardo and the arrests of individuals in Atlanta.

10. Custodian of phone records for Nextel Partners Inc., Legal Compliance Division, 6870 Bermuda Rd. Las Vegas NV 89119: may be called to introduce and testify about the contents of phone records under the account name Esteban Martinez and Javier Chahuich for May 2002.

11. Custodian of phone records for Sprint Corporate Security, Subpoena Processing Unit, 6480 Sprint Parkway, Kansas 66251: may be called to introduce and testify about the contents of phone records under the account name Sergio Blancarte and Ricardo Guajardo for May 2002.

12. Custodian for Southwestern Bell (AT&T/SBC), 1 Bell Plaza, R. 655, PO Box 655521, Dallas, Tx. 75265-5521: may be called to introduce and testify about the contents of phone records under the account name of Mayra Martinez for May 2002.

13. CL Gilberto Garcia, Federal Bureau of Investigation, 1200 N.McColl Rd. McAllen, Texas 78501: may be called to testify regarding transcripts and translation of tape recordings between Omar Martinez and Ricardo Guajardo in May 2002.

14. Custodian for Social Security Administration, 1301 Young St., Dallas, TX 75202-5444, to introduce and testify about the contents of social security records for: Javier Chahuich, Esteban Martinez, and Sergio Blancarte

15. Special Agent Albert Torres, currently at U.S. Border Patrol, 3902 South Expressway 77, Harlingen, Texas 78552 may be called to testify regarding the circumstance surrounding the stop of a tractor-trailer driven by Omar Martinez at the United States Border Patrol checkpoint at Sarita, Texas, on 4/29/98, and the subsequent seizure of 125 pounds of marijuana from inside the tractor, arrests of Omar Martinez and Edgar Galvan (Omar's brother-in-law), wrapping and value of marijuana.

16. Officer J. Luna, South Texas Specialized Crimes and Narcotics Task Force, PO Box 213, Kingsville, Texas 78363: may be called to testify regarding his assistance, handling of evidence, and seizure of tractor-trailer in above case.

17. Sgt. Tony Hurtado and Sgt. Tim Gunn, Fort Pierce Police Department, 920 South U.S. No. 1, Fort Pierce, Fla 34950: may be called to testify regarding circumstance surrounding, and leading up to, Sgt. Hurtado's undercover purchase of approximately 9 pounds of marijuana from Omar Martinez, Martin Martinez (Omar's brother) and a third individual, on 11/19/92 in South Bay, Florida, and their ultimate arrests.