# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| $155,895 UNITED STATES CURRENCY | § | |

## DEFENDANT'S REQUEST FOR SPECIFIC VOIR DIRE QUESTIONS TO THE JURY PANEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

OMAR MARTINEZ, Defendant herein, files this his Request for Specific Questions to the Jury Panel. Pursuant to the Federal Rules of Civil Procedure, the Defendant hereby requests the Court to ask the following questions of the jury panel:

1. Do you know or recognize any other prospective jury panelist in the courtroom? If so, what is the basis of the relationship? Would such relationship or acquaintance influence your judgment in this case?

2. Do you have any relatives or friends who at any time have applied with or worked for:

   (a.) law enforcement;

   (b.) a district attorney's office;

   (c.) The United States Attorney's office;

   (d.) any law enforcement or other quasi-law enforcement agency.

3. Would any of you tend to give any greater weight or credibility, no matter how slight, to the testimony of federal agent or other law enforcement officer merely because they are employees of, or are testifying on behalf of the government? Would you give their

ATTACHMENT E

testimony greater weight or credibility over that of the defendants or witnesses on their behalf?

4. Have you or any family members been a victim of, witness to, or a defendant in a case involving or related to the possession of illegal drugs or proceeds from the sale of same? If so, please explain.

5. Is there anything about the nature of this case that would make it difficult for you to be fair and impartial as a judge of the facts?

6. Do you realize that you are the sole and exclusive judges of the facts and are to judge this case solely on the evidence before you and not allow the fear of later criticism to affect your verdict?

7. Would the mere fact that you were in the minority influence your vote at all?

8. Do you know of any reason, or has anything occurred during this questioning period, that might make you doubtful as to whether you could be a completely fair and impartial juror in this case? If there is, it is now your duty to disclose this.

9. Are any of you, your family members, or friends employed by any agency of the federal government?

10. Does anyone believe it's wrong to carry large amounts of cash or currency?

11. Do you believe that a person who carries large amounts of cash is presumably involved in the drug trade? Would you presume that they were?

12. Do you have a bias against or are you suspicious of someone because they received money from a lawsuit?

13. Do you have any bias against or are you suspicious of a person who makes or intends to make large purchases with cash?

14. Does everyone here understand that it is the Government who has the burden of proof in this case. Will you hold the Government to its burden?

Respectfully submitted,

OSCAR DE LA FUENTE, JR.
ATTORNEY AT LAW
501 E. TYLER, STE. 3
HARLINGEN, TEXAS 78550
TELEPHONE (956) 425-5297
FACSIMILE (956) 425-1844

BY: _____
OSCAR DE LA FUENTE, JR.
STATE BAR NO. 05645575
FEDERAL I.D. NO. 12411
ATTORNEY FOR OMAR MARTINEZ

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2006, a true and correct copy of defendant OMAR MARTINEZ's Request for Specific Voir Dire Questions to the Jury Panel was served on the U.S. Attorney's Office, P.O. Box 61129, Houston, Texas 77208-1129, by regular mail, and by facsimile at (713)718-3404

_____
OSCAR DE LA FUENTE, JR.