

# Oscar De La Fuente, Jr.

Attorney at Law

May 10, 2006

**<u>REGULAR MAIL and</u>**
**<u>FACSIMILE  (713)718-3404</u>**

Katherine L. Haden,
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208-1129

      Re:    *Case No. B-04-015*
              *The United States of America vs. $155, 895 United States Currency*

Dear Katherine:

    The following is my contribution to the Joint Pre-Trial Order.

1.) Government's Motion to Compel and Motion for Continuance
2.) The amount of the currency seized is $177,600.00 not $155,895. The currency is the property of Omar Martinez and other interveners gained from a legal settlement.
3.) That the currency was seized on August 4, 2003 from Omar Martinez in Harlingen, Cameron County, Texas.
4.) All other facts are contested, especially those that the currency seized was proceeds from drugs.
5.) None
6.) All legal issues are contested except as to jurisdiction and venue.
7.) All documents produced in response to the Government's Request for Production, including any and all correspondence sent to the Government requesting status on the seized currency and documents concerning the settlement amounts received by his family.
8.) Omar Martinez; Jose Rubio, Jr., Mike Garcia
9.) None
10.) Four Days
11.) Please see attached Voir Dire questions, and Jury Instructions will follow.

Rio Grande Law Center
501 E. Tyler   Harlingen, Tx 78550
Ph (956) 425-5297 or Fax (956) 425-1844

ATTACHMENT F

      I plan on filing a Motion in Limine or in the alternative, I intend to object to evidence concerning Mr. Martinez's prior arrest in 1992 given that these records remain sealed. In addition, Mr. Martinez's prior arrest in 1998 is too remote and the 2002 seizure is irrelevant to any issue in this case as far as Mr. Martinez is concerned.

      Thank you for your time and attention to this matter. Should you have any questions, please feel free to contact my office.

                                      Sincerely,

                                      Oscar De La Fuente, Jr.

ODLF/yg