# PAUL L. FOURT, JR.
## ATTORNEY AT LAW

D.J. LERMA BUILDING  
1000 E. VAN BUREN  
BROWNSVILLE, TX 78520

O-956-574-0109  
F-956-574-0227  
pfourt@msn.com

May 10, 2006

Katherine Haden,  
910 Travis Street #1500  
Houston Texas 77208  
fax-713-718-3404

          **RE:**   Civil Action No. B-04-015

Dear Katherine:

In response to your letter of May 7, 2006, please find the following:

1. I am currently working on three evidentiary trial motions which will be filed by the deadline of May 12. That will give you time to include them in the order.
2. Julissa Trevino, Esteban Martinez Jr., Esteban Martinez Sr. loaned/invested money with Omar Martinez for the purpose of starting a family run business. The money seized by the government is not drug proceeds nor was it intended to be used in a drug transaction. In fact, there is not evidence that the seized money had anything to do with drugs because no crime was committed or charged.
3. Julissa Trevino, Esteban Martinez Jr., Esteban Martinez Sr. Have no criminal history. Omar Martinez, Julissa Trevino, Esteban Martinez Jr., Esteban Martinez Sr. all received approximately $129,000.00 each from a wrongful death lawsuit for their mother/wife prior to the date of seizure. No drugs were found on the person, bags or property of Omar Martinez even though his money was seized.
4. Julissa Trevino, Esteban Martinez Jr., Esteban Martinez Sr. Contest the allegations that (1) they are involved in the "DRUG TRADE" in any way; (2) they gave money to Omar to buy drugs; (3) they did not give any money to Omar at all; (4) the money seized was tainted with drugs (5) the amount of money seized is the same as the amount subject to this suit
5. These will be addressed in my evidentiary trial motions.
6. These will be addressed in my evidentiary trial motions.

                                                             ATTACHMENT G

7. Julissa Trevino, Esteban Martinez Jr., Esteban Martinez Sr., Mike Garcia, Joe Rubio.
8. Their have been no offers from the Plaintiff. Julissa Trevino, Esteban Martinez Jr., Esteban Martinez Sr. Have made one offer of settlement which was rejected by Plaintiff.
9. Respondents case should take no more than two days to present. Julissa Trevino and Esteban Martinez Jr. live in Florida and will have to make travel arrangement to Texas.
10. Proposed voir dire and charge are not complete and will be submitted as soon as possible.

I noticed that your letter of May 7, 2006 spends a great deal of time outlining Omar's criminal history. I did not see anything relating to my clients in this case or the money seized in this case. Can I assume that you will not be presenting any evidence at trial which establishes a link between the money seized in this case and illegal drugs? Let me know please, thanks.

Sincerely,

Paul L. Fourt, Jr.