# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **vs.** | § | **CIVIL ACTION NO. B-04-015** |
| **$155,895 UNITED STATES CURRENCY** | § | |

## MOTION IN LIMINE

OMAR MARTINEZ, Defendant, files this Motion in Limine and shows the following:

### A. PRIOR CONVICTIONS

1.      Defendant requests that the Court enter an order instructing the Government, its agents, its employees and its witnesses not to mention, allude to or refer to, in any manner, any prior convictions or alleged violations of the law by the Defendant in this cause in the presence of the jury.  Any mention of such prior convictions will severely prejudice OMAR MARTINEZ and are of little probative value.

2.      Prior to specific mention of prior convictions or alleged violations of the law, a hearing should be immediately held outside the presence of the jury for determination whether:

        a.      the conviction involves either a felony or a misdemeanor involving moral turpitude;

        b.      the conviction occurred at a time so remote as to be inadmissible under the Federal Rules of Evidence;

        c.      OMAR MARTINEZ now on trial is the same person previously convicted;

        d.      the prior conviction is a "final conviction" and there is no direct appeal pending in the State or Federal Appellate Court;

e.    the prior conviction has been set aside by a State or Federal Court upon collateral attack;

f.    the prior conviction was obtained at a time when OMAR MARTINEZ was indigent and without counsel and there was not an effective waiver of counsel; or

g.    the prejudicial effect of impeachment outweighs the probative relevance of the prior conviction with regard to the question of the credibility of the witness.

h.    whether any prior convictions and records thereto have been sealed.

OMAR MARTINEZ requests that the Court grant this motion and order the Government's Prosecutor not to mention or allude to convictions or alleged violations of the law by OMAR MARTINEZ in any manner in the presence of the jury until a hearing has been held outside the presence of the jury and prior to the Court's determination of relevancy as specified in this motion.

## B.  EXTRANEOUS OFFENSES AND SEIZURES

1.    Defendant further requests that the Court enter an order instructing the Government, its agents, its employees and its witnesses not to mention, allude to or refer to, in any manner, any extraneous offenses or arrests of any workers of or any seizure of property from co-worker or seizure of property from OMAR MARTINEZ in this cause in the presence of the jury.  Any mention of such offenses or arrests or arrests of will severely prejudice OMAR MARTINEZ and are of little probative value.

2.    Prior to specific mention of the above, a hearing should be immediately held outside the presence of the jury for determination of:

a    the purpose for which the extraneous offense or alleged misconduct is offered;

b.    in what manner the extraneous offense or bad conduct is relevant in establishing the point for which it is offered;

      c.     whether the conduct in question is too remote;

      d.     whether the conduct is offered to prove a disputed issue or clarify an ambiguous act of OMAR MARTINEZ;

      e.     whether the probative value of the evidence is outweighed by danger of unfair prejudice and confusion of the issue;

      f.     whether the point for which the conduct is offered can be established in some other fashion without the emotional prejudice inherent in the admission of other offenses or misconduct.

**WHEREFORE, PREMISES CONSIDERED, OMAR MARTINEZ** requests that the Court grant this motion and order the Government's Prosecutor not to mention or allude the above-referenced matters in any manner in the presence of the jury until a hearing has been held outside the presence of the jury and prior to the Court's determination of relevancy as specified in this motion.

Respectfully submitted,

OSCAR DE LA FUENTE, JR.
ATTORNEY AT LAW
501 E. TYLER AVENUE
HARLINGEN, TEXAS 78550
Tel: (956) 425-5297
Fax: (956) 425-1844


By: /s/Oscar De La Fuente, Jr.
    OSCAR DE LA FUENTE, JR.
    State Bar No. 05645575
    Federal I.D. No. 12411
    Attorney for OMAR MARTINEZ

## CERTIFICATE OF SERVICE

This is to certify that on August 30, 2006, a true and correct copy of the above and

foregoing document was served on the U.S. Attorney's Office, P.O. Box 61129, Houston,

Texas 77208-1129, by regular mail, by electronic mail, and by facsimile at (713)718-3404

/s/Oscar De La Fuente, Jr.
OSCAR DE LA FUENTE, JR.