IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| vs. | § | CIVIL ACTION NO. B-04-015 |
| **$155,895 UNITED STATES CURRENCY** | § | |

### O R D E R

On _____, 2006, came on to be considered Omar Martinez' Motion in Limine, and said motion is hereby:

(GRANTED)   (DENIED)

SIGNED _____, 2006.

_____
Honorable Judge Presiding