UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-04-015 |
| v. | § | |
| | § | |
| | § | |
| $155,895.00 UNITED STATES CURRENCY | § | |
| Defendant. | | |

## JOINT MOTION FOR AGREED FINAL JUDGMENT OF FORFEITURE

The United States of America Plaintiff and Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, through their attorneys Oscar De La Fuente and Paul Fourt, advise the Court that all matters in dispute have been resolved in the above captioned and numbered action and move for an agreed order and final judgment of forfeiture, stating:

1. On February 2, 2004, the United States filed a Verified Complaint for Forfeiture in Rem (DE #1) seeking civil forfeiture, under 21 U.S.C.§ 881(a)(6), of $155,895.00 in United States Currency (Defendant Currency) which was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801. et seq. The facts of the verified complaint are incorporated herein by reference.

2. The Defendant Currency is $155,895.00. The Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino stipulate that probable cause exists for the seizure of the $155,895.00 United States Currency.

3. The United States gave proper Notice of Forfeiture to all parties with an interest in the Defendant Currency pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Notice of Forfeiture was published in the Valley Morning Star for three consecutive weeks on March 12, 2004, March 19, 2004, and March 21, 2004 (DE # 9).

4. No one other than Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino have filed a claim to the Defendant Currency. Therefore, they are the only Claimants.

5. Claimant Omar Martinez agrees to relinquish and waive any claim or interest in the Defendant Currency.

6. Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino agree to forfeit to the United States $125,895.00 in United States Currency. The United States agrees to release to Claimants Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, through their attorney Paul Fourt, the total sum of $30,000.00. The amount each of the three Claimants receives from the $30,000.00 will be apportioned by said Claimants and their

attorney, Paul Fourt.

7. All Claimants agree to hold the United States of America, its employees, agents and assigns harmless for any and all damages or causes of action of any nature whatsoever relating to, from and in connection with, arising out of this action, and the course or progress of this action. Claimants understand and agree that they will not receive any money outside this agreement from anyone for the matters asserted or which could have been asserted in this forfeiture proceeding;

8. This agreement absorbs all expenses and costs, including attorneys fees. Each party agrees to bear their own expenses and costs, including attorney's fees.

9. Claimants understand and agree that the terms of this agreement do not and will not affect nor reduce tax obligations, fines, penalties or any other monetary obligations owed or that may be owed by Claimants to the government.

10. All relief not specifically granted is denied.

The parties agree that the signature of the attorneys are sufficient to bind all parties to this agreement. This Joint Motion for Agreed Final Judgement of Forfeiture will be supplemented with the Claimants' signatures of approval, which will be filed with the Court by September 9, 2006, along with the proposed Final Order of Forfeiture. Accordingly, the Plaintiff United States of America and

Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr. and Julissa Trevino jointly move for an Agreed Final Judgment of Forfeiture.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: _____
    PAUL FOURT

1000 E. Van Buren
Brownsville, Texas 78550
Telephone: (965) 425-5297
Facsimile: (956) 574-0227

Attorney for Claimants,
Esteban Martinez Sr.,
Esteban Martinez Jr., and
Julissa Trevino

By: _____
    OSCAR DELAFUENTE

Rio Grande Law Center
501 E. Tyler
Harlingen, Texas 78550
Telephone: (956) 425-5297
Facsimile: (956) 425-1844

Attorney for Claimant Omar Martinez

By: /s/ Katherine J. Haden
    KATHERINE L. HADEN

Attorney-in-Charge
Texas Bar No. 08677500
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208
Phone: 713-567-9365
Facsimile: 713-718-3404

Approved By:

_____      _____
Omar Martinez                                                    Esteban Martinez Sr.


_____      _____
Esteban Martinez Jr.                                             Julissa Trevino

Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr. and Julissa Trevino jointly move for an Agreed Final Judgment of Forfeiture.

Respectfully submitted,

By: _____
PAUL FOURT

1000 E. Van Buren
Brownsville, Texas 78550
Telephone: (965) 425-5297
Facsimile: (956) 574-0227

Attorney for Claimants,
Esteban Martinez Sr.,
Esteban Martinez Jr., and
Julissa Trevino

By: _____
OSCAR DELAFUENTE

Rio Grande Law Center
501 E. Tyler
Harlingen, Texas 78550
Telephone: (956) 425-5297
Facsimile: (956) 425-1844

Attorney for Claimant Omar Martinez

Approved By:

_____
Omar Martinez

_____
Esteban Martinez Jr.

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: _____
KATHERINE L. HADEN

Attorney-in-Charge
Texas Bar No. 08677500
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208
Phone: 713-567-9365
Facsimile: 713-718-3404

_____
Esteban Martinez Sr.

_____
Julissa Trevino