UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA      §
              Plaintiff,            §
                              §    CIVIL ACTION NO. B-04-015
        v.                     §
                              §
                              §
$155,895.00 UNITED STATES CURRENCY §
             Defendant.

## JOINT MOTION FOR AGREED FINAL JUDGMENT OF FORFEITURE

The United States of America Plaintiff and Claimants Omar Martinez,

Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, through their

attorneys Oscar De La Fuente and Paul Fourt, advise the Court that all matters in

dispute have been resolved in the above captioned and numbered action and move

for an agreed order and final judgment of forfeiture, stating:

1. On February 2, 2004, the United States filed a Verified Complaint for

Forfeiture in Rem (DE #1) seeking civil forfeiture, under 21 U.S.C.§ 881(a)(6), of

$155,895.00 in United States Currency (Defendant Currency) which was used or

intended to be used in exchange for controlled substances, or represents proceeds

of trafficking in controlled substances or was used or intended to be used to

facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801.

et seq. The facts of the verified complaint are incorporated herein by reference.

2.     The Defendant Currency is $155,895.00. The Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino stipulate that probable cause exists for the seizure of the $155,895.00 United States Currency.

3.     The United States gave proper Notice of Forfeiture to all parties with an interest in the Defendant Currency  pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.  Notice of Forfeiture was published in the Valley Morning Star for three consecutive weeks on March 12, 2004, March 19, 2004, and March 21, 2004 (DE # 9).

4.     No one other than Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino have filed a claim to the Defendant Currency.   Therefore, they are the only Claimants.

5.     Claimant Omar Martinez agrees to relinquish and waive any claim or interest in the Defendant Currency.

6.     Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino agree to forfeit to the United States $125,895.00 in United States Currency. The United States agrees to release to Claimants Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, through their attorney Paul Fourt, the total sum of $30,000.00. The amount each of the three Claimants receives from the $30,000.00 will be apportioned by said Claimants and their

attorney, Paul Fourt.

7.   All Claimants agree to hold the United States of America, its employees, agents and assigns harmless for any and all damages or causes of action of any nature whatsoever relating to, from and in connection with, arising out of this action, and the course or progress of this action. Claimants understand and agree that they will not receive any money outside this agreement from anyone for the matters asserted or which could have been asserted in this forfeiture proceeding;

8.   This agreement absorbs all expenses and costs, including attorneys fees. Each party agrees to bear their own expenses and costs, including attorney's fees.

9.   Claimants understand and agree that the terms of this agreement do not and will not affect nor reduce tax obligations, fines, penalties or any other monetary obligations owed or that may be owed by Claimants to the government.

10.   All relief not specifically granted is denied.

The parties agree that the signature of the attorneys are sufficient to bind all parties to this agreement. This Joint Motion for Agreed Final Judgement of Forfeiture will be supplemented with the Claimants' signatures of approval, which will be filed with the Court by September 9, 2006, along with the proposed Final Order of Forfeiture. Accordingly, the Plaintiff United States of America and

Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr. and Julissa

Trevino jointly move for an Agreed Final Judgment of Forfeiture.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: _____
        PAUL FOURT

By: _____
        KATHERINE L. HADEN

1000 E. Van Buren
Brownsville, Texas 78550
Telephone: (965) 425-5297
Facsimile: (956) 574-0227

Attorney-in-Charge
Texas Bar No. 08677500
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208
Phone: 713-567-9365
Facsimile: 713-718-3404

Attorney for Claimants,
Esteban Martinez Sr.,
Esteban Martinez Jr., and
Julissa Trevino

By: _____
        OSCAR DELAFUENTE

Rio Grande Law Center
501 E. Tyler
Harlingen, Texas 78550
Telephone: (956) 425-5297
Facsimile: (956) 425-1844

Attorney for Claimant Omar Martinez

Approved By:

