United States District Court
Southern District of Texas
ENTERED

SEP 8 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA §
  Plaintiff, §
 §
v. § CIVIL ACTION NO. B-04-015
 §
 §
 §
$155,895.00 UNITED STATES CURRENCY §
  Defendant.

## FINAL JUDGMENT OF FORFEITURE

The Court finds that there was probable and reasonable cause for the seizure of $155,895.00 in United States Currency, proper notice and publication has been given to all potential claimants, the time for filing a verified statement of interest has expired, and but for Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, there are no claimants before the Court. All other persons having any claim, right or interest in the $155,895.00 are held in default. Accordingly, the parties have announced to the Court that all matters in dispute have been resolved. The parties' motion for an agreed Final Judgment of Forfeiture is granted.

Accordingly, it is ORDERED and DECREED:

1. That probable cause exists for the seizure of the Defendant Currency;

2. That $125,895.00 of the Defendant Currency is forfeited to the United States to be disposed of by the United States Marshal's Service in accordance with law;

3. That $30,000.00 of the Defendant Currency shall be released to Claimants Esteban Martinez Sr., Esteban Martinez Jr., and Julissa Trevino, jointly, through their attorney, Paul Fourt, at 1000 E. Van Buren, Brownsville, Texas 78520, and will be apportioned by them;

4. That Claimant Omar Martinez relinquishes and waives any claim to the Defendant Currency;

5. That Claimants, Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr. and Julissa Trevino shall hold the United States of America, its employees, agents and assigns harmless for any and all damages or causes of action of any nature whatsoever relating to, from and in connection with, arising out of this action, and the course or progress of this action;

6. That the United States and Claimants bear their own costs and expenses, including attorney's fees;

7. That the terms of the agreement does not affect nor reduce the tax obligations, fines, penalties or other monetary obligations owed or that may be owed to the government by Claimants.

8. All relief not specifically granted is denied.

9.   This is a final judgment.

Signed on _____September 8_____, 2006, at Houston, Texas.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

Case 1:04-cv-00015   Document 57   Filed in TXSD on 09/08/2006   Page 3 of 3