# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-015 |
| | § | |
| $155,895 UNITED STATES CURRENCY | § | |

## ORDER

The United States of America, Plaintiff, and Claimants, Omar Martinez, Esteban Martinez Sr., Esteban Martinez Jr. and Julissa Trevino, submitted a Joint Motion for Agreed Final Judgment of Forfeiture which was Granted on September 8, 2006. All pending motions [Docket. Nos. 44, 47, 50, 51, 52, 54] are **DISMISSED** as moot.

Signed on this 11th day of September, 2006.

_____
Andrew S. Hanen
United States District Judge