4-JDIS

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-04-015 |
|---|---|
| DEFENDANT   $155,895 In United States Currency   2006 SEP 22 PM 2:31 | TYPE OF PROCESS<br>Final Judgment of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshal's Service

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
3 Allen Center, Suite 3050, 333 Clay Street, Houston, Texas 77002

United States Courts
Southern District of Texas
FILED
SEP 27 2006
Michael N. Milby, Clerk

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Katherine Haden
Assistant United States Attorney
Office of the United States Attorney
PO Box 61129
Houston, Texas 77208-1129

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

See attached Final Judgment of Forfeiture

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT
*Katherine J. Haden* (signature)

TELEPHONE NUMBER: (713) 567-9365
DATE: September 19, 2006

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 74 | District to Serve No. 74 | Signature of Authorized USMS Deputy or Clerk   *R. Rodriguez* | Date 9-22-06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9-25-06
Time: 4:15 pm
Signature of U.S. Marshal or Deputy: *Butler*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45.00 | — | — | $45.00 | | | |

REMARKS: Disposed of assets in accordance with Order.

**CLERK**

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM 285 (Rev. 12/15/80)

Make (5) copies when form is signed. SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.

White    pink    yellow    blue    green