_____          _____
Omar Martinez                                      Esteban Martinez Sr.

_____          _____
Esteban Martinez Jr.                              Julissa Trevino

Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr. and Julissa

Trevino jointly move for an Agreed Final Judgment of Forfeiture.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: _____

PAUL FOURT

By: _____

KATHERINE L. HADEN

1000 E. Van Buren
Brownsville, Texas 78550
Telephone: (965) 425-5297
Facsimile: (956) 574-0227

Attorney for Claimants,
Esteban Martinez Sr.,
Esteban Martinez Jr., and
Julissa Trevino

Attorney-in-Charge
Texas Bar No. 08677500
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208
Phone: 713-567-9365
Facsimile: 713-718-3404

By: _____

OSCAR DELAFUENTE

Rio Grande Law Center
501 E. Tyler
Harlingen, Texas 78550
Telephone: (956) 425-5297
Facsimile: (956) 425-1844

Attorney for Claimant Omar Martinez

Approved By:

_____

Omar Martinez

_____

Esteban Martinez Sr.

_____

Esteban Martinez Jr.

_____

Julissa Trevino

Claimants Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr. and Julissa

Trevino jointly move for an Agreed Final Judgment of Forfeiture.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: _____

PAUL FOURT

By: _____

KATHERINE L. HADEN

1000 E. Van Buren
Brownsville, Texas 78550
Telephone: (965) 425-5297
Facsimile: (956) 574-0227

Attorney-in-Charge
Texas Bar No. 08677500
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208
Phone: 713-567-9365
Facsimile: 713-718-3404

Attorney for Claimants,
Esteban Martinez Sr.,
Esteban Martinez Jr., and
Julissa Trevino

By _____

( OSCAR DELAFUENTE

Rio Grande Law Center
501 E. Tyler
Harlingen, Texas 78550
Telephone: (956) 425-5297
Facsimile: (956) 425-1844

Attorney for Claimant Omar Martinez

Approved By: _____

Omar Martinez

Esteban Martinez Jr.

Esteban Martinez Sr.

Julissa Trevino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-04-015 |
| v. | § | |
| | § | |
| | § | |
| $155,895.00 UNITED STATES CURRENCY | § | |
| Defendant. | | |

### FINAL JUDGMENT OF FORFEITURE

The Court finds that there was probable and reasonable cause for the seizure

of $155,895.00 in United States Currency, proper notice and publication has been

given to all potential claimants, the time for filing a verified statement of interest

has expired , and but for Omar Martinez, Esteban Martinez Sr., Esteban Martinez

Jr., and Julissa Trevino, there are no claimants before the Court. All other persons

having any claim, right or interest in the $155,895.00 are held in default.

Accordingly, the parties have announced to the Court that all matters in dispute

have been resolved. The parties' motion for an agreed Final Judgment of Forfeiture

is granted.

Accordingly, it is ORDERED and DECREED:

1.   That probable cause exists for the seizure of the Defendant Currency;

2.   That $125,895.00 of the Defendant Currency is forfeited to the United States to be disposed of by the United States Marshal's Service in accordance with law;

3.   That $30,000.00 of the Defendant Currency shall be released to Claimants Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, jointly, through their attorney, Paul Fourt, at 1000 E. Van Buren, Brownsville, Texas 78520, and will be apportioned by them;

4.   That Claimant Omar Martinez relinquishes and waives any claim to the Defendant Currency;

5.   That Claimants, Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr. and Julissa Trevino shall hold the United States of America, its employees, agents and assigns harmless for any and all damages or causes of action of any nature whatsoever relating to, from and in connection with, arising out of this action, and the course or progress of this action;

6.   That the United States and Claimants bear their own costs and expenses, including attorney's fees;

7.   That the terms of the agreement does not affect nor reduce the tax obligations, fines, penalties or other monetary obligations owed or that may be owed to the government by Claimants.

8.   All relief not specifically granted is denied.

9.    This is a final judgment.

Signed on _____, 2006, at  Houston, Texas.


_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE